1
2
3

Steven Fishman
Federal Register Number 17280-004
FCI Terminal Island
Post Office Box #3007
San Pedro, California 90733-3007

4
5
6

David Carroll, Stephenson
Federal Register Number 34448-086
FCI Terminal Island
Post Office Box #3007
San Pedro, California 90733-3007

**FILED**

APR 1 6 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

7

8

UNITED STATES DISTRICT COURT

9

FOR THE DISTRICT OF COLUMBIA

10

11
12
13

UNITED STATES GOVERNMENT,
ex rel. DAVID CARROLL, STEPHENSON
and ex rel. STEVEN FISHMAN,
        and,
DAVID CARROLL, STEPHENSON, and
STEVEN FISHMAN,

14

        Plaintiffs,

15

v.

16

17
18

JEROME H. POWELL, Chairman,
Board of Governors of the
Federal Reserve System, et. al.

Case: 1:18-cv-00927   (F Deck)
Assigned To : Kelly, Timothy J.
Assign. Date : 4/16/2018
Description: Pro Se Gen. Civil

19

20
21

CIVIL COMPLAINT PURSUANT TO 31 U.S.C. §3729, ET SEQ.

22

QUI TAM CIVIL ACTION FOR FALSE CLAIMS

23

--- AND ---

24

EQUITABLE REMEDY AND RELIEF IN THE NATURE OF:

25

**RECEIVED**

DECLARATORY JUDGMENT;

26

APR 1 6 2018

INJUNCTIVE RELIEF;

27
28

Clerk, U.S. District and
Bankruptcy Courts

AND MANDAMUS RELIEF

WITH DECLARATION IN VERIFICATION

# TABLE OF CONTENTS

SECTION 1: STATEMENT OF JURISDICTIONAL FACTS .......... 6.

SECTION 1A:   PARTIES TO THIS QUI TAM CIVIL ACTION ..... 6.

SECTION 1B:   STANDING ................................ 15.

SECTION 1C:   VENUE ................................... 33.

SECTION 1D:   STATUTORY COGNIZANCE/JURISDICTION ........ 34.

SECTION 1D(a):   JURISDICTION FOR RECOVERY OF DAMAGES .. 34.

SECTION 1D(b):   CONCLUSION ........................... 38.

SECTION 1D(c):   JURISDICTION FOR EQUITABLE RELIEF ..... 39.

SECTION 1D(c)(i):   JURISDICTION FOR INJUNCTIVE RELIEF . 39.

SECTION 1D(c)(ii):   JURISDICTION FOR DECLARATORY
                     JUDGMENT ......................... 41.

SECTION 1D(c)(iii):   JURISDICTION FOR MANDAMUS ........ 42.

SECTION 1E:   JURISDICTION TO PROVIDE EXPEDITED
              DETERMINATION ........................... 43.

SECTION 1E(a):   JURISDICTION TO PROVIDE EXPEDITED
                 DETERMINATION WITH REGARD TO
                 DECLARATORY JUDGMENT .................. 43.

SECTION 1E(b):   JURISDICTION TO PROVIDE EXPEDITED
                 DETERMINATION WITH REGARD TO
                 PRELIMINARY INJUNCTION ................ 44.

SECTION 2:   STATEMENT OF CLAIMS FOR REMEDY AND RELIEF . 45.

SECTION 2A:   STATEMENT OF CLAIM FOR REMEDY AND RELIEF
              IN THE NATURE OF A DECLARATORY JUDGMENT,
              PURSUANT TO 28 U.S.C. §2201, AS DEMANDED
              IN SECTION 4, INFRA, BASED ON THE
              FOLLOWING CLAIM .......................... 45.

SECTION 2A(a):   NATURE OF THE CLAIM .................. 45.

SECTION 2A(b):   QUESTIONS OF LAW TO BE DETERMINED BY
                 DECLARATORY JUDGMENT ................. 47.

SECTION 2A(c):   CLAIM FOR SPEEDY HEARING ............. 54.

SECTION 2A(d):   STATEMENT OF FACTS RELEVANT TO SECTIONS
                 2A(a), 2A(b), AND 2A(c) ............. 57.

i.

SECTION 2B:   STATEMENT OF CLAIM FOR REMEDY AND RELIEF FROM THE DAMAGE AND INJURY RESULTING IN THE FALSE CLAIMS OF DEFENDANT "FEDERAL RESERVE SYSTEM" ................................ 57.

SECTION 2B(a):   PLAINTIFFS' CLAIM THAT THE PLAINTIFFS ARE ENTITLED TO REMEDY AND RELIEF FROM THE DAMAGE AND INJURY RESULTING FROM THE FALSE CLAIM OF THE "FEDERAL RESERVE SYSTEM," AS FOLLOWS ................. 57.

SECTION 2B(a)(1):   POWERS OF CONGRESS TO BORROW MONEY IDENTIFIED ........................ 62.

SECTION 2B(b):   FALSE CLAIMS IDENTIFIED ................ 67.

SECTION 2B(b)(i):   FALSE CLAIM #1 ..................... 67.

SECTION 2B(b)(ii):   FALSE CLAIM #2 ..................... 68.

SECTION 2B(b)(iii):   VIOLATION OF FALSE CLAIMS ACT ..... 68.

SECTION 2B(b)(iv):   CLAIMS FOR REMEDY AND RELIEF ....... 69.

SECTION 2B(c):   STATEMENT OF FACTS RELEVANT TO SECTIONS 2B(a) AND 2B(b), PURSUANT TO 28 U.S.C. §1746 ................................ 70.

SECTION 2C:   CLAIM FOR REMEDY AND RELIEF IN THE NATURE OF INJUNCTIVE RELIEF ................. 73.

SECTION 2C(a):   PLAINTIFFS CLAIM THAT THEY ARE ENTITLED TO INJUNCTIVE RELIEF DEMANDED IN SECTION 4, INFRA, BASED ON THE FOLLOWING ....... 73.

SECTION 2C(a)(i):   REASONS FOR INJUNCTION .............. 73.

SECTION 2C(a)(ii):   TERMS OF INJUNCTION CLAIMED ........ 74.

SECTION 2C(a)(iii):   REASONS FOR INJUNCTIVE RELIEF ..... 76.

SECTION 2C(b):   STATEMENT OF FACTS RELEVANT TO SECTION 2C(a) ................................ 76.

SECTION 2D:   STATEMENT OF CLAIM FOR REMEDY AND RELIEF IN THE NATURE OF MANDAMUS ................. 77.

SECTION 2D(a):   THE PLAINTIFF CLAIM, BASED IN PART ON THE DECLARATORY JUDGMENT THAT THE PLAINTIFFS CLAIM THAT THEY ARE ENTITLED TO AN ORDER OF MANDAMUS IN ORDER TO COMPEL AN OFFICER OR EMPLOYEE OF THE

ii.

UNITED STATES FEDERAL GOVERNMENT, OR
ANY AGENCY THEREOF, TO PERFORM A
DUTY OWED TO THE PLAINTIFFS, AS HEREIN
MORE FULLY APPEARS ................... 77.

SECTION 2D(a)(i):  REASON FOR MANDAMUS ............... 77.

SECTION 2D(a)(ii):  ORDER OF MANDAMUS CLAIMED ........ 78.

SECTION 2D(b):  STATEMENT OF FACTS RELEVANT TO SECTION
2D(a) ................................ 79.

SECTION 3:  DECLARATION IN VERIFICATION PURSUANT TO 28
U.S.C. §1746: UNSWORN DECLARATION UNDER
PENALTY OF PERJURY ................... 80.

SECTION 3A:  NOTICE .................................. 80.

SECTION 3B:  DECLARATION IN VERIFICATION PURSUANT TO
28 U.S.C. §1746: UNSWORN DECLARATION
UNDER PENALTY OF PERJURY .............. 82.

SECTION 4:  DEMAND FOR REMEDY AND RELIEF ............ 83.

SECTION 4A:  DEMAND FOR DECLARATORY JUDGMENT/
DETERMINATION ON QUESTIONS OF LAW ....... 83.

QUESTION 1: ........................................ 83.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 1   84.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 1 ......... 84.

QUESTION 2: ........................................ 85.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 2   85.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 2 ......... 87.

QUESTION 3: ........................................ 87.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 3   87.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 3 ......... 89.

QUESTION 4: ........................................ 89.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 4   90.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 4 ......... 95.

QUESTION 5: ........................................ 95.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 5:   96.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 5: .........   99.

QUESTION 6: .........................................   100.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 6:   100.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 6: .........   102.

QUESTION 7: .........................................   102.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 7:   103.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 7: .........   105.

QUESTION 8: .........................................   106.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 8:   106.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 8: .........   110.

QUESTION 9: .........................................   111.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 9:   111.

    A.   PUBLIC MONETARY SYSTEM BASED ON GOLD AND
       SILVER ...............................................   112.

    B.   PUBLIC MONETARY SYSTEM BASED ON GOODS,
       SERVICES, AND LABOR OF ALL INDUSTRY .........   114.

    C.   PRIVATE MONETARY SYSTEM BASED ON GOODS,
       SERVICES, AND LABOR OF ALL INDUSTRY .........   119.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 9: .........   122.

QUESTION 10: ........................................   123.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 10:   123.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 10: .........   125.

QUESTION 11: ........................................   126.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 11:   126.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 11: .........   129.

QUESTION 12: ........................................   129.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 12:   129.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 12: ......... 131.

QUESTION 13: ........................................ 131.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 13: 131.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 13: ......... 133.

QUESTION 14: ........................................ 133.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 14: 134.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 14: ......... 141.

QUESTION 15: ........................................ 142.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 15: 142.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 15: ......... 147.

QUESTION 16: ........................................ 148.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 16: 148.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 16: ......... 154.

QUESTION 17: ........................................ 154.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 17: 155.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 17: ......... 162.

QUESTION 18: ........................................ 163.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 18: 163.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 18: ......... 166.

QUESTION 19: ........................................ 167.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 19: 167.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 19: ......... 171.

QUESTION 20: ........................................ 171.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 20: 171.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 20: ......... 181.

QUESTION 21: ........................................ 181.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 21: 182.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 21: ......... 188.

QUESTION 22: ................................................. 189.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 22: 189.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 22: ......... 195.

QUESTION 23: ................................................. 196.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 23: 196.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 23: ......... 203.

QUESTION 24: ................................................. 204.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 24: 205.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 24: ......... 217.

QUESTION 25: ................................................. 217.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 25: 218.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 25: ......... 220.

QUESTION 26: ................................................. 220.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 26: 221.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 26: ......... 224.

QUESTION 27: ................................................. 224.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 27: 225.

    A.   PUBLIC MONETARY SYSTEM BASED ON GOLD AND
        SILVER: ................................... 226.

    B.   PUBLIC MONETARY SYSTEM BASED ON GOODS,
        SERVICES, AND LABOR OF ALL INDUSTRY: ......... 229.

    C.   PRIVATE MONETARY SYSTEM BASED ON GOODS,
        SERVICES, AND LABOR: ..................... 237.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 27: ......... 241.

QUESTION 28: ................................................. 242.

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 28: 242.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 28: ......... 263.

SECTION 4A(i):   SPEEDY HEARING DEMANDED .............. 265.

SECTION 4A(ii):   DEMAND FOR REMEDY AND RELIEF IN THE
                  NATURE OF A DECLARATORY JUDGMENT IS A
                  PREREQUISITE AND/OR CONDITION
                  PRECEDENT PRIOR TO THIS QUI TAM CIVIL
                  COMPLAINT MOVING FORWARD ............ 266.

SECTION 4A(iii):   FURTHER REMEDY AND RELIEF DEMANDED .. 266.

SECTION 4B:   REMEDY AND RELIEF DEMANDED DECLARING FALSE
              CLAIMS AGAINST THE UNITED STATES FEDERAL
              GOVERNMENT AND THE SOVEREIGN BODY POLITIC:
              THE PEOPLE OF THE UNITED STATES OF AMERICA
              BASED ON THE DECLARATORY JUDGMENT ....... 267.

SECTION 4B(i):   REMEDY AND RELIEF DEMANDED DECLARING
                 FALSE CLAIMS AGAINST THE UNITED STATES
                 FEDERAL GOVERNMENT AND THE SOVEREIGN
                 BODY POLITIC: THE PEOPLE OF THE UNITED
                 STATES OF AMERICA, BASED ON THE
                 DECLARATORY JUDGMENT: ................ 267.

FALSE CLAIM #1: ..................................... 267.

FALSE CLAIM #2: ..................................... 268.

SECTION 4B(ii):   THAT THE FALSE CLAIMS IDENTIFIED IN
                  SECTION 4B(i) ARE VIOLATIONS OF THE
                  FALSE CLAIMS ACT, EVIDENCED AT 31
                  U.S.C. §3729, ET SEQ. .............. 269.

SECTION 4B(iii):   REMEDY AND RELIEF DEMANDED FOR
                   RECOVERY OF MONEY DAMAGES ........... 269.

SECTION 4B(iv):   FURTHER REMEDY AND RELIEF DEMANDED ... 269.

SECTION 4C:   REMEDY AND RELIEF DEMANDED FOR PERMANENT
              INJUNCTION: ............................. 270.

SECTION 4C(i):   PLAINTIFF RESPECTFULLY DEMAND THAT THIS
                 COURT ISSUE ITS ORDER; BASED IN PART ON
                 THE DECLARATORY JUDGMENTS IN SECTION 4A,
                 PERMANENTLY ENJOINING THE DEFENDANTS IN
                 ORDER TO PREVENT CONTINUING, ONGOING
                 INJURY AND DAMAGE RESULTING FROM THE
                 DEFENDANTS' FALSE CLAIMS, AS FOLLOWS: . 270.

SECTION 4D:   REMEDY AND RELIEF DEMANDED FOR MANDAMUS: . 273.

SECTION 4D(i):   PLAINTIFFS RESCTFULLY REQUEST AND
                 DEMAND THAT THIS COURT ISSUE ITS ORDER
                 OF MANDAMUS TO COMPEL AN OFFICER OR

EMPLOYEE OF THE UNITED STATES FEDERAL
GOVERNMENT OR ANY AGENCY THEREOF, BASED
IN PART ON THE DECLARATORY JUDGMENTS,
TO PERFORM A DUTY OWED TO THE
PLAINTIFFS, AS FOLLOWS:  ..............  273.

SECTION 5:   CONCLUSION .................................  274.

1  Steven Fishman
   Federal Register Number 17280-004
2  FCI Terminal Island
   Post Office Box #3007
3  San Pedro, California 90733-3007

4  David Carroll, Stephenson
   Federal Register Number 34448-086
5  FCI Terminal Island
   Post Office Box #3007
6  San Pedro, California 90733-3007

7

8                 UNITED STATES DISTRICT COURT

9                FOR THE DISTRICT OF COLUMBIA

10

11 UNITED STATES GOVERNMENT,                      CASE NO: _____
   ex rel. DAVID CARROLL, STEPHENSON
12 and ex rel. STEVEN FISHMAN,
         and,                                     CIVIL COMPLAINT
13 DAVID CARROLL, STEPHENSON, and                    PURSUANT TO
   STEVEN FISHMAN,                              31 U.S.C. §3729, ET SEQ.
14
15      Plaintiffs,                                   QUI TAM
                                                 CIVIL ACTION FOR
16 v.                                             FALSE CLAIMS

17 JEROME H. POWELL, Chairman,                       ---- AND ---
   Board of Governors of the
18 Federal Reserve System,                       EQUITABLE REMEDY
   20th Street & Constitution Avenue,              AND RELIEF
19 N.W., Washington, D.C. 20551, and,            IN THE NATURE OF:
                                                 DECLARATORY JUDGMENT;
20 JANET L. YELLEN, Governor,                    INJUNCTIVE RELIEF;
   Board of Governors of the                       ---- AND ---
21 Federal Reserve System,                       MANDAMUS RELIEF
   20th Street & Constitution Avenue,
22 N.W., Washington, D.C. 20551, and,               --- WITH ---

23 RANDAL K. QUARLES, Governor                     DECLARATION
   Board of Governors of the                     IN VERIFICATION
24 Federal Reserve System,
   20th Street & Constitution Avenue,
25 N.W., Washington, D.C. 20551, and,

26 LAEL BRAINARD, Governor,
   Board of Governors of the
27 Federal Reserve System,
   20th Street & Constitution Avenue,
28 N.W., Washington, D.C. 20551

                        -1-

Currently Vacant: John/Jane Doe #1,
Governor,
Board of Governors of the
Federal Reserve System,
20th Street & Constitution Avenue, N.W.
Washington, D.C. 20551, and,

Currently Vacant: John/Jane Doe #2,
Governor,
Board of Governors of the
Federal Reserve System,
20th Street & Constitution Avenue, N.W.
Washington, D.C. 20551, and,

Currently Vacant: John/Jane Doe #3,
Governor,
Board of Governors of the
Federal Reserve System,
20th Street & Constitution Avenue, N.W.
Washington, D.C. 20551, and,

Federal Reserve Bank of New York,
a Corporate Citizen of New York,
33 Liberty Street
New York, New York 10045, and,

William C. Dudley, President
Federal Reserve Bank of New York
33 Liberty Street
New York, New York 10045, and,

Federal Reserve Bank of Boston,
a Corporate Citizen of Massachusetts,
600 Atlantic Avenue
Boston, Massachusetts 02210, and,

Eric S. Rosegren, President
Federal Reserve Bank of Boston
600 Atlantic Avenue
Boston, Massachusetts 02210, and,

Federal Reserve Bank of Philadelphia
a Corporate Citizen of Pennsylvania,
Ten North Independence Mall
Philadelphia, Pennsylvania 19106, and,

Patrick T. Harker, President,
Federal Reserve Bank of Philadelphia
Ten North Independence Mall
Philadelphia, Pennsylvania 19106, and,

-2-

Federal Reserve Bank of Richmond,
a Corporate Citizen of Virginia,
701 East Byrd Street
Richmond, Virginia 23219, and,

Mark L. Mullinix, Interim President
Federal Reserve Bank of Richmond
701 East Byrd Street
Richmond, Virginia 23219, and,

Federal Reserve Bank of Cleveland,
a Corporate Citizen of Ohio,
1455 East Sixth Street
Cleveland, Ohio 44114, and,

Loretta J. Mester, President
Federal Reserve Bank of Ohio
1455 East Sixth Street
Cleveland, Ohio 44114, and,

Federal Reserve Bank of Chicago,
a Corporate Citizen of Illinois,
230 South LaSalle Street
Chicago, Illinois 60604, and,

Charles L. Evans, President
Federal Reserve Bank of Chicago
230 South LaSalle Street
Chicago, Illinois 60604, and,

Federal Reserve Bank of Atlanta,
a Corporate Citizen of Georgia,
1000 Peachtree Street, N.E.
Atlanta, Georgia 30309, and,

Raphael W. Bostic, President
Federal Reserve Bank of Atlanta
1000 Peachtree Street, N.E.
Atlanta, Georgia 30309, and,

Federal Reserve Bank of Dallas,
a Corporate Citizen of Texas,
2200 North Pearl Street
Dallas, Texas 75201, and,

Robert S. Kaplan, President
Federal Reserve Bank of Dallas
2200 North Pearl Street
Dallas, Texas 75201, and,

Federal Reserve Bank of St. Louis,
a Corporate Citizen of Missouri,
One Federal Reserve Bank Plaza
Broadway and Locust Streets
St. Louis, Missouri 63102, and,

James Bullard, President
Federal Reserve Bank of St. Louis
One Federal Reserve Bank Plaza
Broadway and Locust Street
St. Louis, Missouri 63102, and,

Federal Reserve Bank of Minneapolis,
a Corporate Citizen of Minnesota,
90 Hennepin Avenue
Minneapolis, Minnesota 55401, and,

Neel Kashkari, President
Federal Reserve Bank of Minneapolis
90 Hennepin Avenue
Minneapolis, Minnesota 55401, and,

Federal Reserve Bank of Kansas City,
a Corporate Citizen of Kansas,
8500 West 110th Street
Overland Park, Kansas 66210

Esther L. George, President
Federal Reserve Bank of Kansas City
8500 West 110th Street
Overland Park, Kansas 66210

Federal Reserve Bank of San
a Corporate Citizen of Arizona,
1550 North 47th Avenue
Phoenix, Arizona 85043, and,

John C. Williams, President
Federal Reserve Bank of San Francisco
1550 North 47th Avenue
Phoenix, Arizona 85043


Defendants Identified Hereinabove
Shall be Collectively Referred to
as the "Federal Reserve System,"

        Defendants.

-4-

Comes now, David Carroll, Stephenson; and Steven Fishman; hereby appearing personally; and the United States [Federal Government], hereby appears, ex rel. David Caroll, Stephenson, as Private Attorney General; and ex rel. Steven Fishman, as Private Attorney General, are hereinafter referred to as Plaintiffs.

The Plaintiffs bring this Complaint pursuant to 31 U.S.C. 3729, et seq., False Claims; [specifically and particularly: Qui Tam Civil Action for False Claims, for recovery of money damages, and restoration of property, pledge of obligation or debt, public funds, gold and silver certificates, United States Treasury Bonds, gold and silver bullion and coin, etc.; paid and/or transferred to the Defendants, based on false and/or fraudulent claims for payment against the United States [Federal] Government; and: for Equitable Remedy and Relief in the Nature of a Declaratory Judgment pursuant to 28 U.S.C. §2201, Creation of Remedy; and Inunctive and Mandamus Remedy and Relief pursuant to 28 U.S.C. §1651, Writs; [All Writs Act]; as herein more fully appears.

//
//
//
//
//

SECTION 1:   STATEMENT OF JURISDICTIONAL FACTS

Plaintiffs David Carroll, Stephenson ["Stephenson"]
and Steven Fishman ["Fishman"] hereby affirm and declare,
on behalf of themselves, and on behalf of the United States
Government as co-Private Attorney Generals, under the penalty
of perjury pursuant to 28 U.S.C. §1746, based on their
personal knowledge, understanding and belief, and their
free act and deed, that Plaintiffs Stephenson and Fishman
are of the age of majority, of sound mind, and competent
to testify, that:

SECTION 1A: PARTIES TO THIS QUI TAM CIVIL ACTION:

(a)  Plaintiffs:

(1)  Plaintiff David Carroll, Stephenson is a national
of the state of Washington, and a <u>Citizen of the United
States of America</u>.  [See: 8 U.S.C. §1101(a)(21): "The term
"national" means a person owing permanent allegiance to
a state"; and Article I, Section 2, Clause 1, <u>Privileges
and Immunities of Citizens</u>: "The Citizens of each State
shall be entitled to all Privileges and Immunities of
Citizens of the several States."]. Plaintiff Stephenson
is <u>not</u> a citizen of the United States [Federal Government]
established by the ratification of the Fourteenth Amendment
of the Constitution of the United States: [See: Fourteenth
Amendment, Section 1, <u>Citizens of the United States</u>; "All
persons born or naturalized in the United States [Federal

Government] and subject to the jurisdiction thereof, are citizens of the United States <u>and</u> of the State wherein they reside"; and see: 8 U.S.C. §1101(a)(22): "The term "national of the United States" means (A) a citizen of the United States [Federal Government], or (B) a person who, though not a citizen of the United States [Federal Government], owes permanent allegiance to the United States [Federal Government]]. (emphasis added).

Plaintiff Stephenson's current mailing address is:

David Stephenson (34448-086)
Federal Correctional Institution
Terminal Island
Post Office Box #3007
San Pedro, California 90733-3007.

(2)   Plaintiff Steven Fishman is a national of the state of California, and a <u>Citizen of the United States of America</u>.  [See: 8 U.S.C. §1101(a)(21): "The term "national" means a person owing permanent allegiance to a state"; and Article I, Section 2, Clause 1, <u>Privileges and Immunities of Citizens</u>: "The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens of the several States."].  Plaintiff Fishman is <u>not</u> a citizen of the United States [Federal Government] established by the ratification of the Fourteenth Amendment of the Constitution of the United States: [See: Fourteenth Amendment, Section 1, <u>Citizens of the United States</u>; "All persons born or naturalized in the United States [Federal Government] and subject to the jurisdiction thereof, are

-7-

citizens of the United States and of the State wherein
they reside"; and see: 8 U.S.C. §1101(a)(22): "The term
"national of the United States" means (A) a citizen of
the United States [Federal Government], or (B) a person
who, though not a citizen of the United States [Federal
Government], owes permanent allegiance to the United States
[Federal Government]]. (emphasis added).

Plaintiff Fishman's current mailing address is:

Steven Fishman (17280-004)
Federal Correctional Institution
Terminal Island
Post Office Box #3007
San Pedro, California 90733-3007


(3)   United States Federal Government, appearing by
and through ex rel. David Carroll, Stephenson, Private
Attorney General, and, ex rel. Steven Fishman, Private
Attorney General:

Current mailing addresses:

C/o David Carroll, Stephenson (34448-086)
Federal Correctional Institution
Terminal Island
Post Office Box #3007
San Pedro, California 90733-3007

--- and ---

C/o Steven Fishman (17280-004)
Federal Correctional Institution
Terminal Island
Post Office Box #3007
San Pedro, California 90733-3007


(4)   The Plaintiffs identified herein within Section

-8-

1(a): [Plaintiffs 1(a)(1), 1(a)(2), and 1(a)(3)] shall hereinafter be referred to collectively as the Plaintiffs, and individually as the "United States Federal Government," "Plaintiff Stephenson," and "Plaintiff Fishman."

(5)   Plaintiff Stephenson and Plaintiff Fishman can find no evidence that the adoption of the Fourteenth Amendment to the Constitution of the United States of America in 1868, establishing the possibility of becoming a citizen of the United States Federal Government, as well as being a Citizen of any one of the several states of the Union, enjoying the inherent protected right identified by Article IV, Section 2, Clause 1; that "The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States," establishes any duty for a Citizen of any one of the several states of the Union to become a citizen of the United States Federal Government.

(6)   Furthermore, Plaintiff Stephenson and Plaintiff Fishman can find no delegation of any Constitutional Power vested in the United States Federal Government to compel Citizens of any one of the several states of the Union to involuntarily become a citizen of the United States Federal Government as a result of the adoption of the Fourteenth Amendment to the Constitution of the United States of America in 1868, subjecting citizens of any one of the several states of the Union to the jurisdiction of the United States Federal Government.

1

    (b)  Defendants:

2

3    (1)  Jerome H. Powell,
           holding office as:
4          Chairman of the Board of Governors
           of the Federal Reserve System
           doing business at:
5          20th Street and Constitution Avenue, N.W.
           Washington, D.C. 20551.
6

7    (2)  Janet L. Yellen,
           holding office as:
8          Governor of the Board of Governors
           of the Federal Reserve System
9          doing business at:
10         20th Street and Constitution Avenue, N.W.
           Wahington, D.C. 20551.
11

12    (3)  Randal K. Quarles,
           holding office as:
13          Governor of the Board of Governors
           of the Federal Reserve System
14          doing business at:
           20th Street and Constitution Avenue, N.W.
15         Washington, D.C. 20551.

16    (4)  Lael Brainard,
          holding office as:
17          Governor of the Board of Governors
           of the Federal Reserve System
18          doing business at:
           20th Street and Constitution Avenue, N.W.
19         Washington, D.C. 20551.

20

21    (5)  Currently Vacant: John/Jane Doe #1,
          holding office as:
22          Governor of the Board of Governors
           of the Federal Reserve System
23          doing business at:
           20th Street and Constitution Avenue, N.W.
24         Washington, D.C. 20551.

25    (6)  Currently Vacant: John/Jane Doe #2,
          holding office as:
26          Governor of the Board of Governors
           of the Federal Reserve System
27          doing business at:
           20th Street and Constitution Avenue, N.W.
28         Washington, D.C. 20551.

-10-

(7)     Currently Vacant: John/Jane Doe #3,
        holding office as:
        Governor of the Board of Governors
        of the Federal Reserve System
        doing business at:
        20th Street and Constitution Avenue, N.W.
        Washington, D.C. 20551.


(8)(a)  Federal Reserve Bank of New York
        a Private Corporate Citizen of the State
        of New York
        [See: 28 U.S.C. §1332(c)(1)]
        mailing address:
        33 Liberty Street
        New York, New York 10045.

(8)(b)  William C. Dudley
        Holding Office as President of the
        Federal Reserve Bank of New York
        doing business at:
        33 Liberty Street
        New York, New York 10045.


(9)(a)  Federal Reserve Bank of Boston
        a Private Corporate Citizen of the State
        of Massachusetts
        [See: 28 U.S.C. §1332(c)(1)]
        mailing address:
        600 Atlantic Avenue
        Boston, Massachusetts 02210.

(9)(b)  Eric S. Rosegren
        Holding Office as President of the
        Federal Reserve Bank of New York
        doing business at:
        600 Atlantic Avenue
        Boston, Massachusetts 02210.


(10)(a) Federal Reserve Bank of Philadelphia
        a Private Corporate Citizen of the State
        of Pennsylvania
        [See: 28 U.S.C. §1332(c)(1)]
        mailing address:
        Ten North Independence Mall
        Philadelphia, Pennsylvania 19106.

//

//

(10)(b)   Patrick T. Harker
          Holding Office as President of the
          Federal Reserve Bank of Philadelphia
          doing business at:
          Ten Independence Mall
          Philadelphia, Pennsylvania 19106.


(11)(a)   Federal Reserve Bank of Richmond
          a Private Corporate Citizen of the State
          of Virginia
          [See: 28 U.S.C. §1332(c)(1)]
          mailing address:
          701 East Byrd Street
          Richmond, Virginia 23219.

(11)(b)   Mark L. Mullinix
          Holding Office as President of the
          Federal Reserve Bank of Richmond
          doing business at:
          701 East Byrd Street
          Richmond, Virginia 23219.


(12)(a)   Federal Reserve Bank of Cleveland
          a Private Corporate Citizen of the State
          of Ohio
          [See: 28 U.S.C. §1332(c)(1)]
          mailing address:
          1455 East Sixth Street
          Cleveland, Ohio 44114.

(12)(b)   Loretta J. Mester
          Holding Office as President of the
          Federal Reserve Bank of Cleveland
          doing business at:
          1455 East Sixth Street
          Cleveland, Ohio 44114.


(13)(a)   Federal Reserve Bank of Chicago
          a Private Corporate Citizen of the State
          of Illinois
          [See: 28 U.S.C. §1332(c)(1)]
          mailing address:
          230 South LaSalle Street
          Chicago, Illinois 60604.

//

//

(13)(b)   Charles L. Evans
          Holding Office as President of the
          Federal Reserve Bank of Chicago
          doing business at:
          230 South LaSalle Street
          Chicago, Illinois 60604.


(14)(a)   Federal Reserve Bank of Atlanta
          a Private Corporate Citizen of the State
          of Georgia
          [See: 28 U.S.C. §1332(c)(1)]
          mailing address:
          1000 Peachtree Street, N.E.
          Atlanta, Georgia 30309.

(14)(b)   Raphael W. Bostic
          Holding Office as President of the
          Federal Reserve Bank of Atlanta
          doing business at:
          1000 Peachtree Street, N.E.
          Atlanta, Georgia 30309.


(15)(a)   Federal Reserve Bank of Dallas
          a Private Corporate Citizen of the State
          of Texas
          [See: 28 U.S.C. §1332(c)(1)]
          mailing address:
          2200 North Pearl Street
          Dallas, Texas 75201.

(15)(b)   Robert S. Kaplan
          Holding Office as President of the
          Federal Reserve Bank of Dallas
          doing business at:
          2200 North Pearl Street
          Dallas, Texas 75201.


(16)(a)   Federal Reserve Bank of St. Louis
          a Private Corporate Citizen  of the State
          of Missouri
          [See: 28 U.S.C. §1332(c)(1)]
          mailing address:
          Broadway and Locust Streets
          St. Louis, Missouri 63102.

//

//

-13-

(16)(b)   James Bullard
          Holding Office as President of the
          Federal Reserve Bank of St. Louis
          doing business at:
          Broadway and Locust Streets
          St. Louis, Missouri 63102.

(17)(a)   Federal Reserve Bank of Minneapolis
          a Private Corporate Citizen of the State
          of Minnesota
          [See: 28 U.S.C. §1332(c)(1)]
          mailing address:
          90 Hennepin Avenue
          Minneapolis, Minnesota 55401.

(17)(b)   Neel Kashkari
          Holding Office as President of the
          Federal Reserve Bank of Minneapolis
          doing business at:
          90 Hennepin Avenue
          Minneapolis, Minnesota 55401.

(18)(a)   Federal Reserve Bank of Kansas City
          a Private Corporate Citizen of the State
          of Kansas
          [See: 28 U.S.C. §1332(c)(1)]
          mailing address:
          8500 West 110th Street
          Overland Park, Kansas 66212.

(18)(b)   Esther L. George
          Holding Office as President of the
          Federal Reserve Bank of Kansas City
          doing business at:
          1 Memorial Drive
          Kansas City, Missouri 64198.

(19)(a)   Federal Reserve Bank of San Francisco
          a Private Corporate Citizen of Arizona and
          a Private Corporate Citizen of California
          Corporate mailing address:
          1550 North 47th Avenue
          Phoenix, Arizona 85043;
          Business mailing address:
          101 Market Street
          San Francisco, California 94105.

//

//

-14-

(19)(b)   John C. Williams
          Holding Office as President of the
          Federal Reserve Bank of San Francisco
          doing business at:
          101 Market Street
          San Francisco, California 94105.

(b)(1)   All Defendants identified herein within Section

1A(b): "Defendants A(1) through A1(19)," shall hereinafter

be referred to collectively as the "Federal Reserve System."

SECTION 1B: STANDING:

(a)   The Plaintiffs have Article III standing to bring

this Qui Tam Civil Action, as the Plaintiffs have, and

are suffering ongoing injury and damage in excess of Four

Hundred Trillion Dollars in value, as a direct and proximate

result of the acts and omissions of the Federal Reserve

System, as herein more fully appears:

The United States Federal Government is established

by the Constitution for the United States of America, by

the People: the Sovereign Body Politic, by and through

their several states in Congress in the person of their

respective Representatives.

The Powers vested by the Constitution for the United

States of America in the United States Federal Government

are Delegated Powers of the Sovereign Body Politic to the

United States Federal Government; and said Powers are limited,

and expressed in writing, based on the Inherent Powers

of the Sovereign Body Politic, which the Sovereign Body

Politic retains and exercises concurrently with the United
States Federal Government; and as protected by the Tenth
Amendment to the Constitution, Powers Reserved to States
or People; exceeds those Powers delegated to the United
States Federal Government, and the Governments of the several
states of the Union by the Sovereign Body Politic: the
People, by and through the People's Constitution for the
United States of America, and the People's Constitutions
for the several states of the Union respectively.

Therefore, the Sovereign Body Politic: the People;
and the United States Federal Government; are in effect
one and the same.  Consequently, the ongoing damage and
injury in excess of Four Hundred Trillion Dollars in value,
being suffered by the United States Federal Government
as a direct and proximate result of the acts and omissions
of the Federal Reserve System, is equally being suffered
by the Sovereign Body Politic, collectively and individually,
including but not limited to Plaintiff Stephenson and
Plaintiff Fishman, who are members of the Sovereign Body
Politic, as herein more fully appears:

The Plaintiffs rely in good faith on the following
legal authority, establishing that a claim of injury and/or
damage, as a result or proximate result of the acts and/or
omissions of the Party Defendant "Federal Reserve System,"
establish Article III standing in order to establish the
United States District Court's Jurisdiction to accept the

1   Plaintiffs' civil action.

2

3       In Vermont Agency of Natural Resources v. United States

4   ex rel. Stevens, 529 U.S. 765, Headnotes, 120 S.Ct. 1858,

5   146 L.Ed.2d 836 (2000) ("To establish standing

6   under Article III of the Federal Constitution, a plaintiff

7   must meet the requirements which constitute the irreducible

8   constitutional minimum of standing which is an essential

9   and unchanging part of the case-or-controversy requirement

10  of Article III, such requirements being that the plaintiff

11  must (1) demonstrate an injury in fact, which is a harm

12  that is (a) both concrete and actual or imminent, and (b)

13  not conjectural or hypothetical; (2) establish causation,

14  which is a fairly traceable connection between the alleged

15  injury in fact and the alleged conduct of a defendant;

16  and (3) demonstrate redressability, which is a substantial

17  likelihood that the requested relief will remedy the alleged

18  injury in fact.").

19      See also: Monsanto Company v. Geertson Seed Farms,

20  561 U.S. 139, 130 S.Ct. 2743, 177 L.Ed.2d 461, 2010 U.S.

21  LEXIS 4080 (2010) (Plaintiff must demonstrate standing

22  separately for each form of relief sought); Susan B. Anthony

23  List v. Driehaus, 134 S.Ct. 2334; 189 L.Ed.2d 246; 2014

24  U.S. LEXIS 4169 (2014) (Where Federal Constitution's Article

25  III limits jurisdiction of federal courts to cases and

26  controversies, doctrine of standing gives meaning to these

27  Constitutional limits by identifying those disputes which

28                          -17-

are appropriately resolved through judicial process.   Law
of Article III standing, which is built on separation-of-
powers principles, serves to prevent judicial process from
being used to usurp powers of political branches); Kingdomware
Technologies, Inc. v. United States, 136 S.Ct. 1969, 195
L.Ed.2d 334, 2016 U.S. LEXIS 3921 (2016) (Under case-or-
controversy requirement of Federal Constitution's Article
III, actual controversy had to exist not only when complaint
was filed, but through all litigation stages).

See also: Wolff v. Cash 4 Titles, 351 F.3d 1348, 2003
U.S. App. LEXIS 24504 (11th Cir. 2003) (Requirement of
injury to complaining party stems from U.S. Constitution,
Article III, not from prudential principles, and Article
III judicial power  exists only to redress or otherwise
to protect against injury to complaining party, even though
court's judgment may benefit others collaterally; Federal
Court's jurisdiction, therefore, can be invoked only when
plaintiff himself has suffered some threatened or actual
injury resulting from putatively illegal action; thus,
even in exceptional cases where plaintiffs are permitted
to raise rights of others, those plaintiffs must still
demonstrate their own injuries in order to satisfy
Constitutional requirements of standing).

Also see: Clinton v. City of New York, 524 U.S. 417,
118 S.Ct. 2091, 141 L.Ed.2d 393, 393-394 (1998) ("The United
States District Court for the District of Columbia

-18-

consolidated two cases and determined that at least one
plaintiff in each case had standing under the Constitution's
Article III to sue.").

Furthermore, the Plaintiffs rely in good faith on
the published legal authorities establishing the recogniition
that all political power and sovereignty in the United
States of America is inherent in the Sovereign Body Politic:
the People, and not the institutions of the United States
or the governments of the several states of the Union.

State of Ohio, Constitution, Article I, Section 2:
"All political power is inherent in the people.  Government
is instituted for their equal protection and benefit, and
they have the right to alter, reform, or abolish the same
whenever they may deem it necessary; and no special privileges
or immunities shall be granted that may not be altered,
revoked, or repealed by the General Assembly."

Kansas Bill of Rights, to wit:  "All political power
is inherent in the people."

Oregon Constitution, Article I, Section 1: "All men,
when they form a social compact, are equal in right: that
all power is inherent in the people, and all free governments
are founded on their authority, and instituted for their
peace, safety, and happiness; and they have at all times
a right to alter, reform, or abolish the government in
such manner as they may think proper."

-19-

Washington State Constitution, Article I, Section 1, Political Power: "All political power is inherent in the people, and governments derive their just powers from the consent of the governed, and are established to protect and maintain individual rights."

Idaho Constitution, Article I, Section 2:  "All political power is inherent in the people.  Government is instituted for their equal protection and benefit, and they have the right to alter, reform, or abolish the same whenever they may deem it necessary; and no special privileges or immunities shall ever be granted that may not be altered, revoked, or repealed by the legislature."

California Constitution of 1849, Article I, Section 2: "All political power is inherent in the people."

Alabama Constitution, Section 2:  "That all political power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefit; and that, therefore, they have at times an inalienable and indefeasible right to change their form of government in such a manner as they deem expedient."

Connecticut Constitution, Article I, Section 2: "That all political power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefit, and that they have at all times an undeniable and indefeasible right to alter their

form of government in such manner as they may think expedient."

Take note of the Constitution of the United States, Preamble, which recognizes the maxim that all political power is inherent in the People; to wit:

"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. (emphasis added).

The governments of the several states of the Union and the United States Federal Government exist by the free will of the Sovereign Body Politic, who delegate and limit power inherent in the Sovereign Body Politic: the People, to the governments of the several states of the Union and the United States Federal Government. All power delegated to both the governments of the several states of the Union and the United States Federal Government are retained and exercised concurrently by the Sovereign Body Politic, collectively and individually, protected by the Ninth Amendment, the Tenth Amendment, and the Fourteenth Amendment to the Constitution for the United States of America; and all other Powers of the Sovereign Body Politic not delegated to the governments of the several states of the Union and

-21-

the United States Federal Government, are retained by the Sovereign Body Politic: the People.  At no time did the People surrender their inherent Sovereignty to the institutions created by the People for their mutual benefit and for the protection of their inherent rights, privileges, and immunities as the Sovereign Body Politic.

The inherent rights of the Sovereign Body Politic existed long before the Sovereign Body Politic established the several states of the Union and the United States Federal Government, for the express purpose of protecting those inherent rights.

Any claim by Officers, Agents, or Employees of either the governments of the several states of the Union or the United States Federal Government, that the rights, privileges, and immunities of the Sovereign Body Politic, individually or collectively, are bestowed or provided to the Sovereign Body Politic by the Constitution, or laws enacted by the elected representatives of the People, or by Judicial Decree, or by Executive Order or regulation, is clear usurpation of the lawful inherent Power of the Sovereign Body Politic.

Those Officers, Agents, and Employees, who enjoy the delegated limited Power vested in their respective offices by the Sovereign Body Politic, have no Power to bestow anything to the Sovereign Body Politic: the People; which the People do not already possess inherently.  Any claim

-22-

to the contrary must be construed as Sedition against the
Sovereign Body Politic: the People.

In Hale v. Henkel, 201 U.S. 43, 74, 26 S.Ct. 370,
50 L.Ed. 652 (1906), the Supreme Court recognized the fact
that the inherent rights of the People existed before the
People established the state and Federal Governments of
the United States, to wit:

" ... His [Member of the Sovereign Body Politic's]
rights are such as existed by the law of the land long
antecedent to [before] the organization of the state..."
cited later in Wilson v. United States, 221 U.S. 361, 383,
55 L.Ed. 771 (1911) (emphasis added).

The Supreme Court has affirmed the Court's recognition
that all Political Power is inherent in the People, not
the Government; as evidenced by the following published
legal authorities:

Downes v. Bidwell, 182 U.S. 244, 358-359, 45 L.Ed.
1088 (1901) ("The government of the United States is the
government ordained by the Constitution, and possesses
the powers conferred by the Constitution. "This original
and supreme will organizes the government, and assigns
to different departments their respective powers.  It may
either stop here, or establish certain limits not to be
transcended by those departments.  The government of the
United States is of the latter description.  The powers

-23-

of the legislature are defined and limited [See: United
States Constitution, Article 1, Section 8, Clause 18, which
limits Federal Legislative Authority to either implement
Powers vested by the Constitution in the Federal Government of
the United States, or to rescind said Powers once implemented]
(emphasis added); and that those limits may not be mistaken or
forgotten, the Constitution is written.  To what purpose
is that limitation committed to writing, if these limits
may, at any time, be passed by those intended to be
restrained?" Marbury v. Madison, 1 Cranch 176, 2 L.Ed. 73.
The opinion of the Court, by Chief Justice Marshall in
that case, was delivered at the February term, 1803, and
at the October term, 1885, the Court, in Yick Wo v. Hopkins,
118 U.S. 356, 6 S.Ct. 1064, 30 L.Ed. 220 (1886), speaking
through Mr. Justice Matthews, said: "When we consider the
nature and theory of our institutions of government, the
principles upon which they are supposed to rest, and review
the history of their development, we are constrained to
conclude that they do not mean to leave room for the play
and action of purely personal and arbitrary power. Sovereignty
itself is, of course, not subject to law, for it is the
author and source of law; but in our system, while sovereign
powers are delegated to the agencies of government, sovereignty
itself remains with the people, by whom and for whom all
government exists and acts. And the law (of the People)
is the definitions and limitations of power.")(emphasis
added).

-24-

From <u>Marbury v. Madison</u> to the present day, no utterance of this court has initiated a doubt that in its operation on the people, by whom and for whom it was established, the national [Federal] government is a government of enumerated powers, the exercise of which is restricted to the use of means appropriate and plainly adapted to Constitutional ends, and which are "not prohibited, but consist with the letter and spirit of the Constitution."

The powers delegated by the people to their agents are not enlarged by the expansion of the domain within which they are exercised.  When the restriction on the exercise of a particular power by a particular agent is ascertained, that is an end of the question.  To hold otherwise is to overthrow the basis of our Constitutional law, and moreover, in effect, to reassert the proposition that the states, and not the people, created the government."). <u>Downes v. Bidwell</u>, <u>Id.</u>

See also: <u>Juilliard v. Greenman</u>, 110 U.S. 421, 467, 28 L.Ed. 204 (1884) (" ... Congress can exercise <u>no</u> power by virtue of any supposed inherent sovereignty in the General Government.  Indeed, it may be doubted whether the power can be correctly said to appertain to an independent political community.  The power to commit violence, perpetrate injustice, to take private property by force without compensation to the owner, and compel the receipt of promises to pay in place of money [i.e.: Federal Reserve (Bank) Notes],

-25-

may be exercised, as it often has been, by irresponsible
authority, but it cannot be considered as belonging to
a government founded upon law.  Be that as it may, there
is no  such thing as a Power of inherent sovereignty in
the Government of the United States.  It is a government
of delegated Powers, supreme within its prescribed [and
limited] sphere, but powerless outside of it [i.e.: outside
Federal Territorial Jurisdiction].  In this country,
sovereignty resides in the people, and Congress can exercise
no Power which they [the people, the sovereign body politic],
have not by their Constitution, intrusted to it; all else
is withheld.") (emphasis added).

        (b)  As already established, the instant Qui Tam Civil
Action is brought on behalf of Plaintiff Stephenson and
Plaintiff Fishman and on behalf of the United States Federal
Government, ex rel. David Carroll, Stephenson and ex rel.
Steven Fishman, Private Attorney Generals, claiming injury
and damage caused by the "Federal Reserve System," thus
establishing Article III standing to invoke the Jurisdiction
of the United States District Court, establishing a case
or controversy as evidenced in SECTION 1B: STANDING,
SUBSECTION (a).  Plaintiff Stephenson and Plaintiff Fishman
have additional Article III standing to invoke the
Jurisdiction of the United States District Court as follows:

        Pursuant to the Act of Congress evidenced at 31 U.S.C.
§3730, Civil Actions for False Claims; Plaintiff Stephenson

-26-

and Plaintiff Fishman will have a financial interest in recovery of the proceeds of the action or settlement of the claim up to thirty (30%) percent.

Qui Tam Plaintiffs Stephenson and Fishman, having independent Article III standing as Plaintiff Stephenson and Plaintiff Fishman, in the event that the United States Attorney General elects not to join the action as Attorney for Plaintiff United States Federal Government; Qui Tam Plaintiff Stephenson and Qui Tam Plaintiff Fishman, as the Private Attorney Generals' inherent right to conduct this case on behalf of the United States Federal Government, is recognized by the Act of Congress evidenced at 31 U.S.C. §3730(c), Rights of the Parties to Qui Tam Actions; to wit within 31 U.S.C. §3730(c)(3):

"If the Government [United States Attorney General] elects not to proceed with the action, the person [Qui Tam Plaintiffs Stephenson and Fishman] who initiated the action shall have the [mandatory] right to conduct the action. (emphasis added).

Furthermore, Plaintiff Stephenson and Plaintiff Fishman, as proper Party Plaintiffs having independent Article III standing to invoke the Court's jurisdiction, Plaintiff Stephenson's and Plaintiff Fishman's right to conduct this case personally is recognized by the Act of Congress evidenced at 28 U.S.C. §1654, Appearance Personally or By Counsel, to

-27-

wit:

"In all courts of the United States[,] the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein."

Neither the Acts of Congress evidenced at 31 U.S.C. §3730(c)(3) or 28 U.S.C. §1654, qualify or limit the right to conduct this case personally; nor do the Acts of Congress relied upon hereinabove, qualify/limit the Qui Tam Plaintiffs' rights, nor Plaintiff Stephenson's and Plaintiff Fishman's rights to access the Court only through representation by a Member of the Trade Union/Guild commonly known as a BAR Association; nor do the Acts of Congress vest any judicial jurisdiction in any judge to create qualifications/limits to access to the Court by judicial decree by the Qui Tam Plaintiffs on behalf of Plaintiff United States Federal Government ex rel. David Carroll, Stephenson and ex rel. Steven Fishman; nor on behalf of Plaintiff Stephenson and Plaintiff Fishman only through representation by a Member of the Trade Union/Guild commonly known as a BAR Association.

At all times relevant to this Qui Tam Civil Action, the Qui Tam Plaintiffs claim the right to access the Court on behalf of Plaintiff United States Federal Government ex rel. David Carroll, Stephenson and ex rel. Steven Fishman; and on behalf of Plaintiff Stephenson and Plaintiff Fishman,

-28-

as protected by the First Amendment: "Congress shall make
no law respecting ... the right ... to petition the Government
for a redress of grievances;" and:

The Ninth Amendment:  "The enumeration in the Constitution
of certain rights, shall not be construed to deny or disparage
others retained by the people;" and:

The Tenth Amendment: "The powers not delegated to
the United States [Federal Government] by the Constitution,
[and implemented by express Acts of Congress in Article
I, Section 8, Clause 18], nor prohibited by it to the States,
are reserved to the States respectively, or to the people;"
and:

The Fourteenth Amendment, Section 1:  " ... No State
shall make or enforce any law which shall abridge the
privileges or immunities of citizens of the United States ..."

As enforced by Congress under the Constitutional authority
at the Fourteenth Amendment, Section 5:  "The Congress
shall have the power to enforce, by appropriate legislation,
the provisions of this article," pursuant to the following
Acts of Congress evidenced at 28 U.S.C. §1332(e), Diversity
of Citizenship; Amount in Controversy; Costs; defining
"[t]he word "states," as used in this section, [which]
includes the Territories, the District of Columbia, and
the Commonwealth of Puerto Rico." (emphasis added); and:
28 U.S.C. §1343(b), Civil Rights and Elective Franchise;

-29-

with regard to actions under 42 U.S.C. §1983, et seq.,
Civil Action for Deprivation of Rights; for enforcement
of the Fourteenth Amendment, define the term "State"
[28 U.S.C. §1343(b)] as follows:

"For purposes of this section -- (1) the District
of Columbia shall be considered to be a State ..." and:
42 U.S.C. §1983 et seq., establishing that it is an act
of civil misconduct for any person to conspire under color
of law to violate the inherent protected rights of a citizen
of the United States [Federal Government] or the rights
of any other person [Citizen of a state of the Union];
and establishes that the term "privilege and immunities"
means all rights protected by the Constitution and Laws
of the United States; and:

18 U.S.C. §241, Conspiracy Against Rights; and 18
U.S.C. §242, Deprivation of Rights Under Color of Law;
establishing that it is an Act of Criminal Misconduct for
any person to conspire under color of law to violate a
person's inherent rights, and establishes that the term
"privilege and immunities" means all rights protected by
the Constitution and Laws of the United States.

Therefore, Qui Tam Plaintiff Stephenson and Qui Tam
Plaintiff Fishman have unqualified standing to conduct
this action personally, should the United States Attorney
General elect not to participate in this action as Attorney

-30-

for Plaintiff United States Federal Government ex rel.
Plaintiff Stephenson and ex rel. Plaintiff Fishman.   In
that event, Qui Tam Plaintiffs Stephenson and Fishman,
as Private Attorney Generals, as Members of the Sovereign
Body Politic, will conduct this action on behalf of the
Sovereign Body Politic's institution: the United States
Federal Government, created by the Sovereign Body Politic's
Constitution, and do so in order to protect the interests of the
Sovereign Body Politic's institution: the United States
Federal Government; to the fullest extent of the Law, as
a matter of Sovereign Right.

    (c)   Time Limitation Standing:

    The Plaintiffs have standing, as the tortious acts
complained of herein are occurring daily, as a direct and
proximate result of the acts and omissions of the Defendant
Federal Reserve System, as herein more fully appears:

    Pursuant to the Act of Congress evidenced at 28 U.S.C.
§1659(a), Time Limitations on the Commencement of Civil
Actions Arising Under Acts of Congress; which states:
"Except as otherwise provided by law, a civil action arising
under an Act of Congress enacted after the date of the
enactment of this section [enacted December 1, 1990], may
not be commenced later than 4 years after the cause of
action accrues;" and the Act of Congress evidenced at 31
U.S.C. §3731, False Claims Procedure, Subsection (b),

-31-

establishes a Time Limitation on Commencement of a Civil

Action under the Act of Congress evidenced at 31 U.S.C.

§3729 et. seq., False Claims; states as follows, to wit:

(b)   A civil action under section 3730 [31 U.S.C.

§3730] may not be brought --

(1)   more than 6 years after the date on which the

violation of section 3729 [31 U.S.C. §3729] is committed, or

(2)   more than 3 years after the date when facts material

to the right of action are known or reasonably should have

been known by the official of the United States charged

with responsibility to act in the circumstances, but in

no event more than 10 years after the date on which the

violation is committed, whichever occurs last.

As the violations of the Act of Congress evidenced

at 31 U.S.C. §3729, False Claims; are being committed by

the Defendant "Federal Reserve System" on an ongoing daily

basis, as herein more fully appears; and the fact that

the Acts of Congress evidenced at 28 U.S.C. §1331, Federal

Question; 28 U.S.C. §1332, Diversity of Citizenship; Amount

in Controversy; Costs; and 28 U.S.C §1345, United States

as Plaintiff; were all enacted prior to 1990, this Qui

Tam Civil Action is brought within the time limitations

imposed by the Act of Congress evidenced at 31 U.S.C. §3731(b),

as herein more fully appears:

-32-

SECTION 1C: VENUE:

As at least one of the Defendants identified hereinabove, Jerome H. Powell, Chairman, Board of Governors of the Federal Reserve System, is doing business at 20th Street and Constitution Avenue, N.W., Washington, D.C. 20551; the Act of Congress evidenced at 31 U.S.C. §3732(a), False Claims Jurisdiction: (a) Actions Under Section 3730; provides that:

"Any action under Section 3730 [31 U.S.C. §3730] may be brought in any judicial district in which the defendant, or in the case of multiple defendants, any one defendant can be found, resides, transacts business, or in which any act proscribed by Section 3729 [31 U.S.C. §3729] occurred. A Summons as required by the Federal Rules of Civil Procedure shall be issued by the appropriate district court and served at any place within or outside the United States."

The Act of Congress evidenced at 28 U.S.C. §1391(a), District Courts; Venue Generally; Applicability of Section; provides that:

"Except as otherwise provided by law --

(1) this section shall govern the venue of all civil actions brought in district courts of the United States; and:

(2) the proper venue for a civil action shall be determined without regard to whether the action is local

or transitory in nature."

As this action is brought in part under the authority of the Acts of Congress evidenced at 31 U.S.C. §3729, et seq., 28 U.S.C. §1331, 28 U.S.C. §1332, and 28 U.S.C. §1345, as herein more fully appears, the statutory basis of the United States District Court for the District of Columbia is therefore Venue Jurisdiction of this Qui Tam Civil Action pursuant to 31 U.S.C. §3732(a), False Claims Jurisdiction; 28 U.S.C. §1391(a), Applicability of Section; and 28 U.S.C. §1391(b)(2), Venue In General; which states: "A judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated;" as herein more fully appears.

SECTION 1D:   STATUTORY COGNIZANCE/JURISDICTION:

SECTION 1D(a):   JURISDICTION FOR RECOVERY OF DAMAGES:

As the Defendants, Federal Reserve System, are sued for recovery of damages sustained by the United States Federal Government in the amount of three (3) times the value in excess of Four Hundred Trillion Dollars, for causing to be presented false and/or fraudulent claims for payment, in a conspiracy to commit violations of the Act of Congress evidenced at 31 U.S.C. §3729, Subsection (a): Liability for Certain Acts; Subcategories (1)(A),(B), and (F), as herein more fully appears.

The United States District Court's jurisdiction for recovery of damages is vested by the Act of Congress evidenced at 31 U.S.C. §3732(a), False Claims Jurisdiction: Actions Under Section 3730; which states, to wit:

"Any action under Section 3730 [31 U.S.C. §3730] may be brought in any judicial district in which the defendant or, in the case of multiple defendants, any one defendant can be found, resides, transacts business, or in which any act proscribed by Section 3729 [31 U.S.C. §3729] occurred. A summons as required by the Federal Rules of Civil Procedure shall be issued by the appropriate district court and served at any place within or outside the United States."

(a)(1)   As the Qui Tam Action also arises under the Constitution, Laws, and/or Treaties of the United States, the jurisdiction for recovery of damages is also vested by the Act of Congress evidenced at 28 U.S.C. §1331, Federal Question: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

(a)(2)   Inasmuch as the Defendants are Citizens and corporate Citizens of different states of the Union, and that the matter in controversy exceeds the sum or value of $75,000.00, jurisdiction for recovery of damages is also vested by the Act of Congress evidenced at 28 U.S.C. §1332, to wit:

-35-

"(a)   The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between --

(1)   Citizens of different States;

(2)   citizens of a State and citizens of a foreign state ...

(c)   For the purposes of this Section and Section 1441 of this Title [28, U.S.C. §1441, Removal of Civil Actions] --

(1)   a corporation shall be deemed a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business ..."

The provisions of the Act of Congress evidenced at 28 U.S.C. §1332(e) defines the word "States" as follows:

"(e) The word "States," as used in this Section, includes [and is limited to] the Territories, the District of Columbia, and the Commonwealth of Puerto Rico." (emphasis added).

NOTE:  While not overtly expressed, the term in 28 U.S.C. §1332(a)(2): " ... citizens or subjects of a foreign state ..."; "foreign state" in the context of this Act of Congress, refers to any one of the states of the Union; which are viewed the same as states such as the state of

-36-

Mexico, state of Canada, state of England, etc.

Pursuant to 28 U.S.C. §1332: History; Ancillary Laws and Directives; In re: Amendment of April 20, 1940, the Ancillary Law/Directive states, to wit:

"Words:"or citizens of the District of Columbia, Territory of Hawaii, or Alaska, and any State or Territory" which were inserted by the amendatory act April 20, 1940, are omitted. The word "States" is defined in this section and enumeration of the references is unnecessary. The revised section confirms with the view of Philip F. Herrick, United States Attorney, Puerto Rico, who observed that the act of April 20, 1940, permitted action between a citizen of Hawaii and of Puerto Rico, but not between a citizen of New York and Puerto Rico, in the district court. This changes the law to ensure uniformity. The 1940 amendment applied only to the provision as to controversies between "citizens of different states." [i.e.: District of Columbia, Territories, Commonwealth Puerto Rico > See: 28 U.S.C. §1332(e)]. The new definition in subsection (b) extends the 1940 amendment to apply to controversies between citizens of the Territories or the District of Columbia, and foreign states or citizens or subjects thereof." (emphasis added).

COMMENT: This change established that the Act of Congress evidenced at 28 U.S.C. §1332(a) would equally apply to controversies between Citizens of the several

-37-

states of the Union, and citizens of a Federal Territory,
a Federal Commonwealth, or the District of Columbia.

(a)(3)   As the United States Federal Government is
a Party Plaintiff in this Qui Tam Civil Action, the United
States District Court's Jurisdiction for Recovery of Damages
is also vested by the Act of Congress evidenced at 28 U.S.C.
§1345, United States as Plaintiff, to wit:

"Except as otherwise provided by Act of Congress,
the district courts shall have original jurisdiction of
all civil actions, suits or proceedings commenced by the
United States [Federal Government], or by any agency or
officer thereof expressly authorized to sue by Act of
Congress."   (emphasis added).

SECTION 1D(b):   CONCLUSION:

The Acts of Congress evidenced at 31 U.S.C. §3732,
False Claims Jurisdiction; 28 U.S.C. §1331, Federal Question;
28 U.S.C. §1332, Diversity of Citizenship; Amount in
Controversy; Costs; and 28 U.S.C. §1345, United States
as Plaintiff; is the basis of the Jurisdiction of the United
States District Court for Recovery of Damages, as herein
more fully appears.

//
//
//

SECTION 1D(c):   JURISDICTION FOR EQUITABLE RELIEF:

SECTION 1D(c)(i):   JURISDICTION FOR INJUNCTIVE RELIEF:

The Plaintiffs seek Equitable Relief in the nature
of Injunctive Relief, which will will include Preliminary
Injunctive Remedy and Relief against Defendants "Federal
Reserve System," as the Plaintiffs are subject to immediate
and irreparable injury, loss and damage which results/will
result as a direct and proximate result of the acts and
omissions of the Defendants "Federal Reserve System," before
the Defendants "Federal Reserve System" can be heard in
opposition to the Plaintiffs' Demand for Remedy and Relief
in the nature of an Injunction, as herein more fully appears:

The Act of Congress evidenced at 28 U.S.C. §1651,
Writs, [All Writs Act] provides, to wit:

"(a)   The Supreme Court and all courts established
by Act of Congress may issue all writs necessary or
appropriate in aid of their respective jurisdictions and
agreeable to the usage and principles of law.

(b)   An alternative writ or rule nisi may be issued
by a justice or judge of a court which has jurisdiction."

As evidenced by the foregoing Statements of Jurisdictional
Facts, the Plaintiffs have established Article III standing
to invoke the District Court's Jurisdiction by alleging
that the Plaintiffs are subject to irreparable damage,

-39-

injury, and loss in excess of Four Hundred Trillion Dollars
in value; as a direct and proximate result of the Acts
and Omissions of the Defendants "Federal Reserve System,"
and that the United States District Court's Venue Jurisdiction
is based upon the Acts of Congress evidenced at 28 U.S.C.
§1391(a) and (b), Venue Generally: (a) Applicability of
Section and (b) Venue in General; and 31 U.S.C. §3732(a),
False Claims Jurisdiction: Actions Under Section 3730;
and that the United States District Court's Jurisdiction
for Recovery of Damages in based on the Acts of Congress
evidenced at 31 U.S.C. 3732, False Claims Jurisdiction;
28 U.S.C. §1331, Federal Question; 28 U.S.C. §1332, Diversity
of Citizenship; Amount in Controversy; Costs; and 28 U.S.C.
§1345, United States as Plaintiff.

   Furthermore, the United States District Court's
Jurisdiction to provide Mandatory Injunctive Remedy and
Relief is based upon the Acts of Congress evidenced at
28 U.S.C. §1651, Writs: [All Writs Act]; 28 U.S.C. §1361,
Action to Compel an Officer of the United States to Perform
his Duty; and Federal Rule of Civil Procedure 65, Injunctions
and Restraining Orders, Subsection (c), Security; in that
the United States Federal Government is in fact a Plaintiff in
this Qui Tam Civil Action, and pursuant to Federal Rule
of Civil Procedure 65(c), the Plaintiff United States Federal
Government is not required to give security in order to
secure a Mandatory Preliminary Injunction, as herein more
fully appears.

-40-

SECTION 1D(c)(ii):   JURISDICTION FOR DECLARATORY JUDGMENT:

The Act of Congress evidenced at 28 U.S.C. §2201,
Creation of Remedy; provides that:

"(a)  In a case of actual controversy within its
jurisdiction, ... any court of the United States, upon
the filing of an appropriate pleading, may declare the
rights and other legal relations of any interested party
seeking such declaration, whether or not further relief
is or could be sought.  Any such declaration shall have
the force and effect of a final judgment or decree and
shall be reviewable as such."

As evidenced by the foregoing Statement of Jurisdictional
Facts, the Plaintiffs have established Article III standing
to establish a case or controversy to invoke the Jurisdiction
of the United States District Court for the District of
Columbia, by alleging that the Plaintiffs are subject to
irreparable damage, injury, and loss in excess of Four
Hundred Trillion Dollars in value, as a direct and proximate
result of the acts and omissions of the Defendants: "Federal
Reserve System," and that the United States District Court's
Venue Jurisdiction is based on the Acts of Congress evidenced
at 28 U.S.C. §1391(a) and (b), Venue Generally: (a)
Applicability of Section and (b) Venue in General; and
31 U.S.C. §3732(a), False Claims Jurisdiction: Actions
Under Section 3730; and that the United States District

-41-

Court's Jurisdiction for Recovery of Damages is based on the Acts of Congress evidenced at 31 U.S.C. §3732, False Claims Jurisdiction; 28 U.S.C. §1331, Federal Question; 28 U.S.C. §1332, Diversity of Citizenship; Amount in Controversy; Costs; and 28 U.S.C. §1345, United States as Plaintiff.

Therefore, the United States District Court's Jurisdiction to provide Remedy and Relief in the nature of a Declaratory Judgment; and Further Remedy and Relief based on such a Declaratory Judgment, is based on the Acts of Congress evidenced at 28 U.S.C. §2201, Creation of Remedy; and 28 U.S.C. §2202, Further Relief; as herein more fully appears.

SECTION 1D(c)(iii):   JURISDICTION FOR MANDAMUS:

As herein more fully appears, the Plaintiffs will be seeking a Judgment from this Court to compel purported appointed Officers of the United States Federal Government to perform a duty owed to the Plaintiffs.

The Court's jurisdiction to provide Remedy and Relief in the nature of Mandamus to compel an Officer or Employee of the United States or any agency thereof to perform a duty owed to the Plaintiff is based on the Acts of Congress evidenced at 28 U.S.C. §1651, Writs: [All Writs Act]; and 28 U.S.C. §1361, Action to Compel an Officer of the United States to Perform his Duty.

SECTION 1E:   JURISDICTION TO PROVIDE EXPEDITED
DETERMINATION:

SECTION 1E(a):   JURISDICTION TO PROVIDE EXPEDITED
DETERMINATION WITH REGARD TO DECLARATORY
JUDGMENT:

The Plaintiffs rely in good faith on the following published legal authorities establishing that the Plaintiffs are entitled to a Declaratory Judgment.  See: Butler v. United States, 365 F.Supp. 1035, 1973 U.S. Dist. LEXIS 11162 (D. HI. 1973) (Where jurisdiction for action exists under 28 U.S.C. §1331 and 28 U.S.C. §1361, plaintiffs are entitled to declaratory judgment under 28 U.S.C. §2201, 28 U.S.C. §2202, and Federal Rule of Civil Procedure 57, if facts alleged by plaintiff are established).

The provisions of the Act of Congress evidenced at 28 U.S.C. §2071, Rule-Making Power Generally, directing the courts to establish rules of procedure, by extension make the court rules of procedure into Acts of Congress.

The provisions of Federal Rule of Civil Procedure 57, Declaratory Judgment, provides in pertinent part:

"The court may order a speedy hearing of a declaratory-judgment action."

Therefore, the Court's Jurisdiction to conduct a Speedy Hearing of this Declaratory Judgment Action, is based on the Act of Congress evidenced at 28 U.S.C. §2071 and Federal Rule of Civil Procedure 57.

-43-

SECTION 1E(b):   JURISDICTION TO PROVIDE EXPEDITED
                 DETERMINATION WITH REGARD TO PRELIMINARY
                 INJUNCTION:

The provisions of the Act of Congress evidenced at 28 U.S.C. §2071, <u>Rule-Making Power Generally</u>; directing the courts to establish rules of procedure, by extension, make the court rules of procedure an Act of Congress.

The Provisions of Federal Rule of Civil Procedure 65(b)(3), <u>Expediting the Preliminary Injunction Hearing</u>, provides that if an Order for a Temporary Restraining Order [under Rule 65(b)] is issued without notice, prior to a Hearing on a Preliminary Injunction, Rule 65(b)(3) states:

"If the order is issued without notice, the motion for a preliminary injunction must be set for hearing at the earliest possible time, taking precedence over all other matters except hearings on older matters of the same character. At the hearing, the party who obtained the order must proceed with the motion; if the party does not, the court must dissolve the order."

Therefore, the Court's Jurisdiction to provide an Expedited Determination with Regard to a Preliminary Injunction is based on the Act of Congress evidenced at 28 U.S.C. §2071, and Federal Rule of Civil Procedure 65(b)(3).

//

//

-44-

SECTION 2:   STATEMENT OF CLAIMS FOR REMEDY AND RELIEF:

SECTION 2A:   STATEMENT OF CLAIM FOR REMEDY AND RELIEF
IN THE NATURE OF A DECLARATORY JUDGMENT,
PURSUANT TO 28 U.S.C. §2201, AS DEMANDED
IN SECTION 4, INFRA, BASED ON THE FOLLOWING
CLAIM:

SECTION 2A(a):   NATURE OF THE CLAIM

The Plaintiffs claim herein that the Plaintiffs
have established Article III standing to establish a case
or controversy to invoke the Jurisdiction of the United
States District Court for the District of Columbia by alleging
that the Plaintiffs are subject to irreparable damage,
injury, and loss in excess of Four Hundred Trillion Dollars in
value as a direct and proximate result of the acts and
omissions of the Defendants: "Federal Reserve System,"
and that the United States District Court's Venue and
Jurisdiction is based on 28 U.S.C. §1391(a) and (b), Venue
Generally: (a) Applicability of Section and (b) Venue in
General; 31 U.S.C. §3729(a), False Claims: Liability for
Certain Acts; 31 U.S.C. §3732, False Claims Jurisdiction;
28 U.S.C. §1331, Federal Question; 28 U.S.C. §1332, Diversity
of Citizenship; Amount in Controversy; Costs; 28 U.S.C.
§1345, United States as Plaintiff; 28 U.S.C. §1651 Writs:
[All Writs Act]; and 28 U.S.C. §1361, Action to Compel
an Officer of the United States to Perform his Duty.

As there is a case or controversy pending within the
Jurisdiction of the United States District Court, Plaintiff

Stephenson and Plaintiff Fishman, as members of the Sovereign Body Politic, possess all Political Power inherently, and possess inherent rights, privileges and immunities; thereby claiming their unenumerated reserved Right/Power protected by the Ninth Amendment and the Tenth Amendment to the Constitution, which is protected from statutory abridgement by the Fourteenth Amendment, Section 1 and Section 5 of the Constitution for the United States of America; whereby said protection is being enforced by the Acts of Congress evidenced at 18 U.S.C. §241, Conspiracy Against Rights; 18 U.S.C. §242, Deprivation of Rights Under Color of Law; and the Federal Civil Rights Act of 1871, evidenced at 42 U.S.C. §1983, et seq., Civil Action for Deprivation of Rights; to a Mandatory, Non-Discretionary Declaratory Judgment with regard to the following Twenty-Eight (28) Questions of Law, in order to determine the rights of the Plaintiffs and the Defendants: "Federal Reserve System;" and in order to determine the nature of the controversy now before the Court. [See: 28 U.S.C. §2201, Creation of Remedy; 28 U.S.C. §2202, Further Relief; 28 U.S.C. 1657, Priority of Civil Actions; and Federal Rule of Civil Procedure 57, Declaratory Judgment]. Also see: Butler v. United States, 365 F.Supp. 1035, 1973 U.S. Dist. LEXIS 11162 (D. HI. 1973) (Where jurisdiction for action exists under 28 U.S.C. §1331 and 28 U.S.C. §1361, plaintiffs are entitled to a Declaratory Judgment under 28 U.S.C. §2201, 28 U.S.C. §2202, and Federal Rule of Civil Procedure

-46-

57, if facts alleged by the plaintiff are established).

SECTION 2A(b):   QUESTIONS OF LAW TO BE DETERMINED
BY DECLARATORY JUDGMENT:

QUESTION 1:

Is the Constitution of the United States, all Laws
of the United States made in pursuance to the Constitution,
and all Treaties that were made prior to the time of
ratification or made after ratification of the Constitution,
the Supreme Law of the Land?

QUESTION 2:

Are all Officers, Agents, and Employees of the Federal
Government of the United States, and all Officers, Agents,
and Employees of the Government of the several states of
the Union, required to agree, by oath or affirmation, to
uphold the Supreme Law of the Land, and to provide allegiance
to the Supreme Law of the Land?

QUESTION 3:

Do the several states of the Union, by and through
their respective Representatives and Senators, comprise
the United States Legislative Department?

QUESTION 4:

Do the provisions of Article I, Section 8, Clause
18, All Necessary and Proper Laws, vest exclusive and

-47-

absolute power in the several states of the Union, by and

through the states' Representatives and Senators in Congress,

to carry into execution or rescind <u>all</u> power vested by

the Constitution in the United States Federal Government,

by Legislation, powers vested in the Executive Department,

Judicial Department, Legislative Department, and the Officers

of said Departments?

QUESTION 5:

Do the provisions of the Tenth Amendment to the

Constitution for the United States of America, limit the

powers of the United States Federal Government to only

those powers expressly delegated in writing to the United

States Federal Government by the Constitution; and reserve

all powers not prohibited by the Constitution to the several

states of the Union, or to the People; and prohibit Federal

Officers, Agents, and Employees, specifically Federal Judges,

from establishing unwritten, implied, self-executing, self-

implementing, extra-Constitutional powers for themselves

and/or the United States Federal Government?

QUESTION 6:

Do the provisions of Article I, Section 8, Clause

2 of the Constitution for the United States of America,

vest Power in the several states of the Union in Congress,

to borrow Money on the credit of the United States?

-48-

QUESTION 7:

Does the Constitution for the United States of America vest power in the several states of the Union in Congress to establish debt without first borrowing any Money?

QUESTION 8:

Do the provisions of Article I, Section 8, Clause 5 of the Constitution for the United States of America vest power in the several states of the Union in Congress to establish a public monetary system by coining money, and regulating the value of the public money, and regulate the value of foreign coin and/or currency?

QUESTION 9:

Does the Constitution for the United States of America require that the public monetary system be based exclusively on gold and silver coin?

QUESTION 10:

Does the Constitution for the United States of America, vest power in the several states of the Union, to substitute commercial security debt instruments as currency for a public monetary system?

QUESTION 11:

Does the Constitution for the United States of America

-49-

vest Power in the several states of the Union to redelegate
the Power vested by Article I, Section 8, Clause 5 of the
Constitution for the United States of America, "To coin
Money, regulate the Value thereof, and of foreign Coin..."
to private Corporate Citizens of the several states of
the Union, and foreign states?

QUESTION 12:

Are obligations of the United States Federal Government
commercial security debt instruments, establishing debt
of the United States Federal Government?

QUESTION 13:

Are "Federal Reserve Notes" of the United States Federal
Government commercial security debt instruments, establishing
debt of the United States Federal Government?

QUESTION 14:

Does the Gold Reserve Act of 1934 [formerly found
at 31 U.S.C. §443] and now 31 U.S.C. §5118 and 31 U.S.C.
§5119, making it lawful for only the United States Federal
Government to possess United States Gold Coin and Gold
Bullion; making it unlawful to issue "Federal Reserve Notes"
to "Federal Reserve Banks," who are Private Corporate Citizens
of the several states of the Union, after the year 1934?

QUESTION 15:

Can "Federal Reserve Notes" as commercial security debt instruments of the United States Federal Government be tendered to redeem "Federal Reserve Notes?"

QUESTION 16:

Does issuance of "Federal Reserve Notes" as commercial security debt instruments of the United States Federal Government establish a debt obligation of the United States Federal Government, when the United States Federal Government does not/did not receive an actual loan of "Money" in exchange for the Federal Reserve Notes"?

QUESTION 17:

Does tendering a commercial security debt instrument issued by or on behalf of the United States Federal Government to pay or redeem commercial security debt instruments of the United States Federal Government, reduce the debt of the United States Federal Government incurred by the issuance and sale of commercial security debt instruments?

QUESTION 18:

Does the issuance of "Federal Reserve Notes" as commercial security debt instruments of the United States Federal Government, with interest, establish a debt obligation of the United States Federal Government to the holder of

-51-

the "Federal Reserve Note," equal to the face value of
the note, plus interest?

QUESTION 19:

Did the enactment of the "Federal Reserve Act of 1913"
establish an ongoing, progressive debt of the United States,
without the United States Federal Government receiving
an actual loan of "Money", thereby violating the provisions
of Article I,  Section 8, Clause 2 of the Constitution
for the United States of America?

QUESTION 20:

Did the enactment of the "Federal Reserve Act of 1913,"
substitute commercial security debt instruments in place
of a public monetary system, thereby violate the provisions
of Article I, Section 8, Clause 5 of the Constitution for
the United States of America?

QUESTION 21:

Is the debt claimed by the issuance of "Federal Reserve
Notes" null and void; thus, a false claim against the United States?

QUESTION 22:

Does the presentment of a "Federal Reserve Note" for
redemption in lawful money on demand at the Treasury
Department of the United States Federal Government constitute
a False Claim for payment?

-52-

QUESTION 23:

Does the Demand by Federal Reserve Banks and Member Banks for payment of principal and/or interest payments for "Federal Reserve Notes" held by the Federal Reserve Banks and Member Banks constitute a False Claim for payment?

QUESTION 24:

Does establishing the "Federal Reserve Act of 1913" [December 23, 1913, Chapter 6, 38 Statute 251]; the "Banking Act of 1933 [June 16, 1933, Chapter 89, 48 Statute 162]; and the "Banking Act of 1935" [August 23, 1935, Chapter 614, 49 Statute 684]; in violation of the Constitution of the United States of America, render the "Federal Reserve Act of 1913," the "Banking Act of 1933," and the "Banking Act of 1935," null and void?

QUESTION 25:

Are the "Federal Reserve Banks" and Member Banks, as private corporations that are incorporated in any one of the several states of the Union, Corporate Citizens where the "Federal Reserve Banks" are incorporated and doing business?

QUESTION 26:

Are "Federal Reserve Banks" and Member Banks, as Corporate Citizens of any one of the several states of

-53-

Union, also a Department and/or Agency of the United States Federal Government?

QUESTION 27:

Have the several states of the Union in Congress established a common public monetary system for general use of and by the People and the governments of the several states of the Union, as vested by Article I, Section 8, Clause 5, of the Constitution for the United States of America?

QUESTION 28:

Is the Sovereign Body Politic, the People, of the United States of America, collectively and individually liable for all debt incurred on behalf of the United States of America by the several states of the Union in Congress, by and through their elected Representatives and Senators?

SECTION 2A(c):   CLAIM FOR SPEEDY HEARING:

The Petitioners' claim the right to a Speedy Hearing with specific and particular regard to the Declaratory Judgment/Determination regarding the Questions of Law Demanded in Section 4; and specifically and particularly that each and every Judgment Demanded either be Affirmed or Denied, and that the Constitutional and Statutory Basis for any such Denial be provided in writing; and that this be done as a Prerequisite and/or Condition Precedent prior to

-54-

moving this Complaint forward, as the Declaratory Judgment Demanded with regard to the Questions of Law are critical to the underpinnings and outcome of this Complaint.

A Speedy Hearing to provide a Declaratory Judgment Determination with regard to the Questions of Law Demanded in Section 4, infra, will determine whether the United States of America is still a Constitutional Republic, or has degenerated into a Judicial Tyranny.

See: Martin v. Blackburn, 521 F. Supp. 685, 692, 1981 U.S. Dist. LEXIS 15698 (E.D. LA. 1981) ("Surely no thoughtful person could believe that a judge has any option other than to carry out the law as mandated by the Congress. For a judge to do otherwise, regardless of his personal views, would indeed be an act of judicial tyranny.").

See also: Wolkind v. Selph, 495 F.Supp. 507, 516, 1980 U.S. Dist. LEXIS 12565 (E.D. VA. 1980) ("The Courts are not and should not be legislatures of last resort. That way lies judicial tyranny.").

And finally, see: American Federation of Labor v. Buck's Stove and Range Company, 33 App. D.C. 83, 125, 1909 U.S. App. LEXIS 6037 (D.C. Cir. 1909) ("The sustaining of such a decree by a court of equity would violate the constitutional rights of the citizen.  It would mark the beginning of the era of judicial tyranny by the branch of the government charged with the duty of protecting the

citizen in his [protected/secured] Constitutional and legal rights.") (emphasis added).

And, if it is determined that the United States is still a Constitutional Republic, the Declaratory Judgment/ Determination with regard to the Questions of Law Demanded in Section 4, will:

(1)   Settle the controversy/question of whether or not it is lawful for the several states of the Union to redelegate the power vested at Article I, Section 8, Clause 5, Coinage, Weights and Measures; for the several states of the Union to control of the public monetary system to Private Corporate state Citizens;

(2)   Serve the public interest in resolving the uncertainty of whether or not it is lawful for the United States Federal Government to establish a debt obligation on the credit of the United States without actually borrowing any Money;

(3)   Establish whether the Claim of Debt created by the issuing of "Federal Reserve Notes" and the Claim for Payment of Principal and Interest of the debt created by the issuing of "Federal Reserve Notes" is a False Claim for Payment; and:

(4)   Will resolve and/or identify any controversy with regard to the legality of the Claim of Debt created by the issuance of "Federal Reserve Notes."

SECTION 2A(d):   STATEMENT OF FACTS RELEVANT TO SECTIONS
2A(a), 2A(b), and 2A(c):

1.   Plaintiff Stephenson and Plaintiff Fishman,
hereinafter within Section 2A(d) referred to as the
"Declarants," hereby affirm and declare under the penalty
of perjury pursuant to the Act of Congress evidenced at
28 U.S.C. §1746, that the facts stated herein within Section
2A(d) are true and correct to the best of the Declarants'
personal knowledge, understanding, and belief.

2.   The Declarants are of the age of majority, of
sound mind, and are competent to testify.

3.   The Declarants affirm that all statements made
in Section 2A(a), 2A(b), and 2A(c) are true and correct
to the best of the Declarants' personal knowledge,
understanding, and belief.

4.   The Declarants have nothing further to state
at this time with regard to Section 2A(d).

SECTION 2B:   STATEMENT OF CLAIM FOR REMEDY AND RELIEF
FROM THE DAMAGE AND INJURY RESULTING
IN THE FALSE CLAIMS OF DEFENDANT "FEDERAL
RESERVE SYSTEM":

SECTION 2B(a):   PLAINTIFFS' CLAIM THAT THE PLAINTIFFS
ARE ENTITLED TO REMEDY AND RELIEF
FROM THE DAMAGE AND INJURY RESULTING
FROM THE FALSE CLAIM OF "FEDERAL
RESERVE SYSTEM," AS FOLLOWS:

The Defendant "Federal Reserve System" is comprised

-57-

of the following Defendants:

    (i)  Federal Reserve Board of Governors Defendants:

        1.  Chairman/Governor Jerome H. Powell

        2.  Governor Janet L. Yellen

        3.  Governor Randal L. Quarles

        4.  Governor Lael Brainard

        5.  Governor John/Jane Doe #1

        6.  Governor John/Jane Doe #2

        7.  Governor John/Jane Doe #3

    (ii) Federal Reserve Bank Defendants and
         Federal Reserve Bank President Defendants:

        8(a).  Federal Reserve Bank of New York
        8(b).  William C. Dudley, President

        9(a).  Federal Reserve Bank of Boston
        9(b).  Eric S. Rosengren, President

        10(a).  Federal Reserve Bank of Philadelphia
        10(b).  Patrick T. Harker, President

        11(a).  Federal Reserve Bank of Richmond
        11(b).  Mark L. Mullinix, President

        12(a).  Federal Reserve Bank of Cleveland
        12(b).  Loretta J. Mester, President

        13(a).  Federal Reserve Bank of Chicago
        13(b).  Charles L. Evans, President

        14(a).  Federal Reserve Bank of Atlanta
        14(b).  Raphael W. Bostic, President

        15(a).  Federal Reserve Bank of Dallas
        15(b).  Robert S. Kaplan, President

        16(a).  Federal Reserve Bank of St. Louis
        16(b).  James Bullard, President

17(a).   Federal Reserve Bank of Minneapolis
17(b).   Neel Kashkari, President

18(a).   Federal Reserve Bank of Kansas City
18(b).   Esther L. George, President

19(a).   Federal Reserve Bank of San Francisco
19(b).   John C. Williams

While the Defendants are identified herein collectively as the "Federal Reserve System," and are also identified by both Acts of Congress and the Code of Federal Regulations as the "Federal Reserve System," each and every one of the individual Defendants named herein that collectively comprise the "Federal Reserve System" perform separate and distinct roles in making the False Claims that are causing the Plaintiffs Damage and Injury in excess of Four Hundred Trillion Dollars in value, establishing a common liability of the Defendant "Federal Reserve System," as herein more fully appears.

The "Federal Reserve System" is purported to be established under the "Federal Reserve Act of 1913," [December 23, 1913, Chapter 6, 38 Statute 251]; evidenced at 12 U.S.C. Chapter 3, §221 et. seq., and put in full operation by the "Banking Act of 1933" [June 16, 1933, Chapter 89, 48 Statute 162]; evidenced at 12 U.S.C. §227; and the "Banking Act of 1935" [August 23, 1935, Chapter 614, 49 Statute 684]; evidenced at 12 U.S.C. §228.

Defendant "Board of Governors of the Federal Reserve System" is purported to be created under the Act of Congress

-59-

evidenced at 12 U.S.C. §241, <u>Definitions</u>.  Each Governor

of the "Board of Governors of the Federal Reserve System"

is appointed by the President of the United States of America,

with  advice and consent of the Senate.

Defendant "Federal Reserve Banks" identified herein,

have been incorporated as Corporate Citizens of the twelve

states wherein the Federal Reserve District is located.

The Powers of the Federal Reserve Bank are recognized by

the Act of Congress evidenced at 12 U.S.C. §341, <u>General</u>

<u>Enumeration of Powers</u>.

Defendant "Federal Reserve Bank Presidents" are recognized

by the Act of Congress evidenced at 12 U.S.C. §341, <u>General</u>

<u>Enumeration of Powers</u>.

Pursuant to the Act of Congress evidenced at 12 U.S.C.

§261, <u>Creation; Membership; Compensation; Meetings; Officers;</u>

<u>Procedure; Quorum; Vacancies of [the] Federal Advisory Council</u>;

the Federal Reserve Council is established as follows:

Each Federal Reserve Bank from each Federal Reserve

District selects one member of the Federal Advisory Council to

attend meetings called by the Federal Reserve Board of

Governors, or more often if deemed necessary.

Pursuant to the Act of Congress evidenced at 12 U.S.C.

§262, <u>Powers</u>; the Federal Advisory Council has Powers which

include but are not limited to:

"(3) to call for information and to make recommendations in regard to discount rates, rediscount business, note issues, reserve conditions in the various districts, the purchase and sale of gold of gold or securities by reserve banks, open-market operations by said banks, and the general affairs of the reserve banking system."

Pursuant to the Act of Congress evidenced at 12 U.S.C. §263, <u>Federal Open Market Committee; Creation; Membership; Regulations Governing Open Market Transactions</u>; the "Federal Open Market Committee" is created with the Members of the Board of Governors of the Federal Reserve System and five Representatives of the Federal Reserve Banks.   Each Representative to be elected "shall be presidents or first vice presidents of Federal Reserve Banks ... One [elected] by the Board of Directors of the Federal Reserve Bank of New York, one by the Boards of Directors of the Federal Reserve Banks of Boston, Philadelphia and Richmond, one by the Boards of Directors of the Federal Reserve Banks of Cleveland and Chicago, one by the Boards of Directors of the Federal Reserve Banks of Atlanta, Dallas, and St. Louis, and one by the Boards of Directors of the Federal Reserve Banks of Minneapolis, Kansas City, and San Francisco. ...   The meetings of said Committee shall be held at Washington, District of Columbia, at least four times each year upon the call of the Chairman of the Board of Governors of the Federal Reserve System or at the request of any three members

-51-

of the Committee."

The Defendant "Federal Reserve System", by and through the Members including the Board of Governors of the Federal Reserve System, the Federal Reserve Banks, and the Presidents of the Federal Reserve Banks, are operating throughout the several states of the Union, the District of Columbia, the Federal Territories, the Federal Commonwealths, the Federal Insular Possessions, and Federal Enclaves located in the several states of the Union,

The Defendant's False Claims against the Plaintiffs are longstanding and ongoing, resulting in injury and damage to the Plaintiffs, in excess of Four Hundred Trillion Dollars in value.

The Defendant "Federal Reserve System" established the False and/or Fraudulent Claims against the Plaintiffs as follows:

SECTION 2B(a)(i):   POWERS OF CONGRESS TO BORROW MONEY IDENTIFIED:

Pursuant to Article I, Section 8, Clause 2, Power of Congress to Borrow Money; is vested with the power "To borrow Money on the credit of the United States."

Article I, Section 8, Clause 18, All Necessary and Proper Laws; mandates that the several states of the Union have the exclusive absolute Power "To make all Laws which

shall be necessary and proper for carrying into Execution

the foregoing Powers, and all other Powers vested by this

Constitution in the Government of the United States, or

in any Department or Officer thereof."

The Act of Congress evidenced at 31 U.S.C. §3103,

Notes, provides as follows:

"(a)  With the approval of the President, the Secretary

of the Treasury may borrow [Money] on the credit of the

United States Government amounts necessary for expenditures

authorized by law and may issue notes of the Government

for the amounts borrowed and may buy, redeem, and make

refunds under Section 3111 of this Title [31 U.S.C. §3111,

New Issue Used to Buy, Redeem, or Refund Outstanding

Obligations].   The Secretary may prescribe conditions under

Section 3121 of this Title [31 U.S.C. §3121, Procedure].

Notwithstanding Section §3121(a)(5) of this Title [31

U.S.C. §3121(a)(5), The Dates For Paying Principal and

Interest]; the payment date of each series of notes shall

be at least one year but not more than 10 years from the

date of issue.   (emphasis added).

(b)  The Government may redeem any part of a series

of notes before maturity by giving at least 4 months' notice

but not more than one year's notice.

(c)  The holder of a note of one series issued under

this Section with the same issue date as another series

of notes issued under this Section may convert, at par value, a note of the holder for a note of the other series."

Such notes are obligations of the United States Government as evidence of debt.   For there to be a valid debt, the holder of the note is required to loan Money to the United States Federal Government when receiving such notes issued by the United States Federal Government.

Now that it has been established that the Constitutional procedure to borrow Money on the credit of the United States by issuing "Federal" Notes, which establishes a debt obligation of the United States Federal Government to the holder of such notes for repayment has been properly established by the several states of the Union in Congress, the procedure of issuing "Federal Reserve Notes" must be reviewed:

Pursuant to the Act of Congress evidenced at 12 U.S.C. §411, Federal Reserve Notes: Issuance to Reserve Banks; Nature of Obligation; Redemption; the Act states, to wit:

"Federal Reserve Notes, to be issued at the discretion of the Federal Reserve Board [Board of Governors of the Federal Reserve System] [NOTE: Not at the approval of the President, but the approval of the Federal Reserve Board] for the purpose of making advances to Federal Reserve Banks through the Federal Reserve Agents as hereinafter set forth and for no other purpose, are hereby authorized.   The said

notes shall be obligations of the United States and shall
be receivable by all national and member banks and Federal
Reserve Banks and for all taxes, customs, and other public
dues.  They shall be redeemed in lawful money on demand
at the Treasury Department of the United States, in the
city of Washington, District of Columbia, or at any Federal
Reserve Bank."

Federal Reserve Notes issued by the Federal Reserve
Board to national and member banks and Federal Reserve
Banks are issued creating an obligation of debt plus interest
of the United States Federal Government, payable to the
national and member banks and Federal Reserve Banks, as
holders of the notes, in Lawful Money [i.e.: gold coin
currency], without receiving a loan of any Money from the
national and member banks and Federal Reserve Banks.

Since "Federal Reserve Notes" must be redeemed, meaning
paid off in Lawful Money, represented by United States
Gold Current Coin, "Federal Reserve Notes" are security
debt instruments of the United States Federal Government,
not Money or currency of the United States Federal
Government.

Pursuant to the Act of Congress evidenced at 12 U.S.C.
§412, Application for Notes; Collateral Required; when
a Federal Reserve Bank applies to the local Federal Reserve
Agent for Federal Reserve Notes, the application must be

tendered with collateral in the amount equal to the sum
of Federal Reserve Notes applied for and issued.  The
collateral required must be notes, bills of exchange, or
acceptances acquired under Section 10A, 10B, or 13A of
the Federal Reserve Act [12 U.S.C. §82 [Repealed, 342-348,
349-352, 361, 372], or bills of exchange endorsed by a
member bank of any Federal Reserve District, and purchased
under the provisions of Section 14 [12 U.S.C. §348a, §353-
§359], or bankers' acceptances purchased under the provision
of said Section 14 [12 U.S.C. §348a, §357-§359], or gold
certificates, or Special Drawing Rights Certificates, or
any obligations which are direct obligations of, or are
fully guaranteed as to the principal and interest by, the
United States or any agency thereof, or assets that Federal
Reserve Banks may purchase or hold under Section 14 of
the Federal Reserve Act [12 U.S.C. §353, et seq.], or any
other asset of a Federal Reserve Bank.

There is an exception to the requirement for collateral
under the Act of Congress evidenced at 12 U.S.C. §412,
as follows, to wit:

"Collateral shall not be required for Federal Reserve
Notes which are held in the vaults of, or are otherwise
held by or on behalf of, Federal Reserve Banks."

It must be noted that the "collateral" to be tendered
are <u>debt obligations exchanged for debt obligations</u>.  This

-66-

is nothing more than <u>debt offsetting debt</u>.  Federal Reserve

Banks, when required to tender collateral to secure debt

obligations of the United States Federal Government in

the nature of Federal Reserve Notes, can tender alternative

debt obligations of the United States Federal Government

as collateral, allowing the Federal Reserve Banks and member

banks as the holder(s) of debt obligations of the United

States Federal Government in the nature of Federal Reserve

Notes, <u>to remain the principal creditor of the United States</u>

<u>Federal Government, without ever loaning the United States</u>

<u>Federal Government a single penny</u>!

SECTION 2B(b):   FALSE CLAIMS IDENTIFIED:

SECTION 2B(b)(i):   FALSE CLAIM #1:

Since the Federal Reserve Banks and national and member

banks <u>at no time loaned any money to the United States</u>

<u>Federal Government in exchange for receipt of debt obligations</u>

<u>of the United States Federal Government in the nature of</u>

<u>Federal Reserve Notes</u>, all claims made by the Federal Reserve

Banks, national and member banks of the Federal Reserve

System, claiming that the United States Federal Government,

which is comprised of the Sovereign Body Politic, including

but not limited to Plaintiff Stephenson and Plaintiff Fishman,

has a debt obligation to the Federal Reserve Banks, and to

the national and member banks of the Federal Reserve System,

is a **False Claim of Debt**.

-67-

SECTION 2B(b)(ii):   FALSE CLAIM #2:

Since the Federal reserve Banks and national and member banks at no time loaned any money to the United States Federal Government in exchange for receipt of debt obligations of the United States Federal Government in the nature of Federal Reserve Notes, All Claims for Redemption of Federal Reserve Notes being held by the Federal Reserve Banks, national banks and member banks of the Federal Reserve System is a **False Claim of Payment for a Nonexistent Debt**.

SECTION 2B(b)(iii):   VIOLATION OF FALSE CLAIMS ACT:

All Parties that comprise the Federal Reserve System have acted together in violation of the False Claims Act to make/by making False Claims of Debt, and for payment of debt against the United States Federal Government, in violation of the Act of Congress evidenced at 31 U.S.C. §3729(a)(1), False Claims: Liability for Certain Acts, as follows:

31 U.S.C. §3729(a)(1) provides: "In general.  Subject to paragraph (2), any person [Federal Reserve Banks] who --

(A)  knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval [of a claim of debt resulting from holding Federal Reserve Notes]; (emphasis added);

(C)  [Members of the Federal Reserve System] conspire[]

-68-

[conspiring] to commit a violation of subparagraph (A),
(B), (D), (E), (F), or (G); (emphasis added);

(F)   [Members of the Federal Reserve Banks] knowingly
buy[], or receive[] as a pledge of an obligation or debt,
public property from an officer [Federal Reserve Board]
or employee of the Government..."

SECTION 2B(b)(iv):   CLAIMS FOR REMEDY AND RELIEF:

The Plaintiffs Claim that as a direct and proximate
result of the False Claims of Debt against the United States
Federal Government by the Defendant: "Federal Reserve System"
as the holders of debt obligations of the United States
Federal Government in the nature of Federal Reserve Notes,
are subjecting the Plaintiffs to a long-term debt obligation
in excess of Four Hundred Trillion Dollars, based on a
non-existent loan of Money, falsely encumbering each member of
the Sovereign Body Politic [which comprises the United
States Federal Government] with a False Claim of Debt Liability
in excess of One Hundred Seventeen Billion Dollars each.

Furthermore, the Plaintiffs claim that as a direct
and proximate result of the False Claim for Payment against
the False Claim of Debt, this further subjects the Plaintiffs
to ever-increasing long-term debt obligations, as the payment
against the debt obligations of the United States Federal
Government currently held by Defendants "Federal Reserve
System" are redeemed in new debt obligations of the United

-59-

States Federal Government, leaving the Plaintiffs in a perpetually permanent state of debt to the Defendant "Federal Reserve System."

The Plaintiffs are therefore entitled to Remedy and Relief Demanded in Section 4 of this Complaint.

SECTION 2B(c):   STATEMENT OF FACTS RELEVANT TO SECTIONS 2B(a) AND 2B(b), PURSUANT TO 28 U.S.C. §1746:

1.   COMES NOW Plaintiff Stephenson and Plaintiff Fishman, hereinafter referred to as the "Declarants," and hereby affirm and declare under the penalty of perjury pursuant to 28 U.S.C. §1746, that the following facts stated herein within SECTION 2B(c): "STATEMENT OF FACTS RELEVANT TO SECTIONS 2B(a) AND 2B(b), PURSUANT TO 28 U.S.C. §1746," are true and correct to the best of the Declarant's personal knowledge, understanding, and belief.

2.   The Declarants are of the age of majority, of sound mind, and competent to testify.

3.   Upon review of the Constitution for the United States of America, Article I, Section 8, Clause 2, Power of Congress to Borrow Money, the Declarants can find no evidence that the several states of the Union do not in fact have the Power to Borrow Money on the Credit of the United States [Federal] Government.

4.   Upon review of the Act of Congress evidenced

-70-

at 31 U.S.C, §3103, Borrowing Authority: Notes; the Declarants

can find no evidence that the several states of the Union

in Congress have not in fact carried into execution the

Power vested in Congress at Article I, Section 8, Clause 2,

to borrow Money on the credit of the United States [Federal]

Government pursuant to Article I, Section 8, Clause 18

of the Constitution for the United States of America,

All Necessary and Proper Laws.

5.   Upon review of the Constitution for the United

States of America, the Declarants can find no evidence

of any provision of the Constitution for the United States

of America, vesting any Power in the United States Federal

Government to establish debt obligations to anyone, without

first borrowing Money against the credit of the United

States.

6.   The Declarants can find no evidence that the

Defendant "Federal Reserve System's" Claim of Debt as holder

of debt obligations in the nature of Federal Reserve Notes

owed to the "Federal Reserve System" against the United

States Federal Government, is not in fact a False Claim,

as no Money was ever borrowed by the United States Federal

Government from the "Federal Reserve System" in exchange

for Federal Reserve Notes.

7.   The Declarants can find no evidence that the

Defendant "Federal Reserve System's" Claim for Redemption

of Federal reserve Notes for lawful money of the United
States Federal Government is <u>not in fact a False Claim</u>,
as the Defendant "Federal Reserve System" at <u>no time loaned
the United States Federal Government ANY</u> money in exchange
for the "Federal Reserve Notes."

8.  . The Declarants can find <u>no evidence</u> that debt
obligations, as securities of the United States Federal
Government, can be substituted as/for Lawful Money of the
United States Federal Government.

9.   The Declarants can find <u>no evidence</u> that debt
obligation securities of the United States Federal Government,
tendered to redeem, discharge, or refund current outstanding
debt obligation securities of the United States Federal
Government does not in fact constitute simple substitution/
exchanging of one form of debt obligation security for
an alternate debt obligation security of the United States
Federal Government with the holder of said debt obligation
security of the United States Federal Government, leaving
the holder of said debt obligation security of the United
States Federal Government, as a <u>creditor</u> of the United
States Federal Government, indefinitely.

10.   The Declarants have nothing further to state
at this time with regard to SECTION 2B(a) AND 2B(b).

//

//

SECTION 2C:   CLAIM FOR REMEDY AND RELIEF
IN THE NATURE OF INJUNCTIVE RELIEF:

SECTION 2C(a):   PLAINTIFFS CLAIM THAT THEY ARE ENTITLED
TO INJUNCTIVE RELIEF DEMANDED IN
SECTION 4, INFRA, BASED ON THE FOLLOWING:

SECTION 2C(a)(i):   REASONS FOR INJUNCTION:

The reason that the Plaintiffs claim that they are

entitled to Injunctive Relief Demanded in Section 4, is

based in part on the Declaratory Judgment.  As herein more

fully appears, the Plaintiffs will continue to suffer ongoing

injury and damage by being subjected to the Defendant "Federal

Reserve System's" False Claim of Debt Obligation against

the United States Federal Government in favor of the "Federal

Reserve System," specifically in favor of the Federal Reserve

Banks, National Banks, and Member Banks of the "Federal

Reserve System," who are holders of debt obligation securities

in the nature of "Federal Reserve Notes," which continue

to be issued by the "Board of Governors of the Federal

Reserve System" without the United States Federal Government

receiving ANY loan of Money in exchange for the Federal

Reserve Notes.

In addition, the Plaintiffs will continue to suffer

ongoing injury and damage by being subjected to the

Defendant "Federal Reserve System's" False Claim, specifically

made by the Federal Reserve Banks, National Banks, and

Member Banks of the Federal Reserve System, against the

-73-

United States Federal Government for redemption of "Federal
Reserve Notes" held by the "Federal Reserve Banks," National
Banks, and Member banks of the "Federal Reserve System,"
for payment of non-existent loans.

SECTION 2C(a)(ii):   TERMS OF INJUNCTION CLAIMED:

In order to prevent continued, ongoing injury and
damage, the Plaintiffs claim Injunctive Relief as follows:

(a)   That the "Board of Governors of the Federal Reserve
System" be enjoined from issuing and delivering "Federal
Reserve Notes" to "Federal Reserve Banks";

(b)   That the "Federal Reserve Banks" be enjoined
from delivering "Federal Reserve Notes" to National Banks
and Member banks of the "Federal Reserve System";

(c)   That the "Federal Reserve Banks," National Banks
and Member banks be enjoined from submitting "Federal Reserve
Notes" for redemption;

(d)   That the "Federal Reserve Banks" be enjoined
from accepting "Federal Reserve Notes" for redemption;

(e)   That the "United States Department of the Treasury"
pursuant to Federal Rule of Civil Procedure 65(d)(2)(C),
Injunctions and Restraining Orders: Content and Scope;
be enjoined from accepting "Federal Reserve Notes" for
redemption;

-74-

(f)   That the "Board of Governors of the "Federal Reserve System," by and through Federal Reserve Agents, be enjoined from accepting any application from "Federal Reserve Banks" for new "Federal Reserve Notes";

(g)   That the "Board of Governors of the Federal Reserve System," by and through the Federal Reserve Agents, be enjoined from returning any collateral submitted by Federal Reserve Banks for receipt of "Federal Reserve Notes," to Federal Reserve Banks, in order to protect the interests of the Plaintiff to the recovery of penalties and damages claimed and awarded the Plaintiffs; including any and all notes, drafts, bills of exchange, or acceptances under Section 10A, 10B, 13, or 13A of the Federal Reserve Act, evidenced at 12 U.S.C. §82, §342-§348, §349-§352, §361 and §372; bills of exchange endorsed by a member bank of any Federal Reserve District, and purchased under the provisions of Section 14 of the Federal Reserve Act, evidenced at 12 U.S.C. §348(a), §353-§359, bankers' acceptances purchased under the provisions of said Section 14 of the Federal Reserve Act evidenced at 12 U.S.C. §348(a), §353-§359, gold certificates, Special Drawing Rights Certificates, and all obligations which are direct obligations of, or are fully guaranteed as to principal and interest by the United States  or any agency of the United States Federal Government; all assets that Federal Reserve Banks have purchased or hold under Section 14 of the Federal Reserve Act

evidenced at 12 U.S.C. §353, et seq., and all other assets of the Federal Reserve Banks.

SECTION 2C(a)(iii):   REASONS FOR INJUNCTIVE RELIEF:

The Plaintiffs claim that Injunctive Relief is essential to protect the Plaintiffs from further ongoing injury and damage resulting from the Defendant "Federal Reserve System's" False Claims.

SECTION 2C(b):   STATEMENT OF FACTS RELEVANT TO SECTION 2C(a):

Plaintiff Stephenson and Plaintiff Fishman, hereinafter referred to herein within Section 2C(b) as the Declarants, hereby affirm and declare under the penalty of perjury pursuant to the Act of Congress evidenced at 28 U.S.C. §1746, that the facts stated herein within Section 2C(b) are true and correct to the best of the Declarants' personal knowledge, understanding, and belief.

1.   The Declarants are of the age of majority and of sound mind, and are competent to testify.

2.   The Declarants affirm and declare that the facts stated herein within Section 2C(a) are true and correct, to the best of the Declarant's personal knowledge, understanding, and belief.

3.   The Declarants have nothing more to state at this time regarding Section 2C(b).

SECTION 2D:   STATEMENT OF CLAIM FOR REMEDY AND RELIEF
              IN THE NATURE OF MANDAMUS:

SECTION 2D(a):   THE PLAINTIFFS CLAIM, BASED IN PART
                 ON THE DECLARATORY JUDGMENT THAT THE
                 PLAINTIFFS CLAIM THAT THEY ARE ENTITLED
                 TO AN ORDER OF MANDAMUS IN ORDER TO
                 COMPEL AN OFFICER OR EMPLOYEE OF THE
                 UNITED STATES FEDERAL GOVERNMENT,
                 OR ANY AGENCY THEREOF, TO PERFORM
                 A DUTY OWED TO THE PLAINTIFFS, AS
                 HEREIN MORE FULLY APPEARS:

SECTION 2D(a)(i):   REASON FOR MANDAMUS:

The "Board of Governors of the Federal Reserve System,"
comprised of Governors appointed by the President of the
United States of America and confirmed by the Senate, owe
a duty to the Plaintiffs to ensure that all Federal Reserve
Banks are examined at least once each year.  Furthermore,
the "Board of Governors of the Federal Reserve System"
owe a duty to the Plaintiffs to examine affiliate Federal
Reserve Banks.

The "Board of Governors of the Federal Reserve System"
owe a duty to provide the Plaintiffs with a full report
of such examination of the Federal Reserve Banks, and
affiliates.

This duty is established by the Federal Reserve Act
evidenced at 12 U.S.C. §248, Enumerated Powers; and 12
U.S.C. §481, et seq., Appointment of Examiners; Examination
of Member Banks; State Banks; and Trust Companies; Reports.

-77-

Furthermore, the "Board of Governors of the Federal Reserve System" owe a duty to the Plaintiffs to prevent the circulating of debt security instruments publicly as currency/ Money, including Federal Government Bonds, <u>Federal Reserve Notes</u>, Certificates of Indebtedness, Savings Bonds, and Saving Certificates.

This duty is established by the Act of Congress evidenced at 31 U.S.C. §3108, <u>Prohibition Against Circulation Privilege</u>; and 12 U.S.C. §442 through 448, [all now Omitted].

**SECTION 2D(a)(ii):   ORDER OF MANDAMUS CLAIMED:**

The Plaintiffs claim that they are entitled to an Order of Mandamus, as Demanded in Section 4 as follows:

(a)   The Plaintiffs claim that they are entitled to an Order of Mandamus directing the "Board of Governors of the Federal Reserve System" to have the Federal Reserve Banks and affiliate Federal Reserve Banks examined.

(b)   The Plaintiffs claim that they are entitled to an Order of Mandamus directing the "Board of Governors of the Federal Reserve System to provide the Plaintiffs with a full report of such examination of the Federal Reserve Banks and affiliate Federal Reserve Banks.

(c)   The Plaintiffs claim that they are entitled to an Order of Mandamus directing the "Board of Governors of the Federal Reserve System" to <u>withdraw all Federal</u>

Reserve Notes that have been put into circulation as currency that have been supplied by the "Board of Governors of the Federal Reserve System" by and through the Federal Reserve Agent, to the Federal Reserve Banks, and affiliate Federal Reserve Banks, national banks, and member banks.

### SECTION 2D(b): STATEMENT OF FACTS RELEVANT TO SECTION 2D(a):

Plaintiff Stephenson and Plaintiff Fishman, hereinafter the Section 2D(b) Declarants, hereby affirm and declare under the penalty of perjury pursuant to the Act of Congress evidenced at 28 U.S.C. §1746, that the facts stated herein within Section 2D(b): "Statement of Facts Relevant to Section 2D(a), are true and correct to the best of the Declarants' personal knowledge, understanding, and belief.

1.    The Declarants are of the age of majority, of sound mind, and competent to testify.

2.    The Declarants hereby affirm and declare that the facts stated in Section 2D(a) are true and correct to the best of the Declarants' personal knowledge, understanding, and belief.

3.    The Declarants have nothing further to state at this time with regard to Section 2D(b).

//

//

SECTION 3:   DECLARATION IN VERIFICATION PURSUANT TO
             28 U.S.C. §1746: UNSWORN DECLARATIONS
             UNDER PENALTY OF PERJURY:

SECTION 3A: NOTICE:

Notice is hereby provided to the Defendants and all interested and affected parties:  To controvert any fact, claim, or issue stated in this Qui Tam Civil Complaint, said controversy must be in the nature of a written Affidavit issued under oath or affirmation, or written Declaration, issued under the penalty of perjury, pursuant to the Act of Congress evidenced at 28 U.S.C. §1746, Unsworn Declaration Under Penalty of Perjury, by a fact-competent witness, pursuant to Federal Rule of Evidence 601, Competency to Testify in General; and Federal Rule of Evidence 602, Need for Personal Knowledge; and submitted to the Plaintiffs within the required time for answer to this Qui Tam Civil Action, pursuant to Federal Rule of Civil Procedure 4, Summons; and Federal Rule of Civil Procedure 12, Defenses and Objections.

At all times relevant to this Qui Tam Civil Action, the Plaintiffs reserve the right to adjudicate all facts, claims, or issues so controverted by a court of competent jurisdiction.

Further Notice is hereby provided that those facts, claims, or issues not so controverted, shall be deemed agreed, stipulated and admitted, and not subject to future

controversy or adjudication; and said uncontroverted facts, claims, and/or issues may be submitted for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

Further Notice is provided that based on Federal Rule of Evidence 605, <u>Judge's Competency as a Witness</u>; no judge assigned to this Qui Tam Civil Action is qualified to testify or to controvert any fact, claim and/or issue raised in this Qui Tam Civil Action.

Further Notice is hereby provided that based on the American BAR Association's Rule of Professional Conduct 3.7, no attorney, i.e. no United States Attorney or Assistant United States Attorney or private attorney assigned to and/or be retained to represent the Defendants, is qualified to both serve as an advocate and a witness for the Defendants. Therefore, said advocate is not qualified to controvert any fact, claim, and/or issue raised by the Plaintiffs in the instant Qui tam Civil Action.

Furthermore, no Attorney, Officer, Agent, or Employee, including but not limited to compensated informants who work in said Attorney's/Advocate's Office, Firm, or Agency [i.e.: United States Department of Justice], is qualified to testify and/or to controvert the facts, claims, or issues raised by the Plaintiffs in this Qui Tam Civil Action.

See: <u>Kalina v. Fletcher</u>, 522 U.S. 118, 118 S.Ct. 502, 139 L.Ed.2d 471, n.17 (1997) ("A lawyer shall not act as

-81-

advocate at a trial in which the lawyer ... is likely to
be a necessary witness"); See also: C & E Services v.
Ashland, Inc., 2008 U.S. Dist. LEXIS 31976 (D.D.C. 2008)
("A concern in calling an opponent's counsel to testify
at trial is the potential prejudice to the party opposing
the testifying attorney because they must confront opposing
counsel who is both advocate and fact witness.  D.C. Rules
of Professional Conduct 3.7, Comments 1 and 2).

SECTION 3B:   DECLARATION IN VERIFICATION PURSUANT
              TO 28 U.S.C. §1746: UNSWORN DECLARATION
              UNDER PENALTY OF PERJURY:

Plaintiff Stephenson and Plaintiff Fishman, hereinafter
the Declarants, hereby affirm and declare under the penalty
of perjury pursuant to the Act of Congress evidenced at
28 U.S.C. §1746, that the facts stated herein within Section
3B, "Declaration in Verification ..." are true and correct, to
the best of the Declarants' personal knowledge, understanding,
and belief, as the Declarants' free act and deed, that:

1.   Declarants are of the age of majority, of sound
mind, and competent to testify.

2.   The facts, claims, and issues stated in the
foregoing Qui Tam Civil Action are true and correct to
the best of the Declarants' personal knowledge, understanding,
and belief.

3.   The Declarants have nothing further to state

-32-

at this time with regard to Section 3B.

The Declarants hereby affirm and declare under the penalty of perjury pursuant to the Act of Congress evidenced at 28 U.S.C. §1746, Unsworn Declarations Under Penalty of Perjury, that the facts stated herein within Section 3V are true and correct to the best of the Declarants' personal knowledge, understanding, and belief.

SECTION 4:   DEMAND FOR REMEDY AND RELIEF:

Based on the facts, claims, and issues raised in the foregoing Qui Tam Civil Action, the Plaintiffs hereby Demand Remedy and Relief as follows:.

SECTION 4A:   DEMAND FOR DECLARATORY JUDGMENT/
DETERMINATION ON QUESTIONS OF LAW:

The Declaratory Judgments/Determinations, with the Legal Basis and Points of Authority for each as Demanded herein, with regard to the Questions of Law, are as follows:

QUESTION 1:

Is the Constitution of the United States, all Laws of the United States made in pursuance to the Constitution, and all Treaties that were made prior to the time of ratification or made after ratification of the Constitution, the Supreme Law of the Land?

-83-

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 1:

The provisions of the Constitution at Article VI, Clause 2, Supreme Law, establish the composition of the Supreme Law of the Land, as follows:

"This Constitution, and all the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the Supreme Law of the Land..."

What is conspicuously not included as Supreme Law of the Land, are the Rulings, Holdings, or Decrees of Federal or state judges.  Since Article I of the Constitution vests exclusive authority of legislation to the several states of the Union by and through the states' respective Representatives and Senators, the authority of judges does not include legislation.  Therefore, judges are not makers of law, and consequently, the Rulings, Holdings, or Decrees of Federal or state judges are not included as Supreme Law of the Land.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 1:

It is therefore Declared that the Supreme Law of the Land is the Constitution of the United States, and the Laws of the United States, which are made in Pursuance to the Constitution; and all Treaties already existing at the time of ratification of the Constitution, as well as those

Treaties to be made after ratification of the Constitution
of the United States.  It is further Declared that the
Rulings, Holding, and Decrees of Federal and state judges
are not included as Supreme Law.

QUESTION 2:

Are all Officers, Agents, and Employees of the Federal
Government of the United States, and all Officers, Agents,
and Employees of the Governments of the several states of
the Union, required to, by oath or affirmation, agree to
uphold the Supreme Law of the Land, and to provide allegiance
to the Supreme Law of the Land?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 2:

The provisions of the Constitution at Article VI, Clause
3, Oath of Office, require that: "The Senators and
Representatives before mentioned, and the Members of the
several State Legislatures, and all executive and judicial
Officers, both of the United States and of the several
States, shall be bound by Oath or Affirmation, to support
this Constitution...."

Congress, as evidenced at 5 U.S.C. §3331, Oath of Office,
requires the following oath or affirmation of all Officers,
Agents, and Employees of the Federal Government of the
United States with the exception of the President of the
United States: "An individual, except the President, elected

-85-

or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God." This section does not affect other oaths required by law."

Article II, Section 1, Clause 8, provides the text of the oath (affirmation) of the President, as follows: "I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

As evidenced at 28 U.S.C. §453, Congress requires an additional oath or affirmation of all Federal Judges as follows: "I, ---, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as --- under the Constitution and laws of the United States. So help me God."

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 2:

It is therefore Declared that all Officers, Agents, and Employees of the Federal Government of the United States, and all Officers, Agents, and Employees of the Government of the several states of the Union, are bound by oath or affirmation to support, uphold, preserve, protect and defend the Constitution of the United States, and to bear allegiance to the Constitution of the United States.

QUESTION 3:

Do the several states of the Union, by and through their respective Representatives and Senators, comprise the United States Legislative Department?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 3:

The provisions of the Constitution at Article I, Section 1, Legislative Powers Vested in Congress, establishes: "All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives."

The provisions of the Constitution at Article I, Section 2, Clause 1, House of Representatives -- Composition -- Electors, establishes that "The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors

-87-

of the most numerous Branch of the State Legislature."

To qualify as a State Representative pursuant to Article I, Section 2, Clause 2, of the Constitution, Qualifications of Representatives, this Clause establishes: "No person shall be a Representative who shall not have attained the Age of twenty-five Years, and have been seven Years a citizen of the United States, and who shall not, when elected, be an inhabitant of that State in which he shall be chosen."

The provisions of the Constitution at Article I, Section 3, Clause 1, Senate -- Composition, establish that "The Senate of the United States shall be composed of two Senators from each State, chosen by the Legislature thereof, for six Years; and each Senator shall have one Vote."

The Seventeenth Amendment to the Constitution modified Article I, Section 3, Clauses 1 and 2, with regard to the election and vacancies, establishing that "The Senate of the United States shall be composed of two Senators from each State, elected by the people thereof, for six years; and each Senator shall have one vote. The electors in each State shall have the qualifications requisite for electors of the most numerous branch of the State legislatures.

When vacancies happen in the representation of any State in the Senate, the executive authority of such State shall issue writs of election to fill such vanacies: Provided, That the legislature of any State may empower the executive

thereof to make temporary appointments until the people
fill the vacancies by election as the legislature may direct."

Article I, Section 3, Clause 3, <u>Qualifications of Senators</u>,
establishes that "No Person shall be a Senator who shall
not have attained to the Age of thirty Years, and have been
nine Years a Citizen of the United States, and who shall
not, when elected, be an Inhabitant of that State for which
he shall be chosen."

The several states of the Union, by and through the
states' elected Representatives and Senators, comprise the
United States Legislative Department/Branch.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 3:

It is therefore declared that the several states of
the Union, by and through their respective Representatives
and Senators, comprise the United States Legislative
Department.

QUESTION 4:

Do the provisions of Article I, Section 8, Clause 18,
vest exclusive and absolute power in the several states
of the Union, by and through the states' Representatives
and Senators in Congress, to, by legislation, carry into
execution or rescind <u>all</u> Powers vested by the Constitution
in the Federal Government of the United States; Powers vested
in the Executive Department; Judicial Department; Legislative
Department; and the Officers of said Departments?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 4:

Article I, Section 8, Clause 18, All Necessary and Proper Laws, establishes that the several states of the Union, by and through their delegations in Congress, are vested with the exclusive and absolute power by legislation, to carry into execution all Powers vested by the Constitution in the Federal Government of the United States; or to rescind any Constitutional Powers, as follows:  The Congress shall have Power "To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof."  The "foregoing Powers" are enumerated within Article I, Section 8, Clauses 1 through 17.  "Officers thereof" refer to the Executive Department and all of the Officers, Agents, and Employees of the Executive Department; and the Judicial Department and all of the Officers, Agents and Employees of the Judicial Department, specifically the Judges.

As evidenced by the Act of Congress evidenced at 50 U.S.C. §1541(b), Congressional Legislative Power Under Necessary and Proper Clause, the several states of the Union, by and through Congress, expressed recognition that the several states of the Union in Congress have the exclusive and absolute Power by legislation, to carry into execution or rescind all Powers vested by the Constitution in the

Federal Government of the United States as follows:  "(b)
Under Article I, Section 8, of the Constitution, it is
specifically provided that the Congress shall have the power
to make all laws necessary and proper for carrying into
execution, not only its own powers, but also all other powers
vested by the Constitution in the [Federal] Government of
the United States, or in any department or officer thereof."

It is a matter of public record that those who hold
office of honor, trust and/or profit, make it a practice
to take the following text of Article I, Section 8, Clause
18 out of context as though it were a separate provision
of the Constitution, to wit:

"To make all Laws which shall be necessary and proper..."

This act of misconduct of Officers, Agents, and Employees
of the Federal Government, specifically those who hold the
office of Federal Judge, assert that this text, as presented,
vests Congress with unlimited legislative authority to enact
any legislation they subjectively deem to be "necessary
and proper."

However, when examined, Article I, Section 8, Clause
18 contains no punctuation after the word "... proper ...";
there is no period, no comma, no colon, no semicolon, nothing!
What follows the word " ... proper ... " is the word "for."

Relying on Merriam Webster's Collegiate Dictionary,

-91-

11th Edition (2003), and found in the <u>Library of Congress Cataloguing Merriam-Webster's Collegiate Dictionary</u>, Page 488, the term "<u>for</u>" means:

1a.    Used as a function word to indicate purpose, but used as a function word to indicate an intended goal.

The term "for" is used to establish the express and limited purpose of legislative authority of the Congress of the United States:

By applying the term "for" in the context of Article I, Section 8, Clause 18, the express and limited purpose of the Power to make all Laws which shall be necessary and proper ... is "for" the express and limited purpose of "carrying into Execution the foregoing Powers, [meaning: Powers enumerated in Article I, Section 8, Clause 1 through 17] and all other Powers vested by this Constitution in the [Federal] Government of the United States, or in any Department [sometimes referred to as Branches, i.e.: the Executive Department/Branch; the Legislative Department/ Branch] or Officer thereof." (emphasis added).

Contrary to those who, while holding an Office of honor, trust and/or profit in the Federal Government who have publicly expressed a position [by way of Judicial Rulings, Holdings, and Opinion] to the contrary; Article I, Section 8, Clause 18 <u>does not vest Congress with unlimited Power to make Federal Laws</u>.  It rather vests Congress with very <u>limited</u> Power

of making only those laws which would either implement or rescind a Power vested by the Constitution of the United States in the Federal Government of the United States.

This Power, while limited in scope, does however establish that the several states of the Union in Congress, have absolute, excessive authority over the Federal Government, as the Federal Government's Powers, while vested by the Constitution of the United States remain dormant, unless or until the several states of the Union in Congress, by legislation, implement the Federal Government's Constitutional Powers; and in turn, those Powers, once implemented, can be rescinded by the several states of the Union in Congress, thereby subjecting the Federal Government to the exclusive and absolute authority of the several states of the Union, acting by and through the several states' Representatives and Senators, respectively.

Furthermore, many who hold office of honor, trust and/or profit with the Federal Government of the United States, relying on Article VI, Clause 2, commonly referred to as the "Supremacy Clause," assert that the several states of the Union are subject to the authority of the Federal Government, by taking the text of Article VI, Clause 2 out of context with the rest of the Constitution.  The text of Article VI, Clause 2, reads as follows:

"This Constitution, and the Laws of the United States

which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

Since the whole of the Constitution is the Supreme Law of the Land, Article I, Section 8, Clause 18 vests exclusive and absolute authority in the several states of the Union in Congress, by and through their Representatives and Senators of the several states respectively, over all Powers vested by the Constitution of the United States in the Federal Government.  The Federal Government's authority exists at the pleasure of the several states of the Union, who, by Legislation, may either implement a Federal Constitutional Power, or rescind it, also by Legislation.

Based on the Supreme Law of the Land, comprised primarily by the Constitution of the United States, it is the Federal Government which is subject to the exclusive absolute authority of the several states of the Union in Congress, not the other way around, as those in the Federal Government, especially Federal Judges, would have the people believe.

//
//

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 4:

It is therefore Declared that Article I, Section 8, Clause 18 of the Constitution of the United States, vests exclusive and absolute Power in the several states of the Union, by and through State Representatives and Senators, for the express and limited purpose by legislation, to carry into execution or rescind any and all Powers vested by the Constitution in the Federal Government of the United States: Powers vested in the Executive Department and the Office of the Executive Department; and Powers vested in the Judicial Department and the Officers of the Judicial Department, specifically and particularly the Judges; and the Legislative Department; thereby subjecting the Federal Government of the United States to the exclusive and absolute authority of the several states of the Union.

QUESTION 5:

Do the provisions of the Tenth Amendment to the Constitution of the United States, limit the Federal Government's Powers expressly delegated in writing to the Federal Government of the United States by the Constitution, and reserve all Powers not prohibited by the Constitution to the States, are reserve to the States respectively, or to the People; and prohibit Federal Officers, Agents, and Employees, specifically and particularly Federal Judges, from establishing unwritten, implied, self-executing, self-implementing, extra-

Constitutional Powers for themselves and/or the Federal
Government?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 5:

The provisions of the Tenth Amendment established that
"The powers not delegated to the United States by the
Constitution, nor prohibited by it to the States, are reserved
to the States respectively, or to the people."

Pursuant to Article I, Section 8, Clause 18, all Powers
delegated to the Federal Government of the United States
by the Constitution are dormant, unless and until the several
states of the Union in Congress, implement by legislation
specific Powers delegated to the Federal Government of the
United States.  The states in Congress can, by legislation,
rescind any Federal Power previously implemented by the
several states of the Union.

Unwritten, implied, extraconstitutional Powers created
by judicial decree, cannot be implemented by the several
states of the Union, acting collectively in Congress; as
such unwritten, extraconstitutional Power created by judicial
decree cannot lawfully be ratified by the People, as required
by Article V and VII of the United States Constitution,
making it impossible for the several states of the Union
in Congress by legislation, to implement such unwritten,
implied extraconstitutional Power.

Article III, Section 2, Clauses 1 and 2 of the United

States Constitution, delegates specific and limited
jurisdiction to the Federal Judicial Department, which has
been carried into execution by the several states of the
Union in Congress by legislation which includes but is not
limited to 28 U.S.C. §1251 et seq., Original Jurisdiction;
28 U.S.C. et seq., Final Decisions of District Courts; and
28 U.S.C. §1390, et seq., Scope.  There is no evidence that
the Constitution delegates any Power to the Federal Judicial
Department by Judicial Decree to vest the Federal Government
or the Judicial Department with implied, self-executing,
extraconstitutional Powers.

There is no evidence that the several states of the
Union in Congress, by legislation, authorized the Federal
Judicial Department by judicial degree, to vest unwritten,
implied, self-executing, extraconstitutional Power in the
Federal Government of the United States.

The provisions of the Articles of Confederation and
the Tenth Amendment of the United States Constitution recognize
that the states are independent Sovereign Constitutional
Republics, which, upon membership in and to the Union, agreed
to exercise certain sovereign Powers collectively with the
sister states of the Union, rather than independently; such
as the Powers vested in the several states of the Union
collectively in Congress at Article I, Section 8, Clauses
1 through 18; whereas all Powers are exercised by the several
states of the Union independently.  The several states of

-97-

the Union retain exclusive and absolute Power in Congress
of all Powers vested by the United States Constitution in
the Federal Government of the United States.  The Federal
Government has no Power except those specific Powers
implemented through legislation by the several states of
the Union in Congress, which have not otherwise been rescinded.
All other Powers delegated to the Federal Government by
the Constitution remain dormant.

Both the several states of the Union as well as the
Federal Government are equally prohibited from exercising
certain Powers, as evidenced in Article I, Section 10, Clause
1, Powers Denied States -- Treaties -- Money -- Ex Post
Facto Laws -- Obligation of Contracts; and the Fourteenth
Amendment, [as an example], prohibiting the making or
enforcing of any law abridging any privilege or immunity
of the Citizens of the United States, enforced by the several
states of the Union in Congress pursuant to the Fourteenth
Amendment, Section 5, Power To Enforce Amendment: "The Congress
shall have the power to enforce, by appropriate legislation,
the provisions of this Article," and the Acts of Congress
evidenced at 42 U.S.C. §1981, et seq., Equal Rights Under
the Law; and 18 U.S.C. §241, Conspiracy Against Rights;
and 18 U.S.C. §242, Deprivation of Rights Under Color of
Law; making it an act of civil and criminal misconduct to
violate any right protected by the Constitution and Laws
of the United States by the enforcement of any State or

-98-

Federal Law, Policy, and/or Custom.

The limitation on Federal Powers is not limited to those Powers identified in Article I, Section 9 of the Constitution. Limitations on Federal Power pursuant to the Tenth Amendment, Powers reserved to States or People; include all Powers not specifically delegated by the Constitution to the Federal Government; and those Powers, although delegated, have either not been implemented or have been rescinded by the several states of the Union, in Congress, by Legislation.

Neither the Judges, by decree; nor the President, by Executive Order, can overcome these Constitutional limitations of Federal Powers, by creating implied, unwritten, self-executing, self-implementing, extra-Constitutional Federal Powers.

### DECLARATORY JUDGMENT DEMANDED FOR QUESTION 5:

It is therefore Declared that the Tenth Amendment to the United States Constitution limits the Powers of the Federal Government to only those Powers that have been expressly delegated in writing to the Federal Government, which have been implemented by the several states of the Union in Congress by legislation, with all other Powers delegated to the Federal Government by the Constitution remaining domant.

It is further Declared that the several states of the

Union are Sovereign Constitutional Republics, which agreed upon membership in and to the Union, to exercise certain Sovereign Powers collectively, rather than independently; such as those Powers vested in the several states of the Union collectively in Congress at Article I, Section 8, Clauses 1 through 18; and all other Powers are exercised by the several states of the Union independently, except those Powers expressly prohibited to the several states by the Constitution of the United States.

It is further Declared that all political Power is inherent in the People: the Body Politic.

QUESTION 6:

Do the provisions of Article I, Section 8, Clause 2 of the Constitution for the United States of America, vest Power in the several states of the Union in Congress, to borrow money on the credit of the United States?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 6:

A review of the Constitution for the United States of America, specifically Article I, Section 8, Clause 2, Power of Congress to Borrow Money; establishes that indeed, the Constitution vests power in the several states of the Union in Congress to borrow Money on the credit of the United States, to wit:

Article I, Section 8, Clause 2:   "The Congress shall

-100-

have the Power ... To borrow Money on the credit of the
United States."

However, like all Powers vested in the United States
Federal Government by the Constitution for the United States
of America, the Power to borrow Money vested by Article
I, Section 8, Clause 2, is not self-implementing or self-
executing.  Article I, Section 8, Clause 18, <u>All Necessary
and Proper Laws</u>; requires the several states of the Union
in Congress to implement any and all Powers vested by the
Constitution in the United States Government by legislation,
to wit:

"The Congress shall have the Power ... To make all
Laws which shall be necessary and proper <u>for</u> carrying into
Execution the foregoing Powers [Article I, Section 8, Clauses
1 through 17]; and all other Powers vested by this Constitution
in the [Federal] Government of the United States, or in
any Department or Officer thereof." (emphasis added).

In order for the Power to borrow Money to be exercised
by the several states of the Union vested by the Constitution
at Article I, Section 8, Clause 2,  the several states of
the Union must implement the Power so vested, by legislation.

Upon review of the Acts of Congress evidenced at Title
31, United States Code, Subtitle III, <u>Financial Management</u>,
Subchapter I, <u>Borrowing Authority</u>, specifically and
particularly 31 U.S.C. §3101 et seq., <u>Public Debt Limit</u>;

-101-

this Title, Subtitle and Suchapter in fact carried into execution pursuant to Article I, Section 8, Clause 18, the Power to borrow Money on the Credit of the United States vested at Article I, Section 8, Clause 2, <u>Power of Congress to Borrow Money</u>, of the Constitution for the United States of America.

### DECLARATORY JUDGMENT DEMANDED FOR QUESTION 6:

It is therefore Declared that Article I, Section 8, Clause 2 of the Constitution for the United States of America vests Power in the several states of the Union in Congress to borrow Money on the Credit of the United States.

It is further Declared that the several states of the Union in Congress, carried into execution by legislation the Power vested by Article I, Section 8, Clause 2 of the Constitution, to borrow Money on the Credit of the United States, as required by Article I, Section 8, Clause 18 of the Constitution, by the Act of Congress evidenced at 31 U.S.C. §3101, et seq.

### QUESTION 7:

Does the Constitution for the United States of America vest Power in the several states of the Union in Congress to establish debt without first borrowing any Money?

//

//

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 7:

Upon review of the Constitution for the United States of America, there can be found <u>no provision</u> of the Constitution vesting any Power in the several states of the Union in Congress to establish public debt without first borrowing any Money.

There is no question that Article I, Section 8, Clause 2, <u>Power of Congress to Borrow Money</u>; vests Power in the several states of the Union in Congress to borrow Money on the Credit of the United States.

Furthermore, the Act of Congress evidenced at 31 U.S.C. §3101 et seq., <u>Public Debt Limit</u>; evidences that the several states of the Union in Congress carried out the Power to borrow Money on the Credit of the United States, as required by Article I, Section 8, Clause 18, <u>All Necessary and Proper Laws</u>.

The method authorized by the Act of Congress evidenced at 31 U.S.C. §3101 et seq. to borrow Money on the Credit of the United States, is to exchange debt obligation security instruments issued by the United States Federal Government to be sold in exchange for Money; thus establishing a debt obligation to the holder, payable to the holder for the face value and interest, pursuant to the Act of Congress evidenced at 31 U.S.C. §3123, <u>Payment of Obligations and Interest on the Public Debt</u>.

Relying on <u>Black's Law Dictionary</u>, Tenth Edition (2014), Page 221, the term "borrow" is defined as follows:

1.   To take something for temporary use.

2.   To receive money with the understanding or agreement that it must be repaid, usu[ally] with interest. .See: Loan.

On Page 1077 of <u>Black's</u>, the term "loan" is defined as follows:

1.   An act of lending; a grant of something for temporary use <Turner gave the laptop as a loan, not a gift>.

2.   A thing lent for the borrower's temporary use; esp[ecially], a sum of money lent at interest <Hull applied for a car loan>.

On reviewing the provisions of the Constitution for the United States of America and the Act of Congress evidenced at 31 U.S.C. §3101, et seq., the several states have implemented the means to borrow Money on the Credit of the United States by exchanging Money for debt obligation security instruments issued by the United States Federal Government in the nature of "Bonds," "Notes," "Certificates of Indebtedness," "Treasury Bills," "Savings Bonds and Savings Certificates," and "Retirement and Savings Bonds."

However, there is <u>no provision</u> of the Constitution

-104-

vesting the several states of the Union in Congress with
any Power to establish debt by issuing debt obligation
security instruments payable to the holder at face value
with interest upon presentment for redemption without first
receiving Money in exchange for the debt obligation security
instruments from the Holder.

The provisions of the Tenth Amendment of the United
States Constitution, Powers Reserved to States or People;
limits the Powers of the United States Federal Government
to only those Powers vested by the Constitution for the
United States of America in writing, and carried into execution
by express legislation of the several states of the Union
in Congress.

Since there is no provision of the Constitution for
the United States vesting Power in the several states of
the Union in Congress to establish debt without first
borrowing Money, it is not possible for the several states
of the Union to carry into execution a non-existent Power
by legislation.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 7:

It is therefore Declared that the Constitution for
the United States of America does not vest the several states
of the Union with any Power to establish public debt of
the United States Federal Government by issuing and delivering
debt obligation security instruments without first exchanging

such debt obligation security instruments for Money.

QUESTION 8:

Do the provisions of Article I, Section 8, Clause 5, Coinage, Weights and Measures; of the Constitution for the United States of America vest Power in the several states of the Union in Congress to establish a Public Monetary System by coining Money, and regulating the value of public money, and regulate the value of foreign coin and/or currency?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 8:

A review of history will reveal that prior to the establishment and adoption of the Constitution for the United States of America, the several states, as independent Sovereign Nation/States established as Constitutional Republics, had each established their own monetary system. This lack of a common monetary system made trade and commerce among the states exceedingly difficult.

Upon establishing the Union under the Articles of Confederation as a Federation of Independent Nation/States, and the subsequent establishment and ratification of the Constitution for the United States of America for the express purpose of perfecting the Union, each of the member states of the Union retained all Sovereign Powers as independent Nation/States upon joining the Union; agreeing to exercise certain Sovereign Powers collectively with the sister states,

-106-

reserving all other Powers as independent Sovereign Nation/ States, except those Powers specifically prohibited to the states by the Constitution, such as the Powers prohibited by Article I, Section 10, [including but not limited to] Clause 1, <u>Powers Denied States -- Treaties -- Money -- Ex Post Facto Laws -- Obligation of Contracts</u>; to wit:

"No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility."

Article I, Section 9, Clauses 1 through 8, specifically prohibit certain Powers of the several states collectively in Congress, including but not limited to the following Powers, to wit:

Clause 3: "No Bill of Attainder or ex post facto Law shall be passed."

Clause 7: "No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time."

Clause 8: "No Title of Nobility shall be granted by the United States ...."

-107-

The Powers prohibited to the several states of the Union collectively, thus the United States Federal Government, includes all Powers not specifically enumerated in writing in the Constitution, and all Powers prohibited by Article I, Section 9, Clauses 1 through 8, pursuant to the Tenth Amendment.

While individually the several states of the Union are prohibited to coin their own money independently; emit their own bills of credit [i.e.: currency]; and are prohibited from making anything but gold and silver coin a Tender in Payment of Debt; pursuant to Article I, Section 8, Clause 5, Coinage, Weights and Measures; the several states of the Union are vested with the collective Power to establish a Public Monetary System for the Union, to wit:

"Congress shall have the Power ... To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures."

The purpose of requiring the several states of the Union to exercise their Sovereign Power to establish a Public Monetary System collectively rather than independently was to establish a Public Monetary System that is uniform throughout the Union in order to aid in interstate commerce as well as intrastate commerce.

Once again, even though the several states of the Union are vested with the Power to establish a common monetary

system for the Union pursuant to Article I, Section 8, Clause 5.; Article I, Section 8, Clause 18 requires the several states of the Union to carry out the Power to establish a common monetary system into execution by and through legislation.

The Act of Congress evidenced at 31 U.S.C. §5111 et seq., <u>Minting and Issuing Coins, Medals, and Numismatic Items</u>; permitted the several states of the Union to carry into execution the Power vested by Article I, Section 8, Clause 5, by and through legislation, to establish a Monetary System of physical currency of coin.

The Acts of Congress evidenced at 31 U.S.C. §5101, <u>Decimal System</u>; and 31 U.S.C. §5102, <u>Definitions</u>; established the value as well as the standard of weights and measures of the coinage currency.  Additionally, the Act of Congress evidenced at 31 U.S.C. §5103, <u>Legal Tender</u>, established the Money authorized by the Acts of Congress evidenced at 31 U.S.C. §5111, <u>Minting and Issuing Coins, Medals, and Numismatic Items</u>; 31 U.S.C. §5112, <u>Denominations, Specifications, and Design of Coins</u>; and 31 U.S.C. §5113, <u>Tolerances and Testing of Coins</u>; would be Legal Tender for all [public] debts, public charges, taxes and dues; and that foreign gold or silver coins are not Legal Tender for debts, even if such foreign gold or silver coins are on par in weight and content of United States gold or silver.

-109-

The Acts of Congress evidenced at 31 U.S.C. §5111 through §5113, and 31 U.S.C. §5101 et seq. collectively established a common monetary system which enabled the United States Federal Government and the governments of the several states of the Union to comply with the mandate of Article I, Section 10, Clause 1, <u>requiring that all public debt be tendered in gold or silver coin</u>.

The Act of Congress evidenced at 31 U.S.C. §5151, <u>Conversion of Currency of Foreign Countries</u>; carried into execution the Power vested at Article I, Section 8, Clause 5, "To ... regulate the Value thereof, and of foreign Coin," by establishing the exchange rate between United States Current Coin and Foreign Current Coin.

## DECLARATORY JUDGMENT DEMANDED FOR QUESTION 8:

It is therefore Declared that the provisions of Article I, Section 8, Clause 5 of the Constitution of the United States vests Power in the several states of the Union in Congress to establish a Public Monetary System by coining Money, and regulating the value of the Public Money, and to regulate the value of foreign coin and/or currency.

It is further Declared that pursuant to the Acts of Congress evidenced at 31 U.S.C. §5101 et seq; 31 U.S.C. §5111 through §5113; and 31 U.S.C. §5151; that the several states of the Union in Congress have carried into execution by and through legislation the Power vested by Article I,

-110-

Section 8, Clause 5, to establish a Public Monetary System,
pursuant to Article I, Section 8, Clause 18.

QUESTION 9:

Does the Constitution for the United States of America
require that the Public Monetary System be based exclusively
on gold and silver coin?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 9:

Prior to the Ratification of the Constitution for the
United States of America, under the Articles of Confederation,
the several states of the Union established their own monetary
systems for each of the states.  In order to ensure ease
of trade between the states, it was subsequently determined
that a uniform monetary system was required.

Therefore, pursuant to Article I, Section 8, Clause
5, Coinage, Weights and Measures; We, the People, delegated
exclusive authority to the several states of the Union with
the Power to establish the Public Monetary System.

Clause 5 reads: "The Congress shall have the Power
... To coin money, regulate the Value thereof, and of foreign
Coin, and fix the Standard of Weights and measures."

In order to eliminate confusion with regard to
commercial trade between the states, rather than allowing
each state to establish their own Public Monetary System,

-111-

the several states of the Union, under Article I, Section 8, Clause 5 of the Constitution, collectively carried into execution by and through legislation the Power to establish a uniform Public Monetary System for domestic application between the states of the Union.

Article I, Section 10, Clause 1, <u>Powers Denied States -- Treaties -- Money -- Ex Post Facto Laws -- Obligation of Contracts</u>; established the necessity of creating a uniform Public Monetary System, because Article I, Section 10, Clause 1 prohibits the member states from coining their own Public Monetary System independent of the sister states.

Article I, Section 10, Clause 1, reads in pertinent part: "No State shall ... coin Money ..."

The Constitution provides the possibility for three (3) distinct Monetary Systems, as follows:

A.    PUBLIC MONETARY SYSTEM BASED ON GOLD AND SILVER:

In conformity with Article I, Section 8, Clause 18, the several states of the Union in Congress established the Mint for the United States Federal Government in the year 1791.  Alexander Hamilton, the first Secretary of the Treasury of the United States, established the term "dollar" for the Public Monetary System and its multiples.  The Act of Congress evidenced at 31 U.S.C. §5101, <u>Decimal System</u>, states:

-112-

"United States money is expressed in dollars, dimes or tenths, cents or hundredths, and mills or thousandths. A dime is a tenth of a dollar, a cent is a hundredth of a dollar, and a mill is a thousandth of a dollar."  The Act of Congress evidenced at 31 U.S.C. §5101 established the Decimal System of Measurement of monetary values for all transactions.

The Act of Congress evidenced at 31 U.S.C. §5102, Definitions; established the lawful requirement that the standard used to ensure that the weight of United States coins conforms to the provisions of the Act of Congress evidenced at 31 U.S.C. §5112, Denominations, Specifications, and Design of Coins.

Furthermore, specifically and particularly by the Acts of Congress evidenced at 31 U.S.C. §5114, Engraving and Printing Currency and Security Documents; and 31 U.S.C. §5115, United States Currency Notes; Congress established the authority to create Federal Currency.

Pursuant to the Power delegated by the Constitution at Article I, Section 8, Clause 5, Coinage, Weights and Measures; the several states of the Union in Congress, by and through the Act of Congress evidenced at 31 U.S.C. Subchapter I, Monetary System; at 31 U.S.C. §5101, et seq., Decimal System, carried into execution the Power vested at Article I, Section 8, Clause 5; and established a uniform

-113-

Public Monetary System, including paper currency notes,
which serves as commercial instruments [pursuant to 31 U.S.C.
§5115, United States Currency Notes]; which are payable
to the bearer, similar to corporate bearer bonds in the
private sector, but without the payment of interest, on
demand.

The Public Monetary System established under the Act
of Congress evidenced at Title 31, Money and Finance, Subtitle
VI, Money, Subchapter I, Monetary System; established Lawful
Money based on gold and silver coin, which conforms with
the requirement set forth in Article I, Section 10, Clause
1, that only gold and silver coin can be legal tender for
public debts. It must be noted, therefore, that only gold
and silver minted by the United States Federal Government
by and through the United States Treasury is legal tender
for public debts. Foreign gold and/or silver coins, while
they may be identical in all respects to gold and silver
coins minted by the United States Treasury, are not Lawful
Money or legal tender for the payment of public debts.

B.   PUBLIC MONETARY SYSTEM BASED ON GOODS, SERVICES,
AND LABOR OF ALL INDUSTRY:

While the several states of the Union in Congress has
yet to do so, Article I, Section 8, Clause 5 does not limit
Congress to establish a Public Monetary System exclusively
based on gold and silver coin.

-114-

Article I, Section 10, Clause 1, establishes the requirement that all Public Debt must be paid in gold and silver coin.

However, the Constitution actually authorizes the several states of the Union in Congress to establish two Public Monetary Systems to serve the needs of the People of their states.   The Public Monetary System established by the Act of Congress evidenced at 31 U.S.C. Subtitle IV, Money, and 31 U.S.C. §5101, et seq., establishes the Public Monetary System  for the payment of public debt.

Commercial transactions, in contrast, are not based on debt, but based on an exchange of consideration of equal values.   The medium of consideration is determined by the parties to such transactions, not the Constitution, nor the several states of the Union in Congress, by statute.

Article I, Section 8, Clause 5 vests Power to the several states of the Union in Congress to establish a Public Monetary System to be used as consideration in commercial transactions, both public and private.   Article I, Section 10, Clause 1 prohibits the states individually from "emit[ting] Bills of Credit."

A Bill of Credit is a form of Money, in the nature of a publicly issued commercial instrument, used as consideration in commercial transactions.

Since having each state issue its own Bills of Credit to be used in commercial transactions would create confusion with regard to commercial trade between the states, the Power to issue Bills of Credit was vested in the several states of the Union collectively in Congress in order to establish a common Bill of Credit to be used in commerce between the several states of the Union.

The Power is vested at Article I, Section 8, Clause 5, to establish a Public Monetary System; and Article I, Section 8, Clause 3, the Power of Congress to Regulate Commerce, specifically regulates commerce between the several states of the Union.

Article I, Section 8, Clause 3 reads:  "Congress shall have the Power ... To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes."

Such Bills of Credit are not based on gold and silver coin such as gold and silver certificates, which are subject to exchange on demand in gold and silver coin of the United States.  When produced, such Bills of Credit, like Treasury Bonds, can only be transferred in exchange for something of value.  However, unlike Treasury Bonds, which establish a debt which must be redeemed in gold and silver current coin of the United States, Bills of Credit are based exclusively on goods, services, and labor, exchanged in all of industry.  Once in circulation, such currency would

-116-

be limited to domestic application within and among the

several states of the Union, the Indian Nations, the Federal

Territories, the Federal Commonwealths, the Federal

Possessions, and Federal Enclaves, for consideration in

exchange in all commercial transactions, public and private.

As Public Currency, such Bills of Credit would create

a form of Public Commercial Instrument to be used in trade,

based on mutual agreement of the parties to such transactions.

A Public Monetary System based exclusively on gold

and silver coin is _finite_. A Public Monetary System based

exclusively on gold and silver coin, if used in commercial

transactions, necessarily limits economic growth to the

limits of available gold and silver coin minted by Congress.

Once all of the gold and silver coin minted by Congress

is in circulation in commerce, the United States Federal

Government and the governments of the several states of

the Union would _not_ be able to tender gold and silver coin

minted by Congress as payment of public debt; and this would

thus place the United States Federal Governemnt and the

governments of the several states of the Union in a state

of perpetual bankruptcy.

However, a monetary system based on the value of goods,

services, and labor for all industry that is used as

consideration in all commercial transactions, both public

and private, _would be unlimited_, as Bills of Credits used

as "consideration currency" once in circulation, would have

a fixed value of exchange established by an Act of Congress;

and since commercial activity is ongoing, the amount of

such "consideration currency" in circulation would grow

in direct proportion to the value of goods, services, and

labor of all industry on an ongoing basis; which would be

without limits, <u>unlike</u> a Public Monetary System based only

on gold and silver coin.

Bills of Credit as "consideration currency" will act

as a receipt for goods, services and labor; and as such,

represent the monetary value of the goods, services, and

labor exchanged, providing the holder with a form of commercial

instrument that represents the monetary value of the goods,

services, and/or labor exchanged for the currecncy, which

can <u>then</u> be exchanged by the holder as consideration in

future commercial transactions.  Such Bills of Credit are

not   based on debt; nor are such Bills of Credit obligations/

securities of the United States Federal Government; and

thus, such Bills of Credit are <u>not subject to redemption</u>,

as are bonds, notes, and other debt instruments issued by

the United States Federal Government for the express purpose

of borrowing Money on the Credit of the United States, which

would require repayment/redemption in Lawful Money of gold

or silver currency coin of the United States.

//

-118-

C.   PRIVATE MONETARY SYSTEM BASED ON GOODS, SERVICES, AND LABOR OF ALL INDUSTRY:

The third monetary system recognized by the Constitution for the United States of America, is the Private Monetary System.

Article I, Section 10, Clause 1, clearly prohibits any state from making any law impairing  the obligation of contracts.   Since there is no provision of the Constitution which vests any Power in the several states of the Union in Congress to collectively make laws impairing the obligation of contracts, the provisions of Article I, Section 10, Clause 1; as well as the Ninth Amendment, Rights Retained by the People; the Tenth Amendment, Powers Reserved to States or People; and the Fourteenth Amendment, Rights of the Citizens of the United States; prohibit the several states of the Union in Congress from establishing any Federal Law impairing obligations of contracts.

All contracts, in order to be contracts, in addition to being by and between at least two parties competent to enter into contract, and of like mind [i.e.: understanding the terms, conditions, and obligations of the contract], notwithstanding whether the contract is quid pro quo or expressed by a written instrument, requires an exchange of consideration considered by the parties to the contract, in order to be of equal value.

-119-

The medium or substance of consideration or exchange is based on the agreement of the parties to the contract.

The Private Monetary System is thus anything that the Parties to the contract consider to be of equal value, and the medium of consideration can be comprised of any item agreed upon by the parties, not pursuant to any statute or provision of the Constitution for the United States of America.  The Private Monetary System is protected as a right by the Constitution of the United States of America, by Article I, Section 10, Clause 1, as well as the Ninth Amendment, the Tenth Amendment, and the Fourteenth Amendment.

The medium of consideration can consist of two items, such as a barter exchange.  It can be gold or silver coin, either bullion or lawful money minted by the United States Treasury; or private currency in the form of commercial instruments, such as bank checks, debit cards, Bitcoins®, etc.  Corporate stocks and bonds, which are based on the equity value of the corporation, establish equity ownership of the holder in the corporation, and are another form of private currency based exclusively on the value of goods, services, and labor of industry,  unlike bonds, notes, certificates of debt, etc., issued by governments to borrow Money from the holder of such instrument(s) establishing a debt or obligation to be repaid by the government to the holder.  The stocks and bonds issued by private corporations are issued to be sold to investors establishing an equity

ownership position in the corporation by the holder of the

corporate stocks or bonds, not debt.

Therefore, unlike Government Bonds, Notes, or Certificates

of Debt issued by governments, which require repayment to

the holder with interest, stock certificates and corporate

bonds do not establish debt, and thus do not require repayment.

With regard to corporate stock certificates and bonds, holders

are free to sell their ownership position(s), but there

exists no debt which must be repaid by private corporations

to the holder.

Privately issued commercial instruments represent the

value of the goods, services, or labor exchanged for value,

often in the form of private currency, such as a bank check.

Once tendered for consideration, a bank check or debit card

transaction debits the issuer's account and credits the

holder's account, thus completing the exchange of value

for value.  The holder would have the option of exchanging

the private currency for public currency of equal value,

had the several states of the Union ever established such

a Public Monetary System for use as a medium of exchange/

consideration in commercial activity.  Such an exchange

for public Bills of Credit would make the bank accepting

the check in exchange for public currency the holder in

due course, and thus would submit the check to debit the

issuer's account and credit the bank's account as the holder

in due course.

- 121 -

The three Monetary Systems described in SECTIONS A, B, and C, are provided for by the Constitution for the United States of America, and provide for an exchange of value/ substance for value.

SECTIONS A and B describe the Public Monetary System:

SECTION A:   the Monetary System for Payment of Public Debt; and:

SECTION B:   the Monetary System for Commercial Transactions.

SECTION C describes the Private Monetary System for Commercial Transactions.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 9:

It is therefore Declared that the Constitution for the United States of America does not require that the Public Monetary System be used exclusively on gold and silver coin.

Furthermore, it is Declared that the Constitution provides for three Monetary Systems, as follows:

A.    Public Monetary System based on gold and silver coin to be tendered in payment of Public Debt;

B.    Public Monetary System for Commercial Transactions;

C.    Private Monetary System for Commercial Transactions.

-122-

Furthermore, the Monetary Systems provided for by the Constitution for the United States of America do <u>not</u> establish obligations of the United States Federal Government, and are thus <u>debt-free</u>.

QUESTION 10:

Does the Constitution for the United States of America vest Power in the several states of the Union to substitute commercial security debt instruments as currency for a Public Monetary System?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 10:

A review of Article I, Section 8, Clause 2, <u>Power of Congress to Borrow Money</u>, establishes that the People vested Power in the several states of the Union by and through their Constitution, with the Power "To borrow Money on the Credit of the United States [Federal Government]. (emphasis added).

The provisions of Article I, Section 8, Clause 18, <u>All Necessary and Proper Laws</u>; requires that the several states of the Union in Congress must implement/carry into execution Powers vested by Article I, Section 8, Clause 2, by legislation.

The Act of Congress evidenced at 31 U.S.C. §3121, <u>Procedure</u>; establishes the procedure for the issuance of debt obligations for borrowing Money authorized by the

Acts of Congress evidenced at 31 U.S.C. §3102, Bonds; 31 U.S.C. §3103, Notes; and 31 U.S.C. §3104, Certificates of Indebtedness and Treasury Bills.

The Act of Congress evidenced at 31 U.S.C. §3108, Prohibition Against Circulation Privilege; establishes that the several states of the Union in Congress, by and through legislation, prohibit putting commercial security debt instruments into circulation as Money, issued under the Acts of Congress evidenced at 31 U.S.C. §3102 through §3104(a)(1) supra, and 31 U.S.C. §3105, Savings Bonds and Savings Certificates; 31 U.S.C. §3106, Retirement and Savings Bonds; and 31 U.S.C. §3107, Increasing Interest rates and Investment Yields on Retirement Bonds.

Reviewing Article I, Section 8, Clause 5, authorizing the several states of the Union in Congress to establish a Public Monetary System, it is clear no Power is vested in the several states of the Union to substitute commercial debt security instruments issued to borrow Money on the Credit of the United States, pursuant to Article I, Section 8, Clause 2, Power of Congress to Borrow Money as "Money."

The several states of the Union carried into execution Article I, Section 8, Clause 5, by and through legislation pursuant to the Act of Congress evidenced at 31 U.S.C. §5101 et seq., establishing Lawful Money of the United States Federal Government based on gold and silver.

-124-

It is clear that not only does the Constitution of the United States of America not vest any Power in the several states of the Union to substitute commercial debt instruments as currency for a Public Monetary System, nor have the several states of the Union in Congress, by legislation at any time, authorized debt obligations of the United States Federal Government in the nature of notes, bonds, certificates of indebtedness of the Government; savings bonds and savings certificates; or retirement and savings bonds; to be put in circulation as a substitute for currency for the Public Monetary System.

### DECLARATORY JUDGMENT DEMANDED FOR QUESTION 10:

It is therefore Declared that the Constitution for the United States of America does not vest any Power in the several states of the Union in Congress, to substitute commercial security obligation debt instruments, issued for the express purpose of borrowing Money on the Credit of the United States Federal Government, as currency for a Public Monetary System.

Furthermore, it is Declared that the several states of the Union in Congress, have not at any time by legislation or otherwise, authorized debt obligations of the United States Federal Government in the nature of notes, bonds, certificates of indebtedness of the Government; savings bonds and savings certificates; or retirement and savings

-125-

bonds, to be put in circulation as a substitute for currency

for the Public Monetary System.

QUESTION 11:

Does the Constitution for the United States of America

vest Power in the several states of the Union to redelegate

the Power vested by Article I, Section 8, Clause 5 of the

Constitution for the United States of America "To coin Money,

regulate the Value thereof, amd of foreign Coin..." and

to manage the Public Monetary System to private corporate

citizens of the several states of the Union, and of foreign

states?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 11:

The provisions of Article I, Section 8, Clause 5, provide

to wit:

"The Congress shall have the Power ... To coin Money,

regulate the Value thereof, and of foreign Coin, and fix

the Standard of Weights and Measures."

Article I, Section 8, Clause 18, establishes the

requirement for the several states of the Union in Congress

by legislation to carry into execution the Power vested

by Article I, Section 8, Clause 5, to wit:

"Congress shall have the Power ... To make all Laws

which shall be necessary and proper **for** carrying into

-26-

Execution the foregoing Powers, and all other Powers [Article I, Section 8, Clause 5], and all other Powers vested by this Constitution in the [Federal] Government of the United States, or in any Department or Officer thereof." (emphasis added).

Pursuant to the Act of Congress evidenced at 28 U.S.C. §1332(c)(1), this Act provides to wit:

(c)  For the purposes of this section and section 1441 of this title [28 U.S.C. §1441] --

(1)  a corporation shall be deemed a citizen of every state and foreign state [i.e.: state of the Union] by which it has been incorporated and of the State or foreign state where it has its principal place of business..."

31 C.F.R. §100.2, Scope of Regulations; Transactions Effected Through Federal Reserve Banks and Branches; Distribution of Coin and Currencies; reveals that the authority of the Public Monetary System was re-delegated to private corporate state citizens, to wit:

"The regulations in this part govern the exchange of the coin and paper currency of the United States (including national bank notes and Federal Reserve bank notes in process of retirement[,] and Federal Reserve notes).  Under authorization in the Act [of Congress] approved May 29, 1920, 41 Statute 655, (31 U.S.C. §476: [Note: Subchapter

-127-

4 including 31 U.S.C. §476 has been omitted from the United
States Code]); the Secretary of the Treasury transferred
to the Federal Reserve banks and branches the duties and
functions performed by the former Assistant Treasurers of
the United States in connection with the exchange of paper
currency and coin of the United States.  Except for the
duties in this respect to be performed by the Treasurer
of the United States and Director of the Mint, as may be
indicated from time to time by the Secretary of the Treasury,
exchanges of the paper currency and coin of the United States
and the distribution and replacement thereof will, so far
as practicable, be effected through the Federal Reserve
banks and branches.  The Federal Reserve banks and branches
are authorized to distribute available supplies of coin
and currency to depositing institutions, as that term is
defined in section 103 of the Monetary Control Act of 1980
(Public Law 96-221).  As authorized by section 107 of the
Act, transportation of coin and currency and coin wrapping
services will be provided according to a schedule of fees
established by the Board of Governors of the Federal Reserve
System.  Inquiries by depository institutions regarding
distribution and related services should be addressed to
the Federal Reserve bank of the district where the institution
is located.  47 FR 32044, July 23, 1982."

The provisions of the Tenth Amendment limit the Powers
to only those specifically delegated in writing by the

-128-

Constitution for the United States of America, which have been carried into execution by legislation by the several states of the Union in Congress, to wit:

"The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

**DECLARATORY JUDGMENT DEMANDED FOR QUESTION 11:**

It is therefore Declared that the provisions of Article I, Section 8, Clause 5, do not vest any Power in the several states of the Union in Congress, to re-delegate the Power vested by Article I, Section 8, Clause 5, to manage the Public Monetary System, to private corporate citizens of the several states of the Union, or of any foreign states.

**QUESTION 12:**

Are obligations of the United States Federal Government commercial security debt instruments, establishing debt of the United States Federal Government?

**BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 12:**

Article I, Section 8, Clause 2, <u>Power of Congress to Borrow Money</u>; provides that the several states of the Union in Congress "... shall have the Power ... To borrow Money on the credit of the United States."

Article I, Section 8, Clause 18 requires the several

-129-

states of the Union in Congress, to implement/carry into execution by legislation the Power vested by Article I, Section 8, Clause 18, to wit:

"To make all Laws which shall be necessary and proper **for** carrying into Execution the foregoing Powers [Article I, Section 8, Clauses 1 through 17], and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof." (emphasis added).

Pursuant to the Act of Congress evidenced at 31 U.S.C. Chapter 31, Borrowing Authority; specifically and particularly 31 U.S.C. §3101 et seq., Public Debt Limit; the several states of the Union in Congress carried into execution by legislation the Power vested by Article I, Section 8, Clause 5, pursuant to Article I, Section 8, Clause 18.

Pursuant to the Acts of Congress evidenced at 31 U.S.C. §3102, Bonds; 31 U.S.C. §3103, Notes; 31 U.S.C. §3104, Certificates of Indebtedness and Treasury Bills; 31 U.S.C. §3105, Savings Bonds and Savings Certificates; 31 U.S.C. §3106, Retirement and Savings Bonds; and 12 U.S.C. §411, Issuance to Reserve Banks; Nature of Obligation; Redemption; [i.e.: Government Obligations in the nature of "Federal Reserve Notes"], establish a redeemable debt obligation owed by the United States Federal Government to the holder of said Notes, purportedly for Money borrowed on the Credit

of the United States Federal Government equal to the face
value of the investment plus interest, payable to the holder
in lawful money.

### DECLARATORY JUDGMENT DEMANDED FOR QUESTION 12:

It is therefore Declared that the instruments identified
as Government Bonds; Notes; Certificates of Indebtedness
and Treasury Bills; Savings Bonds and Savings Certificates;
Retirement and Savings Bonds; and Federal Reserve Notes;
are commercial security debt instruments, which establish
a debt obligation of the United States Federal Government,
payable in Lawful Money to the holder of said commercial
security debt instruments, equal to the face value of the
commercial security debt instrument(s), plus interest.

### QUESTION 13:

Are "Federal Reserve Notes" of the United States Federal
Government commercial security debt instruments, establishing
debt of the United States Federal Government?

### BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 13:

Pursuant to the Act of Congress evidenced at 31 U.S.C.
§3103, Notes, the several states of the Union in Congress,
carried into execution by legislation the Power vested by
Article I, Section 8, Clause 2, "To borrow Money on the credit
of the United States," pursuant to Article I, Section 8,
Clause 18.

Under the authority of the Act of Congress evidenced at 31 U.S.C. §3103, Notes, the United States Federal Government is authorized to borrow Money on the credit of the United States by exchanging notes of the Government for the Money borrowed, creating debt obligations of the United States Federal Government to the holder.

Pursuant to the Act of Congress evidenced at 12 U.S.C. Chapter 3, Federal Reserve System, [See: 12 U.S.C. §226, Federal Reserve Act]; and specifically 12 U.S.C. §411 et seq., Federal Reserve Notes: Issuance to Reserve Banks; Nature of Obligation; Redemption; Congress authorized the issuance of "Federal Reserve Notes" to be [debt] obligations of the United States [Federal] Government, and be redeemable in Lawful Money on demand at the Treasury Department of the United States, in the City of Washington, District of Columbia, or at any Federal Reserve Bank.

The Act of Congress evidenced at 18 U.S.C. §8, Obligation or Other Security of the United States Defined; identifies all "debt" obligations and securities of the United States Federal Government, to wit:

"The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes,

-132-

certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value of whatever denomination, issued under any Act of Congress, and canceled United States stamps."

There can be no doubt that "Federal Reserve Notes" issued by the "Federal Reserve Board" are in fact commercial security debt instruments, establishing debt of the United States Federal Government to the holder of the "Federal Reserve Note," redeemable on demand in Lawful Money.

**DECLARATORY JUDGMENT DEMANDED FOR QUESTION 13:**

It is therefore Declared that "Federal Reserve Notes" issued by the "Federal Reserve Board" are commercial security debt instruments, establishing debt of the United States Federal Government, to the holder of the "Federal Reserve Notes" redeemable on demand in Lawful Money.

**QUESTION 14:**

Does the Gold Reserve Act of 1934, found at 31 U.S.C. §5117, Transferring Gold and Silver Certificates; 31 U.S.C. §5118, Gold Clauses and Consent to Sue; and 31 U.S.C. §5119, Redemption and Cancellation of Currency; making it lawful for only the United States Federal Government to possess United States Gold Coin and Gold Bullion; further make it unlawful to issue "Federal Reserve Notes" to "Federal Reserve

Banks," who are Private Corporate Citizens of the several

states of the Union, after the year 1934?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 14:

The provisions of Article I, Section 8, Clause 2, vest

in the several states of the Union in Congress with the

Power "To borrow Money on the credit of the United States."

The Act of Congress evidenced at 31 U.S.C. §3103, Notes,

pursuant to Article I, Section 8, Clause 18, carries into

execution the Power vested by Article I, Section 8, Clause

2, to borrow Money on the credit of the United States by

issuing Notes of the United States Federal Government for

the amounts borrowed against the Notes.

The provisions of Article I, Section 10, Clause 1,

establish that the several states of the Union shall

[mandatorily] make only "gold and silver Coin a [legal]

Tender in Payment of [Public] Debts," to wit:

"No State shall ... make any Thing but gold and silver

Coin a Tender in Payment of Debts..."

The Tenth Amendment to the Constitution for the United

States of America limits the Powers of the United States

Federal Government to only those Powers specifically vested

in writing by the Constitution for the United States of

America, which have been carried into execution by the several

states of the Union in Congress by legislation, to wit:

"The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

Since no Power is vested by the Constitution for the United States of America for the several states of the Union collectively to make anything but gold and silver coin as Tender in Payment of [Public] Debts, the limits imposed by the Tenth Amendment on the United States Federal Government requires the several states of the Union to only make gold and silver coin legal tender for the payment of public debt.

The Acts of Congress evidenced at 31 U.S.C. §5111, Minting and Issuing Coins, Medals, and Numismatic Items; 31 U.S.C. §5112, Denominations, Specifications, and Design of Coins; 31 U.S.C. §5113, Tolerances and Testing of Coins; 31 U.S.C. §5101, Decimal System; and 31 U.S.C. §5102, Standard Weight; evidence that the several states of the Union in Congress carried into execution pursuant to Article I, Section 8, Clause 18, the Power vested at Article I, Section 8, Clause 5, "To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures"; thus establishing United States current coins of gold and silver.

The Act of Congress evidenced at 31 U.S.C. §5103, Legal Tender, evidences that the several states of the Union in Congress, pursuant to Article I, Section 8, Clause 18 and

Article I, Section 10, Clause 1, established United States coins pursuant to the Acts of Congress at 31 U.S.C. §5111, 31 U.S.C. 5112, 31 U.S.C. §5113, and 31 U.S.C. §5101, as currency pursuant to the Act of Congress evidenced at 31 U.S.C. §5115, United States Currency Notes, which is subject to exchange for United States gold or silver coin on demand as Legal Tender for all Public Debts, public charges, taxes and dues. Foreign gold and silver coins are not legal tender for debts, to wit:

31 U.S.C. §5103, Legal Tender: "United States coins and currency are legal tender for all [public] debts, public charges, taxes and dues. Foreign gold or silver coins are not legal tender for debts." (emphasis added).

NOTE: The inclusion in 31 U.S.C. §5103 within the following parentheses "(including Federal reserve notes and circulating notes of Federal reserve banks and national banks)" by the code revisors indicate that the text within the parentheses is not included in the actual Act of September 13, 1982, Public Law 97-258, Section 1, 96 Statute 980; January 12 1983, Public Law 97-452, Section 1(19), 96 Statute 2477.

This piece of legal fiction is further recognized at Appendix E to Part 229 of the Code of Federal Regulations [Effective July 1, 2018] at 12 C.F.R. §229.2(h), Cash; to wit:

-136-

"1.   Cash means U.S. coins and currency.  The phrase in the EFA [Expedited Funds Availability] Act "including Federal Reserve notes" has been deleted as unnecessary. (See: 31 U.S.C. §5103)." (commentary in parentheses).

Thus, a review of the Act of Congress evidenced at 12 U.S.C. §4001(4) now must read:

"(4)  Cash.   The term "cash" means United States coins and currency."

Inasmuch as United States Coins and Currency are not debt obligation security instruments of the United States, and Federal Reserve Notes are in fact debt obligation security instruments of the United States Federal Government and are redeemable only in Lawful Money, [i.e.: cash]; Federal Reserve Notes cannot be cash.

There exists no provision of the Constitution for the United States of America vesting any Power in the several states of the Union, to make debt obligation securities of the United States Federal Government tender in payment of public debt.

The practice of taking the text of Article I, Section 8, Clause 18 ["The Congress shall have the Power ... To make all Laws which shall be necessary and proper ... ] out of context in order to create the legal fiction of a "Nineteeth Power," [an imaginary Article I, Section 8,

Clause 19 which is nonexistent] which would provide unlimited legislative authority by legislation to alter, amend, or create any power deemed "necessary and proper" by the Members of Congress, thereby creating the fiction of unlimited Federal Power, is a clear violation of the Constitution for the United States of America at best, and sedition, tyranny, and despotism at worst.

A review of the provisions of the Act evidenced at 12 U.S.C. §411, Federal Reserve Notes; Issuance to Reserve Banks; Nature of Obligation; Redemption; provides in pertinent part: " ... The said notes [Federal Reserve Notes] shall be obligations [debt] of the United States[,] and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues... [obligations owed to the United States Federal Government]." (emphasis added).

Further review of the Act of Congress evidenced at 31 U.S.C. §5103, Legal Tender, pursuant to the 1983 Amendment, made United States coin and currency legal tender not only for public debt, but to include tender for public charges, taxes, and dues; because public charges, taxes, and dues are not considered to be debts of the Government. [See: Hagar v. Reclamation District No. 108, 111 U.S. 701, 28 L.Ed 569 (1884)].

The 1983 Amendment of the Act of Congress evidenced

-138-

at 31 U.S.C. §5103, dated January 12, 1983 became effective
as of September 13, 1982, as provided by §2(i) of such Act
which appears as Other Provisions Note to 31 U.S.C. §3331,
Substitute Checks; inserted "public charges, taxes, and
dues."

It must be noted that after the 1983 Amendment identified
in the Act of Congress evidenced at 31 U.S.C. §5103, Legal
Tender could be for all [public] debts and non-debts alike;
while Federal reserve Notes, pursuant to the Act of Congress
evidenced at 12 U.S.C. §411, could only be received for
non-debt exchanges, specifically taxes, customs [taxes]
and other dues, which are obligations owed to the United
States Federal Government.  Therefore, Federal Reserve Notes
cannot be used to pay any debt, public or private, nor as
consideration in general commerce.

The Act of Congress evidenced at 31 U.S.C. §5117,
Transferring Gold and Gold Certificates; [also known as
the Gold Reserve Act]; transferred ownership of all gold
owned by the Federal Reserve System to the United States
Federal Government, in exchange for gold certificates.

The Act of Congress evidenced at 31 U.S.C. §5118,
Gold Clauses and Consent to Sue; [further also known as
the Gold Reserve Act]; prohibited United States gold and
silver coin to be used in general commerce, limiting the
tendering of United States Gold and/or Silver Current Coin

-139-

for payment of United States debt obligations, issued prior to October 27, 1977.

The Act of Congress evidenced at 31 U.S.C. §5119, Redemption and Cancellation of Currency; [further also known as the Gold Reserve Act], provides as follows:

"(a) Except to the extent authorized in regulations the Secretary of the Treasury prescribes with the approval of the President, the Secretary may not redeem United States currency (including Federal reserve notes and circulating notes of Federal reserve banks and national banks) in gold. However, the Secretary shall redeem gold certificates owned by the Federal reserve banks at times and in amounts the Secretary decides are necessary to maintain the equal purchasing power of each kind of United States currency." (emphasis added in underline).

Since the Acts of Congress evidenced at 12 U.S.C. §411 and 18 U.S.C, §8, Obligation or Other Security of the United States Defined; identify "Federal Reserve Notes" as debt obligation security instruments of the United States Federal Government, and the Act of Congress evidenced at 12 U.S.C. §412, Application for Notes; Collateral Required; [i.e.: Application for Federal Reserve Notes] requiring Federal Reserve Banks to submit United States Current Coin of Gold and Silver, gold and/or silver certificates, and/or debt obligation securities either public or private as collateral

-140-

in exchange for Federal Reserve Notes; and pursuant to the Act of Congress evidenced at 31 U.S.C. §3103, Notes; authorizes the issuance of Notes only for the amount borrowed; and since the "Gold Reserve Act" makes it lawful for only the United States Federal Government to own United States gold coin and gold bullion currency, this makes it impossible for Federal Reserve Banks, Member Federal Reserve Banks, and Associate Federal Reserve Banks, to loan or exchange United States Current Coin of Gold and Silver, nor provide collaral in the nature of gold certificates; there is no lawful Constitutional authority under Article I, Section 8, Clause 2, for the "Federal reserve Board" to issue debt obligation security notes in the nature of "Federal Reserve Notes" to the "Federal Reserve Banks" who are private Corporate Citizens of the several states of the Union.

There exists no Constitutional authority vested by Article I, Section 8, Clause 2, for the several states of the Union to borrow debt obligation security instruments on the credit of the United States Federal Government. Thus, the Gold Reserve Act of 1934 makes it unlawful to issue "Federal Reserve Notes" to "Federal Reserve Banks," who are private Corporate Citizens of the several states of the Union.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 14:

It is therefore Declared that the "Gold Reserve Act"

-141-

evidenced at 31 U.S.C. §5117; 31 U.S.C. §5118; and 31 U.S.C. §5119; making it lawful for only the United States Federal Government to possess United States Current Coin and Gold Bullion.

Furthermore, it is Declared that as a result of the "Gold Reserve Act," it is not lawful to issue "Federal Reserve Notes" to "Federal Reserve Banks"; and:

Furthermore, it is Declared that the "Federal Reserve Banks" are Corporate Citizens of the states where they are incorporated. [See: 28 U.S.C. §1332(c)(1)].

QUESTION 15:

Can "Federal Reserve Notes" as commercial security debt instruments of the United States Federal Government be tendered to redeem "Federal Reserve Notes?"

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 15:

The Constitution for the United States of America vests Power in the several states of the Union pursuant to Article I, Section 8, Clause 2, to borrow money on the credit of the United States, to wit:

"The Congress shall have the Power ... To borrow Money on the credit of the United States."

The Constitution of the United States of America at Article I, Section 8, Clause 18, requires the several

-142-

states of the Union in Congress to implement all Power
vested in the Constitution for the United States of America
in the United States Federal Government, to wit:

"The Congress shall have Power ... To make all Laws
which shall be necessary and proper _for_ carrying into
Execution the foregoing Powers, and all other Powers vested
by this Constitution in the Government of the United States,
or in any Department or Officer thereof." (emphasis added).

The Acts of Congress evidenced at 31 U.S.C. §5101,
Decimal System; 31 U.S.C. §5102, Standard Weight; 31 U.S.C.
§5111, Minting and Issuing Coins, Medals, and Numismatic
Items; 31 U.S.C. §5112, Denominations, Specifications, and
Design of Coins; 31 U.S.C. §5113, Tolerances and Testing
of Coins; 31 U.S.C. §5114, Engraving and Printing Currency
and Security Documents; and 31 U.S.C. §5115, United States
Currency Notes; carried into execution the Power vested
by Article I, Section 8, Clause 5, Coinage, Weights and
Measures; to establish a Public Monetary System.

The Act of Congress evidenced at 31 U.S.C. §3101,
carried into execution the Power vested by Article I,
Section 8, Clause 2, to borrow Money on the credit of
the United States.

The Act of Congress evidenced at 31 U.S.C. §3103,
Notes, carried into execution the procedures of borrowing
money on the credit of the United States, and of issuing

debt obligation security instruments in the nature of Notes in the amount of money borrowed.

The Act of Congress evidenced at 12 U.S.C. §411, Issuance to Reserve Banks, Nature of Obligation; Redemption; establish that Federal Reserve Notes are debt obligations of the United States, to wit in pertinent part:

" ... The said notes shall be obligations of the United States ..."

The Act of Congress evidenced at 18 U.S.C. 8, Obligation or Other Security of the United States Defined; provides a complete enumeration of all debt obligation security instruments issued by the United States Federal Government, to wit:

"The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps."

The Act of Congress evidenced at 12 U.S.C. §411,

-144-

Federal Reserve Notes: Issuance to Reserve Banks; Nature
of Obligation; Redemption; establishes how Federal Reserve
Notes are to be redeemed, to wit:

"They [the Federal Reserve Notes] shall [mandatorily]
be redeemed in lawful money on demand at the Treasury
Department of the United States, in the city of Washington,
District of Columbia, or at any Federal reserve bank."
(emphasis added).

Since it is a non-discretionary mandatory requirement
that a holder of Federal Reserve Notes can redeem Federal
Reserve Notes only in Lawful Money, it is clear that Federal
Reserve Notes are **not** Lawful Money. Thus, Federal Reserve
Notes cannot be tendered to redeem any debt obligation
of the United States, including but not limited to Federal
Reserve Notes.

Article I, Section 10, Clause 1 established that
all of the several states cannot "make any Thing but gold
and silver Coin a Tender in Payment of [Public Debts..."
(emphasis added).

The Act of Congress evidenced at 31 U.S.C. §5103,
Legal Tender, establish Lawful Money to be tendered for
[Public] Debt as follows, to wit:

"United States coins and currency are legal tender
for all debts, public charges, taxes and dues. Foreign

-145-

gold or silver coins are not legal tender for debts."

The text in parentheses ("including Federal reserve notes and circulating notes of Federal reserve banks and national banks") indicate that the code revisor added text that was not included in the Act of September 13, 1982, Public Law 97-258, §1, 96 Statute 980; January 12, 1983, Public Law 97-452, §1(19), 96 Statute 2477.

A review of the Constitution for the United States of America reveals that there exists no provision of the Constitution vesting any Power in the several states of the Union to tender debt obligation security instruments in payment of public debt.

The practice of taking the text of Article I, Section 8, Clause 18: "The Congress shall have the Power ... To make all Laws which shall be necessary and proper ..." out of context in order to create the legal fiction of an imaginary and nonexistent Clause 19 [or "19th Power"] of unlimited legislative authority by Congress by legislation to alter, amend, or create any Power deemed by the members of Congress to be "necessary and proper," thereby creating the fiction of unlimited Federal Power, is in clear violation of the Constitution for the United States of America at best, and sedition, tyranny and despotism at worst.  Clause 18 excludes the making of any Laws which are not specified within the United States Constitution.

-146-

A review of the Act of Congress evidenced at 12 U.S.C. §411 reveals that the only purpose Federal Reserve Notes are to be issued for, is for making advances to Federal Reserve banks, and receivable for all taxes, customs, and other public dues, in pertinent part, to wit:

"Federal reserve notes, to be issued at the discretion of the Federal Reserve Board [Board of Governors of the Federal Reserve System] for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized ..." (emphasis added). "The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues..." Id.

Nothing in the Act of Congress evidenced at 12 U.S.C. §411 provides that Federal Reserve Notes can be tendered to redeem any debt obligation security instrument of the United States, including but not limited to Federal Reserve Notes.

**DECLARATORY JUDGMENT DEMANDED FOR QUESTION 15:**

It is therefore Declared that "Federal Reserve Notes," as commercial security debt instruments of the United States, issued under the authority of the Federal Reserve Act of 1913, can **not** be tendered to redeem Federal Reserve Notes.

-147-

QUESTION 16:

Does issuance of "Federal Reserve Notes" as commercial security debt instruments of the United States Federal Government establish a debt obligation of the United States Federal Government, when the United States Federal Government does not/did not receive an actual loan of "Money" in exchange for the "Federal Reserve Notes?"

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 16:

The provisions of Article I, Section 8, Clause 2, Power of Congress to Borrow Money, vest the several states of the Union in Congress with the Power to borrow Money on the credit of the United States, to wit:

"The Congress shall have Power ... To borrow Money on the credit of the United States."

The Act of Congress evidenced at 31 U.S.C. Subtitle III, Financial Management; Subchapter I, Borrowing Authority; specifically and particularly 31 U.S.C. §3101, et seq., Public Debt Limit; evidences that the several states of the Union in Congress carried into execution by legislation the Power to borrow Money on the credit of the United States, vested by Article I, Section 8, Clause 2; as required by Article I, Section 8, Clause 18.

Pursuant to the Act of Congress evidenced at 31 U.S.C. §3103, Notes, the several states of the Union established

-148-

the procedure for borrowing Money on the credit of the United States by and through legislation; and for issuing government notes as securities for repayment of Money borrowed to the holder of said notes.

Article I, Section 8, Clause 5, vests the several states of the Union with the power to establish a Public Monetary System, by and through legislation, to wit:

"The Congress shall have Power ... To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures."

The Act of Congress evidenced at 31 U.S.C. Subtitle IV, Money; specifically and particularly 31 U.S.C. §5101, Decimal System; 31 U.S.C. §5102, Standard Weight; 31 U.S.C. §5111, Minting and Issuing Coins, Medals, and Numismatic Items; 31 U.S.C. §5112, Denominations, Specifications, and Design of Coins; and 31 U.S.C. §5113, Tolerances and Testing of Coins; evidences that the several states of the Union in Congress, carried into execution by legislation the Power to establish a Public Monetary System based on gold and silver coin, as required by Article I, Section 8, Clause 18.

Relying on Black's Law Dictionary, Tenth Edition (2014), Page 221, the term "borrow" is defined as follows:

1.   To take something for temporary use.

-149-

2.   To receive money with the understanding or agreement
     that it must be repaid, usu[ally] with interest.
     See: Loan.

On Page 1077 of Black's, the term "loan" is defined
as follows:

1.   An act of lending; a grant of something for
     temporary use <Turner gave the laptop as a loan,
     not a gift>.

2.   A thing lent for the borrower's temporary use;
     esp[ecially], a sum of money lent at interest
     <Hull applied for a car loan>.

There is no question that for the United States Federal
Government to establish a debt obligation for which a
note can be issued to a holder or lender, the United States
Federal Government must receive an actual loan of Money
in exchange for issuing a debt obligation security instrument
in the nature of a note, requiring the United States Federal
Government to repay such a loan with interest to the holder
when said note is presented for redemption.

A review of the Federal Reserve Act of 1913, evidenced
at 12 U.S.C. Chapter 3, Federal Reserve System; specifically
and particularly 12 U.S.C. §221 et seq., Definitions,
Organization, and General Provisions Affecting System;
specifically 31 U.S.C. §411, Federal Reserve Notes: Issuance
to Reserve Banks; Nature of Obligation; Redemption; establishes

-150-

the circumstances under which "Federal Reserve Notes"
are issued, and that once issued, establish an obligation
of the United States Federal Government, requiring repayment
to the holder of a Federal Reserve Note in Lawful Money
upon presentment by the holder for redemption, to wit:

"Federal reserve notes, to be issued at the discretion
of the Federal Reserve Board [Board of Governors of the
Federal Reserve System] for the purpose of making advances
to Federal reserve banks through the Federal reserve agents
as hereinafter set forth and for no other purpose, are
hereby authorized." (emphasis added).  "The said notes
shall be obligations of the United States and shall be
receivable by all national and member banks and Federal
reserve banks for all taxes, customs, and other public
dues.  They [Federal Reserve Notes] shall be redeemed
in lawful money on demand at the Treasury Department of
the United States, in the City of Washington, District
of Columbia, or at any Federal reserve bank."  Id.  (emphasis
added).

Pursuant to the Act of Congress evidenced at 12 U.S.C.
§411, the sole exclusive purpose of issuing "Federal Reserve
Notes" to Federal Reserve Banks is for making advances
to the Federal Reserve Banks, not for borrowing Money
from "Federal Reserve Banks."  Even though no Money is
ever loaned to the United States Federal Government in
exchange for the issuance of 'Federal Reserve Notes,"

the Federal Reserve Notes establish debt obligations of the United States Federal Government payable to the Federal Reserve Banks as the holder of said Notes, in Lawful Money upon presentment for redemption.

Since it is mandatory that Federal Reserve Notes be redeemed only in Lawful Money, Federal Reserve Notes clearly are **not** Lawful Money, but in fact debt obligation security instruments of the United States Federal Government.

A review of the Constitution reveals that there exists no Power for the several states of the Union to subject the United States Federal Government to ongoing, perpetual debt, by issuing debt obligation security instruments without exchange of any Money from the holders of said debt obligation security instruments, specifically the issuance of Federal Reserve Notes.

Absent a written Power vesting the United States Federal Government to enter into unilateral agreements to pledge the totality of the Lawful Money of the United States Federal Government to Federal reserve Banks, who are Private Corporate Citizens of the states where said Federal Reserve Banks are incorporated; the several states of the Union in Congress have no Power to subject the United States Federal Government to a unilateral perpetual debt obligation to the "Federal Reserve System."

The practice of taking the text of Article I, Section 8,

-152-

Clause 18: "The Congress shall have the Power ... To make all Laws which shall be necessary and proper ...." out of context in order to create the legal fiction of an imaginary and nonexistent Clause 19 [or "19th Power"] of unlimited legislative authority by Congress by legislation to alter, amend, or create any Power deemed by the members of Congress to be "necessary and proper," thereby creating the fiction of unlimited Federal Power, is in clear violation of the Constitution for the United States of America at best, and sedition, tyranny and despotism at worst. Clause 18 excludes the making of any Laws which are not specified within the United States Constitution.

The provisions of the Act of Congress evidenced at 12 U.S.C. Chapter 3, Federal Reserve System; specifically and particularly 12 U.S.C. §411, Federal Reserve Notes: Issuance to Reserve Banks; Nature of Obligation; Redemption; clearly violate the provisions of Article I, Section 8, Clause 2, Power of Congress to Borrow Money; and the Tenth Amendment, Powers Reserved to States or People; as said "Federal Reserve Act of 1913" established by legislation perpetual unilateral debt of the United States to the Federal Reserve System without borrowing any Money at any time from Federal Reserve Banks. Therefore, the Federal Reserve Act of 1913 is unconstitutional.

Since there exists no Constitutional Power for the United States Federal Government to establish debt without

borrowing Money, <u>no debt is therefore created by the issuance</u>
<u>of Federal Reserve Notes</u>.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 16:

It is therefore Declared that there is <u>no Constitutional</u>
<u>Power</u> authorizing the United States Federal Government
to establish perpetual debt obligations to any party without
borrowing Money from said party.

It is further Declared that the provisions of the
Act of Congress evidenced at 12 U.S.C. Chapter 3, specifically
and particularly 12 U.S.C. §411, violate the provisions
of Article I, Section 8, Clause 2 and the Tenth Amendment,
as said "Federal Reserve Act of 1913" established by
legislation perpetual unilateral debt of the United States
Federal Government to the "Federal Reserve System" without
borrowing any Money at any time from the "Federal Reserve
System"; and therefore, the Federal Reserve Act of 1913
is unconstitutional.

It is further Declared that the United States does
not incur/has not incurred <u>any debt</u> to the holders of
"Federal Reserve Notes."

QUESTION 17:

Does tendering a commercial security debt instrument
issued by or on behalf of the United States Federal Government
to pay or redeem commercial security debt instruments

-154-

of the United States Federal Government, reduce the debt of the United States Federal Government incurred by the issuance and sale of commercial security debt instruments?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 17:

The provisions of Article I, Section 10, Clause 1, Power Denied States -- Treaties -- Money -- Ex Post Facto Laws -- Obligation of Contracts; prohibit the several states of the Union from making "any Thing but gold and silver Coin a Tender in Payment of [Public] Debts," to wit:

"No State shall .. make any Thing but gold and silver Coin a Tender in Payment of Debts."

The Acts of Congress evidenced at 31 U.S.C. §5101, Decimal System; 31 U.S.C. §5102, Standard Weight; 31 U.S.C. §5111, Minting and Issuing Coins, Medals, and Numismatic Items; and 31 U.S.C. §5113, Tolerances and Testing of Coins; evidence that the several states of the Union did in fact carry into execution the Power vested by Article I, Section 8, Clause 5, Coinage, Weights and Measures; to establish a uniform Public Monetary System by legislation as required by Article I, Section 8, Clause 18, based on gold and silver coin.

The Act of Congress evidenced at 31 U.S.C. §5103, Legal Tender; evidenced that United States gold-based

-155-

coins and currency are legal tender for all [public] debts,
public charges, taxes and dues.  However, foreign gold
or silver coins are not legal tender for [public] debts,
to wit:

"United States coins and currency are legal tender
for all [public] debts, public charges, taxes, and dues.
Foreign gold or silver coins are not legal tender for
[public] debts."  (emphasis added).

A review of the Act of Congress evidenced at 31 U.S.C.
§5118, Gold Clauses and Consent to Sue; establishes that
United States gold and silver coins would not be permitted
to be used in general commerce; and that other United
States coins and currency [other than gold and silver
coins] could be lawfully held in general commerce, to
wit:

"(a)   In this section --
(1)   "gold clause" means a provision in or related
to an obligation alleging to give the obligee
a right to require payment in --
(A)   gold;
(B)   a particular United States coin or currency;
or:
(C)   United States Money measured in gold or
a particular United States coin or currency.
(2)   "public debt obligation" means a domestic obligation

-156-

issued or guaranteed by the United States
Government to repay Money [and]/or interest.
(emphasis added).

(b)    The United States Government may not pay out
any gold coin.  A person lawfully holding United
States coins and currency may present the coins and
currency to the Secretary of the Treasury for
exchange (dollar for dollar) for other United
States coins and currency (other than gold
and silver coins) that may be lawfully held.
The Secretary shall make the exchange under
regulations prescribed by the Secretary.

(c)(1)  The Government withdraws its consent to anyone
to assert against the Government, its agencies,
or its officers, employees, or agents, a
claim ---

(A)  on a gold clause public debt obligation
or interest on the obligation;

(B)  for United States coins or currency; or:

(C)  arising out of the surrender, requisition,
seizure, or acquisition of United States
coins or currency, gold or silver involving
the effect or validity of a change in
the metallic content of the dollar or
in a regulation about the value of Money."

-157-

The Act of Congress evidenced at 31 U.S.C. §5119, Redemption and Cancellation of Currency; prohibits redemption of United States currency and "Federal Reserve Notes" in gold, to wit:

"(a)  Except to the extent authorized in regulations the Secretary of the Treasury prescribes with the approval of the President, the Secretary may not redeem United States currency (including Federal reserve notes and circulating notes of Federal reserve banks and national banks)in gold..."

A review of the Act of Congress evidenced at 18 U.S.C. §8, Obligation or Other Security of the United States Defined; identifies the debt obligations of the United States Federal Government, to wit:

"The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps."

The debt obligation instruments of the United States identified by the Act of Congress evidenced at 18 U.S.C. 8,

Obligation or Other Security of the United States Defined; represents public debt to be repaid in Money [and]/or interest. Therefore, said debt obligations are not Money, currency, Lawful Money, or otherwise of the United States, and cannot be tendered to pay debt obligations of the United States.

The Act of Congress evidenced at 12 U.S.C. §411, Federal reserve Notes: Issuance to Reserve Banks; Nature of Obligation; Redemption; and 18 U.S.C. §8, Obligation or Other Security of the United States Defined; establish that Federal Reserve Notes are in fact debt obligation security instruments of the United States Federal Government; and pursuant to the Act of Congress evidenced at 12 U.S.C. §411, may be tendered only for payment of non-debt obligations owed to the United States Federal Government, to wit:

" ... The said [Federal Reserve] notes shall be obligations of the United States[,] and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues.  They shall be redeemed in Lawful Money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal reserve bank." (emphasis added).

Since Federal Reserve Notes are debt obligations of the United States Federal Government subject to redemption in Lawful Money, [i.e.: gold and silver coin]; and that

-159-

the Acts of Congress evidenced at 31 U.S.C. §5118, Gold
Clauses and Consent to Sue; and 31 U.S.C. §5119, Redemption
and Cancellation of Currency; limit redemption of debt
obligations of the United States Federal Government to
only gold certificates owned by the Federal Reserve Banks
pursuant to 31 U.S.C. §5119(a) ["Except to the extent
authorized in regulations the Secretary of the Treasury
prescribes with the approval of the President], the Secretary
may not redeem United States currency (including Federal
reserve notes and circulating notes of Federal reserve
banks and national banks) in gold.  However, the Secretary
shall redeem gold certificates owned by the Federal reserve
banks at times and in amount the Secretary decides are
necessary to maintain the equal purchasing power of each
kind of United States currency.  When redemption in gold
is authorized, the redemption may be made only in gold
bullion bearing the stamp of a United States mint or assay
office in an amount equal at the time of redemption to
the currency presented for redemption." (emphasis added).

In the absence of Lawful Money in the nature of United
States gold and silver coin and United States currency,
in order to redeem any debt obligation security instrument
identified at 18 U.S.C. §8, the United States Federal
Government does not have the means to pay by redemption
in Lawful Money of the United States, any debt obligation
security of the United States issued to creditors of the

-160-

United States Federal Government; meaning the current holder of the debt obligation security instruments of the United States Federal Government identified by the Act of Congress evidenced at 18 U.S.C. §8.

In lieu of paying outstanding debts of the United States Federal Government in lawful Money of the United States by redemption of debt obligation security instruments of the United States Federal Government identified by the Act of Congress evidenced at 18 U.S.C. §8, the Act of Congress evidenced at 31 U.S.C. §3111, New Issue Used to Buy, Redeem, or Refund Outstanding obligations; authorizes all outstanding obligations to be refinanced, to wit:

"An obligation may be used under this chapter [31 U.S.C. §3101 et seq.] to buy, redeem, or refund, at or before maturity, outstanding bonds, notes, [including Federal Reserve Notes], certificates of indebtedness, Treasury Bills, or savings certificates of the United States Government. Under regulations of the Secretary of the Treasury, Money received from the sale of an obligation and other Money in the general fund of the Treasury may be used in making the purchases, redemptions, or refunds.

The purchase, redemption, or refund of debt obligation securities of the United States Federal Government with new debt obligation securities of the United States Federal Government is a simple exchange with the holder of the

-161-

mature obligation with a new obligation, leaving the obligation unpaid, and the holder still a creditor of the United States Federal Government.

The debt of the United States Federal Government represented by the outstanding debt obligation security instruments identified at 18 U.S.C. §8, being <u>perpetually refinanced</u> by the issuance of replacement debt obligation security instruments, <u>**never** reduces the outstanding debt owed by the United States Federal Government</u> to the holders of the outstanding debt obligation security instruments of the United States Federal Government, thereby establishing <u>perpetual debt obligations of</u> the United States Federal Government.

12 C.F.R. Appendix A, Section II(A)(3)(c)(2) to Part 225, <u>Capital Adequacy Guidelines for Bank Holding Companies:</u> <u>Risk-Based Measure</u>; establish that the <u>Board of Governors</u> <u>of the Federal Reserve System are authorized to establish</u> <u>criteria for perpetual debt</u>, and mandatory convertible debt secrities.

**DECLARATORY JUDGMENT DEMANDED FOR QUESTION 17:**

It is therefore Declared that tendering a commercial security debt instrument issued by or on behalf of the United States Federal Government to pay or redeem commercial security debt instruments of the United States Federal Government, does <u>not</u> reduce the debt of the United States

Federal Government, incurred by the issuance and sale of commercial debt instruments to the holders of such debt instruments.

QUESTION 18:

Does the issuance of "Federal Reserve Notes" as commercial security debt instruments of the United States Federal Government, with interest, establish a debt obligation of the United States Federal Government to the holder of "Federal Reserve Notes," equal to the face value of the Notes, plus interest?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 18:

The provisions of Article I, Section 8, Clause 2, Power of Congress to Borrow Money; vest the several states of the Union in Congress with the Power to borrow Money on the credit of the United States, to wit:

"The Congress shall have Power ... To borrow Money on the credit of the United States."

The Act of Congress evidenced at 31 U.S.C. §3101 et seq., Public Debt Limit, established that the several states of the Union in Congress carried into execution by legislation the Power vested at Article I, Section 8, Clause 2, as required by Article I, Section 8, Clause 18.

The Act of Congress evidenced at 31 U.S.C. §3103, Notes;

-163-

established the authority to borrow Money on the credit of
the United States, requiring the issuance of "notes" of
the [United States Federal] Government for the amounts
borrowed.

The Act requires that the United States Federal
Government must actually receive a loan of Money in exchange
for the issuance of notes of the Government, before such
notes can be delivered to the lender, or holder of the
obligation of the United States Federal Government.

There is no evidence that the United States Federal
Government received a loan of any Money at any time from
the Federal Reserve Banks prior to the issuance and delivery
of the Federal Reserve Notes to the Federal Reserve Banks.

Notwithstanding the lack of evidence that the United
States Federal Government received a loan of Money from
the Federal Reserve Banks prior to the issuance and delivery
of Federal Reserve Notes to the Federal Reserve Banks for
all debt obligation security instruments issued by the
United States Federal Government as identified by the Act
of Congress evidenced at 18 U.S.C. §8, Obligation or Other
Security of the United States Defined; assuming the holders
actually loaned Money to the United States Federal Government
equal to the face value of the debt obligation security
instrument, the United States Federal Government has an
obligation to repay the obligation to the holder, with

-164-

interest, upon presentment of the debt instrument for
redemption; equal to the face value and interest of the
instrument tendered, which includes but is not limited
to Federal Reserve Notes.

Once again, understanding that outstanding debt
obligation securities being held by holders as creditors
represent Money borrowed by the United States Federal
Government pursuant to the Authority of Article I, Section
8, Clauses 2 and 18; and the Act of Congress evidenced
at 31 U.S.C. §3101 et seq., Public Debt Limit; the Act
of Congress evidenced at 31 U.S.C. §3123, Payment of Obligations
and Interest on the Public Debt; established the requirement
for the United States Federal Government to pay the principal
and interest on the obligation of the Government issued
under the Act of Congress evidenced at 31 U.S.C. §3101
et seq., to wit:

31 U.S.C. §3123 [in pertinent part]:

"(a)  The faith of the United States Government is
pledged to pay, in legal tender, principal and interest
on the obligations of the Government issued under this
chapter [31 U.S.C. §3103 et seq.]." (emphasis added).

"(b)  The Secretary of the Treasury shall pay interest
due or accrued on the public debt.  As the Secretary considers
expedient, the Secretary may pay in advance interest on
the public debt by a period of not more than one year,

with or without a rebate of interest on the coupons.

Federal Reserve Notes, as United States notes, are issued under the authority pursuant to the Acts of Congress evidenced at 31 U.S.C. §3103, Notes; and 12 U.S.C. §411, Issuance to Reserve Banks; Nature of Obligation; Redemption; and are redeemable exclusively in Lawful Money of the United States.

Had the Federal Reserve Banks actually loaned the United States Money in exchange for the Federal Reserve Notes, the provisions of the Act of Congress evidenced at 31 U.S.C. §3123(a) [see above] require the United States Government to pay, in legal tender, the face value of the Federal Reserve Notes plus interest to the Federal Reserve Banks upon presentment for redemption.  Since Federal Reserve Notes can be redeemed only in Lawful Money of the United States Federal Government, Federal Reserve Notes are not lawful money, as Lawful Money cannot be a debt obligation security instrument of the United States Federal Government. Paying outstanding obligations of the United States Federal Government with obligations of the United States Federal Government constitutes the refinancing of the public debt, not payment.

**DECLARATORY JUDGMENT DEMANDED FOR QUESTION 18:**

It is therefore Declared that the issuance of "Federal Reserve Notes" establish an obligation of the United States

-166-

Federal Government, with interest, if Money was received

as a loan by the United States Federal Government in exchange

for the issuance of Federal Reserve Notes, equal to the

face value of the Notes, plus interest.

QUESTION 19:

Did the enactment of the "Federal Reserve Act of 1913,"

establish an ongoing, progressive debt of the United States,

without the United States Federal Government receiving

an actual loan of "Money," thereby violating the provisions of

Article I, Section 8, Clause 2 of the Constitution for

the United States of America?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 19:

The provision of Article I, Section 8, Clause 2, Power

of Congress to Borrow Money; vests the several states of

the Union with the Power to borrow Money on the credit

of the United States, to wit:

"The Congress shall have Power ... To borrow Money

on the credit of the United States."

The Act of Congress evidenced at 31 U.S.C. §3101 et

seq., Public Debt Limit; established that the several states

of the Union in Congress, carried Article I, Section 8,

Clause 2 into execution, as required by Article I, Section

8, Clause 18.

The Act of Congress evidenced at 31 U.S.C. §3103, Notes; authorizes the United States Federal Government to issue notes in an amount equal to the Money borrowed, to wit:

"(a)  With the approval of the President, the Secretary of the Treasury may borrow on the credit of the United States Government amounts necessary for expenditures authorized by law and may issue notes of the Government for the amounts borrowed and may buy, redeem, and make refunds under Section 3111 of this title [31 U.S.C. §3111, New Issue Used to Buy, Redeem, or Refund Outstanding Certificates]..."

The Act of Congress evidenced at 31 U.S.C. §3111 [shown above] allows all debt obligations of the United States Federal Government to be refinanced with new debt obligation security instruments, creating a perpetual debt, to wit:

"An obligation may be issued under this chapter [31 U.S.C. §3101 et seq.] to buy, redeem, or refund, at or before maturity, outstanding bonds notes, certificates of indebtedness, Treasury Bills, or savings certificates of the United States Government..."

The Act of Congress evidenced at 12 U.S.C. Chapter 3, Federal Reserve System, also known as the "Federal Reserve Act of 1913," specifically and particularly 31 U.S.C. §411, Federal Reserve Notes: Issuance to Reserve Banks; Nature of Obligation; Redemption; provides for the issuance of

-168-

debt obligation security instruments in the nature of "Federal Reserve Notes," to wit:

"Federal reserve notes, to be issued at the discretion of the Federal Reserve Board [Board of Governors of the Federal Reserve System] for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized.  The said notes shall be [debt] obligations of the United States[,] and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues.  They shall be redeemed in Lawful Money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal reserve bank."

A review of the Act of Congress evidenced at 12 U.S.C. §411 reveals that the Federal Reserve Banks receive redeemable debt obligation securities of the United States Federal Government without cost.

In light of the Act of Congress evidenced at 31 U.S.C. §3111, providing that any obligation of the United States Federal Government in the nature of outstanding bonds, notes, certificates of indebtedness, Treasury Bills, or savings certificates of the United States Government can be purchased, redeemed or refunded with obligations [i.e.: notes, which includes Federal Reserve Notes], as evidenced

at 18 U.S.C. §8, Obligation or Other Security of the United States Defined]; the Federal Reserve Banks have the ability to buy all outstanding debt obligations of the United States without cost, making the Federal Reserve Banks the sole creditor of the United States Federal Government.

A review of the Constitution for the United States of America reveals that no Power exists vesting the several states of the Union in Congress with any Power to establish perpetual, ongoing, progressive debt of the United States, by issuing redeemable debt securities of the United States Federal Government in the nature of United States notes, which include Federal Reserve Notes, without cost to the holder.

The "Federal Reserve Act of 1913," which established a perpetual, progressing debt of the United States, without the United States Government receiving an actual loan of "Money," which violates the provisions of Article I, Section 8, Clause 2, and is a result of the practice of taking the text of Article I, Section 8, Clause 18: "The Congress shall have the Power ... To make all Laws which shall be necessary and proper ..." out of context of Article I, Section 8, Clause 18, to create the legal fiction of a "Nineteenth Power" [or an imaginary Clause 19] of unlimited legislative authority to alter, amend, or create any Power deemed "necessary and proper" by members of Congress through legislation, crearting the fiction of unlimited Federal Power,

that makes the "Federal Reserve Act of 1913" a clear violation of the Constitution at best, and sedition, tyranny, and despotism at worst.

**DECLARATORY JUDGMENT DEMANDED FOR QUESTION 19:**

It is therefore Declared that the enactment of the "Federal Reserve Act of 1913" established a perpetual, progressive debt of the United States, without the United States Federal Government receiving an actual loan of "Money."

It is further Declared that the "Federal Reserve Act of 1913" violates the provisions of Article I, Section 8, Clause 2 of the Constitution for the United States of America, rendering the "Federal Reserve Act of 1913" **NULL AND VOID AB INITIO.**

**QUESTION 20:**

Did the enactment of the "Federal Reserve Act of 1913" substitute commercial security debt instruments in place of a Public Monetary System, thereby violating the provisions of Article I, Section 8, Clause 5 of the Constitution for the United States of America?

**BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 20:**

The Provisions of Article I, Section 8, Clause 5, Coinage, Weights and Measures; vest power in the several states of the Union to establish a Public Monetary System,

-171-

to wit:

"The Congress shall have the Power ... To coin Money,
regulate the Value thereof, and of foreign Coin, and fix the
Standard of Weights and Measures."

The Acts of Congress evidenced at 31 U.S.C. §5101,
Decimal System; 31 U.S.C. §5102, Standard Weight; 31 U.S.C.
§5111, Minting and Issuing Coins, Medals, and Numismatic
Items; 31 U.S.C. §5112, Denominations, Specifications, and
Design of Coins; and 31 U.S.C. §5113, Tolerances and Testing
of Coins; evidenced that the several states of the Union
in Congress carried into execution by legislation the Power
vested by Article I, Section 8, Clause 5, to establish
a Public Monetary System, as required by Article I, Section
8, Clause 18.

The Acts of Congress evidenced at 31 U.S.C. §5101,
31 U.S.C. §5102, 31 U.S.C. §5111, 31 U.S.C. §5112, and 31
U.S.C. §5113, establish a monetary system based on gold
and silver coin.

The Act of Congress evidenced at 31 U.S.C. §5114,
Engraving and Printing Currency and Security Documents;
establishes the authority to produce United States Currency;
[i.e.: Bills of Credit].

The Act of Congress evidenced at 31 U.S.C. §5118,
Gold Clauses and Consent to Sue; established that United

States currency is <u>not an obligation debt security instrument</u> of the United States Federal Government, to wit:

31 U.S.C. §5118(d)(1):   "In this subsection, "obligation" means any obligation (except United States currency) payable in United States Money."

The Act of Congress evidenced at 18 U.S.C. §8, <u>Obligation or Other Security of the United States Defined</u>; identifies the obligations and securities which establish the debt obligations of the United States as follows, to wit:

"The term "obligation or other security of the United States" includes [and is limited to] all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for Money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps." (emphasis added).

United States currency <u>is not included</u> as an obligation or security.   Therefore, like gold and silver coin, United States currency is not subject to redemption or repayment, <u>because United States currency is United States Money</u>.

-173-

The provisions of the Act of Congress evidenced at 31 U.S.C. §5103, Legal Tender; identifies legal tender as follows:

United States coins and currency are legal tender for all debts, public charges, taxes, and dues.  Foreign gold or silver coins are not legal tender for debts."

The 1983 Amendment to the Act inserted "Public charges, taxes, and dues," because they are not considered to be debts.  [See: Hagar v. Reclamation District No. 108, 28 L.Ed. 569, 111 U.S. 701, 706 (1884)].

The provisions of the Act of Congress evidenced at 31 U.S.C. §5103, establish that the Lawful Money of the United States is comprised of gold and silver coin and United States currency, which are not redeemable debt instruments of the United States Federal Government.

Since consideration in commercial transactions does not involve debt, but rather an equal value exchange of consideration; and since the Acts of Congress evidenced at 31 U.S.C. §5118, Gold Clauses and Consent to Sue; and 31 U.S.C. §5119, Redemption and Cancellation of Currency; prohibit United States gold coin to be used in commercial transactions, and prohibit redemption of United States currency in gold; and since United States currency is not a debt obligation of the United States payable in United States Money, and therefore not subject to redemption

-174-

pursuant to 31 U.S.C. §5118(d)(1) and 18 U.S.C. §8; if
United States currency were available in circulation, United
States currency could be tendered as consideration in all
transactions, public and private.

A review of the Federal Reserve Act of 1913, evidenced
at the Act of Congress further evidenced at 12 U.S.C. Chapter
3, Federal Reserve System; and specifically and particularly
at 31 U.S.C. §411, Federal Reserve Notes: Issuance to Reserve
Banks; Nature of Obligation; Redemption; established that
Federal Reserve Notes are debt obligations of the United
States Federal Government, redeemable exclusively in Lawful
Money, which is identified by the Act of Congress evidenced at
31 U.S.C. §5103, Legal Tender; as United States coins and
[United States] currency, to wit:

31 U.S.C. §411:  "Federal reserve notes, to be issued
at the discretion of the Federal Reserve Board [Board of
Governors of the Federal Reserve System] for the purpose
of making advances to Federal reserve banks through the
Federal reserve agents as hereinafter set forth and for
no other purpose, are hereby authorized.  The said notes
shall be obligations of the United States and shall be
receivable by all national and member banks and Federal
reserve banks and for all taxes, customs, and other public
dues.  They [Federal Reserve Notes] shall be redeemed in
Lawful Money [United States Money] on demand at the Treasury
Department of the United States, in the city of Washington,

District of Columbia, or at any Federal reserve bank."
(emphasis added).

Pursuant to the Act of Congress evidenced at 12 U.S.C.
§411, Federal Reserve Notes are issued for the sole purpose
as advanced to Federal Reserve Banks; and Federal Reserve
Notes are debt obligations of the United States Federal
Government, which are redeemable exclusively in Lawful
Money [United States Money].   Therefore, Federal Reserve
Notes are not Lawful Money [United States Money].

In addition, pursuant to the Act of Congress evidenced
at 12 U.S.C. §411, Federal Reserve Notes can only be received
for taxes, customs, and other public dues: all non-debt
obligations to the United States Federal Government.   Nothing
in the Act of Congress evidenced at 12 U.S.C. §411 authorized
Federal Reserve Notes to be tendered to pay debt, as that
would be paying debt with debt, which is nothing more than
refinancing a debt.

The Act of Congress evidenced at 31 U.S.C. §3108,
Prohibition Against Circulation Privilege; provides that
obligations of the United States Federal Government issued
under the Acts of Congress evidenced at 31 U.S.C. §3102,
Bonds; 31 U.S.C. §3103, Notes; 31 U.S.C. §3104(a)(1),
Certificates of Indebtedness and Treasury Bills; 31 U.S.C.
§3105, Savings Bonds and Savings Certificates; 31 U.S.C.
§3106, Retirement and Savings Bonds; and 31 U.S.C. §3107,

-176-

Increasing Interest Rates and Investment Yields on Retirement Bonds; may not bear the circulation privilege.  The obligations identified include United States Bonds, United States Notes [which includes Federal Reserve Notes]; Certificates of Indebtedness; Savings Bonds and Savings Certificates; and Retirement and Savings Bonds; which cannot be circulated as currency, because they are all debt.

The Acts of Congress evidenced at 12 U.S.C. §441 through §448 regarding Circulating Notes and Bonds Securing Same; establishes that said Acts of Congress evidenced at 12 U.S.C. §441 through §448 have all been omitted as obsolete.

There is no evidence of any provision of the Constitution of the United States vests any Power in the several states of the Union in Congress to establish debt instruments of the United States as United States Money, or to make debt obligation securities of the United States as Tender for the payment of any public debt; and there exists no evidence of any law, whereby the several states of the Union in Congress ever attempted to substitute commercial security debt instruments in place of a public monetary system comprised of United States Money consisting of United States coin and United States currency.

That said, the Lawful United States Money consisting of United States coin and United States currency has, in fact, been substituted by debt obligation security instruments

-177-

of the United States Federal Government, primarily in the nature of "Federal Reserve Notes" that are subject to redemption exclusively in Lawful Money of the United States, meaning United States coin or United States currency.  Thus, <u>Federal Reserve Notes are not Lawful Money:  Federal Reserve Notes are neither United States coin, nor United States currency</u>.

The text found in the Act of Congress evidenced at 31 U.S.C. §5103, as it reads now, states to wit:

<u>Legal Tender</u>:  "United States coins and currency (including Federal reserve notes and circulating notes of Federal reserve banks and national banks) are legal tender for all debts, public charges, taxes, and dues.  Foreign gold or silver are not legal tender for debts.

It must be understood that the text in parentheses "(including Federal reserve notes and circulating notes of Federal reserve banks and national banks)," while inserted in the United States Code, which is nothing but evidence of the actual law enacted by the several states of the Union in Congress [See: 1 U.S.C. §204, <u>Codes and Supplements as Evidence of the Laws of the United States and District of Columbia; Citation of Codes and Supplements</u>]; this indicates that the text in parentheses was included in the text of the Code at 31 U.S.C. §5103, refers to debt obligation security instruments of the United States Federal Government, and debt obligation security instruments of the Federal Reserve

-78-

Banks and national banks who are Private Corporate Citizens of the states wherein they have been incorporated, secured by the United States Federal Government.

However, this inclusion in the text of the Code creates the false assumption that the several states of the Union in Congress substituted debt obligation security instruments in the nature of Federal Reserve Notes and circulating notes of the Federal Reserve Banks and national banks for United States coin and United States currency, by and through legislation.

Since Federal Reserve Notes and circulating notes of Federal Reserve Banks and national banks can be redeemed only in United States coin and United States currency, Federal Reserve Notes and circulating Notes of the Federal Reserve banks and national banks are not United States coin nor United States currency, and therefore not legal tender, regardless of what is imprinted on the face of the notes.

The legal fiction created by including the text of 31 U.S.C. §5103 in parentheses, (including Federal Reserve Notes and circulating notes of Federal Reserve Banks and national banks), that Congress has the Power, by legislation, to make debt obligation security instruments a substitute for Money under Article I, Section 8, Clause 5, Coinage, Weights and Measures; is due to the practice of taking Article I, Section 8, Clause 18, All Necessary and Proper

Laws; ["The Congress shall have the Power ... To make all Laws which shall be necessary and proper **for** carrying into Execution the foregoing Powers ...] (emphasis added on the word **for**) out of context, creating a legal fiction of a "Nineteeth Power" or "an Imaginary Clause 19" of unlimited legislative authority to alter, amend, or create <u>any</u> Power deemed "necessary and proper" by the members of Congress; thereby creating the fiction of unlimited Federal Power; in turn creating the appearance in 31 U.S.C. §5103, <u>Legal Tender</u>; that debt obligation security instruments of the United States or secured by the United States in the nature of Federal Reserve Notes and circulating notes of the Federal Reserve Banks and national banks are Legal Tender when they clearly are not; thus violating the Constitution at best, and engaging in sedition, tyranny and despotism at worst.

Substituting debt obligation security instruments in the nature of Federal Reserve Notes for lawful United States coin and United States currency and putting such notes into circulation; passing off said notes as currency, <u>makes it impossible for the United States to redeem any debt</u>.  The United States Federal Government and state government are solely limited to only refinancing public debt.

While Federal Reserve Notes may have the physical form and aspect of "currency" in substance, <u>Federal Reserve Notes are debt obligation of the United States, not Lawful Money or legal tender</u>.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 20:

It is therefore Declared that the enactment of the Federal Reserve Act of 1913 did <u>not</u> authorize debt obligation security instruments of the United States in the nature of Federal Reserve Notes to substitute for lawful United States coin or United States currency.

It is further Declared that the enactment of the Federal Reserve Act of 1913 required the debt obligation security instruments of the United States in the nature of Federal Reserve Notes to be redeemed <u>only</u> in Lawful Money, which is identified by the Act of Congress evidenced at 31 U.S.C. §5103, <u>Legal Tender</u>, as United States coin and United States currency.

It is further Declared that the debt obligation security instruments of the United States established by the Federal Reserve Act of 1913 in the nature of Federal Reserve Notes, is <u>not</u> United States coin or United States currency, or Lawful Money or legal tender of the United States.

QUESTION 21:

Is the debt claimed by the issuance of "Federal Reserve Notes" null and void, and thus a false claim against the United States?

//

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 21:

The provisions of Article I, Section 8, Clause 2 of the Constitution for the United States of America, Power of Congress to Borrow Money; authorizes the several states of the Union in Congress to borrow Money on the credit of the United States, to wit:

"The Congress shall have the Power ... To borrow Money on the credit of the United States."

The Act of Congress evidenced at 31 U.S.C. §3101, Public Debt Limit, evidence that the several states of the Union in Congress carried into execution by and through legislation, the Power vested by Article I, Section 8, Clause 2, as required by Article I, Section 8, Clause 18.

The provisions of Article I, Section 8, Clause 5 of the Constitution for the United States of America, Coinage, Weights and Measures; authorize the several states of the Union in Congress to establish United States Money, to wit:

"The Congress shall have the Power ... To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures."

The Acts of Congress evidenced at 31 U.S.C. §5101, Decimal System; 31 U.S.C. §5102, Standard Weight; 31 U.S.C. §5111, Minting and Issuing Coins, Medals, and Numismatic Items; 31 U.S.C. §5112, Denominations, Specifications, and Design

-182-

of Coins; and 31 U.S.C. §5113, Tolerances and Testing of Coins; evidence that the several states of the Union in Congress, carried into execution the Power by and through legislation vested by Article I, Section 8, Clause 5; and Article I, Section 10, Clause 1, Powers Denied States -- Treaties -- Money -- Ex Post Facto Laws -- Obligation of Contracts; to coin United States Money of gold and silver coin to be tendered for public debt, as required by Article I, Section 8, Clause 18.

Furthermore, the Acts of Congress evidenced at 31 U.S.C. §5114, Engraving and Printing Currency and Security Documents; and 31 U.S.C. §5103, Legal Tender; evidence that the several states of the Union in Congress, by and through legislation, carried into execution the Power vested by Article I, Section 8, Clause 5, to establish United States Money to be used in general commerce in the nature of United States coin and United States currency, as required by Article I, Section 8, Clause 18.

The several states of the Union in Congress, in fact established two distinct monetary systems.

Neither form of Money, whether United States gold and silver coin, nor United States coin and United States currency [Bills of Credit], establish any form of debt obligation of the United States.  Thus, United States Money is United States gold and silver coin, to be tender for public debts and settlement in international trade; and United States coin [not necessarily minted exclusively of gold and silver],

-183-

and United States currency to be used as consideration in commercial transactions both public and private; as such transactions do not involve debt, but rather equal value exchange of consideration.  The value of United States coin and United States currency as United States Money, once in circulation, is permanently based on the value of all goods, services and labor exchanged in consideration for United States coins and United States currency.  Once in circulation, United States coin and United States currency remain in circulation as United States Money, as United States Money is the Lawful Money which is the medium of exchange for redeeming debt obligations of the United States.  Thus, Lawful Money is not subject to redemption, as Lawful Money is not a debt obligation of the United States.

The provisions of 12 C.F.R. §229.2(h) defines cash:

(h)  "Cash means United States coins and currency."

31 C.F.R. §202.1, Scope of Regulations, identifies public money as follows, to wit:

" ... Public Money includes, but is not limited to, revenue and funds of the United States, and any funds the deposit of which is subject to the control or regulation of the United States or any of its officers, agents, or employees..."

Public Money is the value on deposits of funds available

-184-

to the government for official expenditures, which includes funds received for deposit.

The Act of Congress evidenced at 31 U.S.C. §3103, Notes, establishes the procedure for borrowing Money on the credit of the United States in exchange for notes [United States Notes], as follows, to wit:

"(a)  With the approval of the President, the Secretary of the Treasury may borrow on the credit of the United States Government amounts necessary for expenditures authorized by law and may issue notes of the Government for the amounts borrowed and may buy, redeem, and make refunds under Section 3111 of this title [31 U.S.C. §3111, New Issue Used to Buy, Redeem, or Refund Outstanding Obligations].  The Secretary may prescribe conditions under Section 3121 of this title [31 U.S.C. §3121, Procedure].  Notwithstanding Section 3121 (a)(5) of this title [31 U.S.C. §3121(a)(5), "The dates for paying principal and interest"]."

The amount of interest rate to be paid by the United States to the holder of the note is determined by the Secretary of the Treasury, and the procedure for redemption of the note.

For the United States to establish a debt obligation to Federal Reserve Banks as the original holder of Federal Reserve Notes, the Federal Reserve Banks would be required to physically give the United States Federal Government money in the nature of United States gold and silver coin;

-185-

or United States coin and/or currency [Bills or Credit];
or private currency in the nature of Federal Reserve Bank
Checks, cashier's checks, money transfers, etc., drawn against
the accounts of the Federal Reserve Banks, to be deposited
in the accounts of the United States Federal Government
as Public Money to be later used for expenditures.

However, at no time do Federal Reserve Banks give
even one dollar to the United States Federal Government
to be deposited on the accounts of the United States Government
as Public Money to be later used for expenditures.

However, a review of the Federal Reserve Act of 1913,
evidenced at 12 U.S.C. Chapter 3, Federal Reserve System,
specifically and particularly 12 U.S.C. §411, Federal Reserve
Notes: Issuance to Reserve Banks; Nature of Obligation;
Redemption; reveals that Federal Reserve Notes are issued
to Federal Reserve Banks: private Corporate Citizens of
the state where they are incorporated, without requiring
Federal Reserve Banks to loan the United States Federal
Government a single dollar of United States Money in the
nature of United States gold coin and/or silver coin; United
States coin and/or United States currency [Bills of Credit]; or
private currency of the Federal Reserve Banks in the nature
of  Federal bank checks, cashier's checks, money transfers,
and the like, drawn against the accounts of the Federal
Reserve Banks. Therefore, no funds are received by the
Federal Government to be deposited as public money to be

used for expenditures.

Even though Federal Reserve Banks receive Federal Reserve Notes without loaning the United States Federal Government a single penny, the Act of Congress evidenced at 12 U.S.C. §411 mandates that Federal Reserve Notes are debt obligation securities of the United States Federal Government, equal to the face value plus interest of the Federal Reserve Note, that can only be paid by the United States in Lawful Money which includes and is limited to United States gold and silver coin, United States coin, or United States currency.

Additionally, the Act of Congress evidenced at 31 U.S.C. §3111, New Issue Used to Buy, Redeem, or Refund Outstanding Obligations; allows the Federal Reserve Banks as holders of Federal Reserve Notes secured without costs, to buy, redeem, or refund, at or before maturity, outstanding bonds, notes, certificates of indebtedness, Treasury Bills, or savings certificates of the United States Federal Government without cost, making Federal Reserve Banks the holder in due course of debt obligations of the Federal Government of the United States, equal to the face value and interest of said obligations of the United States Federal Government.

The "Fiction of Debt" of the United States Federal Government to the Federal Reserve Banks, without having

-187-

borrowed _any_ Money for the Federal Reserve Notes created

by the Federal Reserve Act of 1913, is a result of the

practice of taking the text of Article I, Section 8, Clause

18: ["The Congress shall have the Power ... To make all

Laws which shall be necessary and proper **for** carrying into

**Execution the foregoing Powers**"] out of context (emphasis

added on the word **"for"**), in order to create the legal fiction

of a "Nineteenth Power" [or Imaginary Clause 19] of unlimited

legislative authority to alter, amend, or create "any Power"

by and through legislation deemed "necessary and proper"

by the Members of Congress, thereby creating the fiction

of unlimited Federal Power by enactment of the Federal Reserve

Act of 1913, to create debt obligations of the United States

Federal Government by and through the issuance of Federal

Reserve Notes without any exchange of Money, which is a

clear violation of the Constitution for the United States

of America at best, and sedition, tyranny and despotism

at worst, **creating a False Claim of Debt Obligation by the**

**Federal Reserve Banks** or any other holder of Federal Reserve

Notes and obligations [i.e.: United States Notes, Bonds,

Certificates of Indebtedness, Treasury Bills, or Savings

Certificates of the United States Government], against the

United States Federal Government.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 21:

It is therefore Declared that the debt obligation

claimed against the United States Federal Government by

the issuance of "Federal Reserve Notes" to Federal Reserve banks is **NULL AND VOID.**

All claims by the Federal Reserve Banks, as holders of Federal Reserve Notes or obligations of the United States acquired with the exchange of Federal Reserve Notes, in the nature of United States Bonds, United States Notes, Certificates of Indebtedness, Treasury Bills, or Savings Certificates of the United States Federal Government, <u>are deemed False Claims of Debt against the United States Federal Government</u>.

QUESTION 22:

Does the presentment of a "Federal Reserve Note" for redemption in Lawful Money on demand at the Treasury Department of the United States Federal Government constitute a False Claim for payment?

**BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 22:**

The provisions of Article I, Section 8, Clause 2 of the Constitution for the United States of America, <u>Power of Congress to Borrow Money</u>; vest Power in the several states of the Union to borrow Money on the credit of the United States, to wit:

"The Congress shall have Power ... "To borrow Money on the credit of the United States."

The Act of Congress evidenced at 31 U.S.C. §3101, et seq., Public Debt Limit; evidences that the several states of the Union in Congress, carried into execution the Power vested by Article I, Section 8, Clause 2 by legislation, to borrow Money on the credit of the United States, as required by the provisions of Article I, Section 8, Clause 18, of the Constitution for the United States of America.

Before Money can be borrowed by the United States on the credit of the United States, Money had to be established. The provisions of Article I, Section 8, Clause 5, Coinage, Weights and Measures; vested Power in the several states of the Union in Congress to establish a uniform monetary system for the Union, to wit:

"Congress shall have the Power ... To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures."

The Acts of Congress evidenced at 31 U.S.C. §5101, Decimal System; 31 U.S.C. §5102, Standard Weight; 31 U.S.C. §5111, Minting and Issuing Coins, Medals, and Numismatic Items; 31 U.S.C. §5112, Denominations, Specifications, and Design of Coins; and 31 U.S.C. §5113, Tolerances and Testing of Coins; evidence that the several states of the Union in Congress, carried into execution the Power vested by Article I, Section 8, Clause 5, by legislation, to establish a uniform monetary system, and fulfill the requirement of

-190-

Article I, Section 10, Clause 1, <u>Powers Denied States --</u>
<u>Treaties -- Money -- Ex Post Facto Laws -- Obligation of</u>
<u>Contracts</u>; to make no "Thing but gold and silver Coin a
Tender in Payment of [Public] Debts," (emphasis added),
by establishing United States gold and silver coin, as required
by Article I, Section 8, Clause 18 of the Constitution for
the United States of America.

The Acts of Congress evidenced at 31 U.S.C. §5114,
<u>Engraving and Printing Currency and Security Documents</u>;
and 31 U.S.C. §5103, <u>Legal Tender</u>; evidence that the several
states of the Union in Congress carried out the Power vested
by Article I, Section 8, Clause 5 by legislation, to establish
a uniform monetary system, to be available for <u>non-debt</u>
<u>transactions</u>, including consideration in commerce and payment
of taxes, customs, and duties owed to both Federal and state
governments, in the nature of United States coin and United
States currency, as required by Article I, Section 8, Clause
18.

The Act of Congress evidenced at 31 U.S.C. §3103, <u>Notes</u>,
established the authority for the Secretary of the Treasury
to issue Notes of the Government of the United States for
the amount of Money borrowed on the credit of the United
States, to wit:

"(a)  With the approval of the President, the Secretary
of the Treasury may borrow on the credit of the United States

Government amounts necessary for expenditures authorized by law and may issue notes of the Government for the amounts borrowed ..."

The clear requirement for the issuing of notes establishing the obligation for the United States Federal Government to repay by redemption, is that the United States Federal Government receive an actual loan of money equal to the value of the Notes issued.

The Federal Reserve Act of 1913, evidenced at 12 U.S.C. Chapter 3, Federal Reserve System; specifically and particularly 31 U.S.C. §411, Federal Reserve Notes; authorized Federal Reserve Notes to be issued as redeemable obligations of the United States Federal Government, at the discretion of the Federal Reserve Board [Board of Governors of the Federal Reserve System], [not the Secretary of the Treasury nor involvement of the President]; to Federal Reserve Banks, private Corporate Citizens of the states in which they are incorporated, without the United States Federal Government ever receiving a single dollar of money equal to the value of Federal Reserve Notes issued, to wit:

"Federal reserve notes, to be issued at the discretion of the Federal Reserve Board [Board of Governors of the Federal Reserve System] for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby

1  authorized.  The said notes shall shall be obligations of

2  the United States and shall be receivable by all national

3  and member banks and Federal reserve banks and for all taxes,

4  customs, and other public dues.  They shall be redeemed

5  in lawful money on demand at the Treasury Department of

6  the United States, in the city of Washington, District of

7  Columbia, or at any Federal reserve bank."

8

9  Unlike notes issued under the provisions of the Act

10  of Congress evidenced at 31 U.S.C. §3103, Notes, for the

11  express purpose of borrowing Money on the credit of the

12  United States Federal Government, thus establishing a

13  redeemable obligation of the United States Federal Government

14  to repay the Money borrowed against the notes issued; Federal

15  Reserve Notes are issued not for borrowing any money on

16  the credit of the United States Federal Government, but

17  only for an advance to Federal Reserve Banks, establishing

18  a redeemable obligation of the United States Federal Government

19  to redeem said notes on demand in Lawful Money in the nature

20  of United States gold or silver coin, not in United States

21  coin or United States currency established as Legal Tender

22  primarily for non-debt transactions.

23  There exists no Constitutional authority for the several

24  states of the Union in Congress to establish unilateral

25  debt obligations of the United States Federal Government

26  by legislation by issuing debt obligation security instruments

27  without borrowing a single dollar from the holder: the Federal

28

Reserve Banks, private Corporate Citizens of the states where they are incorporated, on the credit of the United States, pledging Lawful Money in the nature of United States gold coin payable on presentment of Federal Reserve Notes for redemption to the holder of Federal Reserve Notes.

It cannot be overlooked that since Federal Reserve Notes are exclusively redeemable in Lawful Money, Federal Reserve Notes are neither Lawful Money nor Legal Tender, as Lawful Money and Legal Tender are not debt obligations of the United States, and therefore, not subject to redemption.

Since the United States at no time borrowed any Money from the Federal Reserve Banks in exchange for Federal Reserve Notes, the United States Federal Government incurred no debt obligation to redeem.

The enactment of the Federal Reserve Act of 1913, establishing by legislation the "appearance" of debt obligations of the United States by issuing redeemable Federal Reserve Notes to Federal Reserve Banks without borrowing any Money in exchange for Federal Reserve Notes issued, is a direct result of the practice of taking the text of Article I, Section 8, Clause 18: ["The Congress shall have the Power ... To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers"] out of context (emphasis added on the word "for"), in order to create the legal fiction of a "Nineteeth Power"

-194-

[or Imaginary Clause 19] of unlimited legislative authority

to alter, amend, or create "any Power" by and through

legislation deemed "necessary and proper" by the Members

of Congress, thereby creating the fiction of unlimited

Federal Power, is a <u>clear violation</u> of the Constitution

for the United States of America at best, and sedition,

tyranny and despotism at worst, <u>making the submission of</u>

<u>Federal Reserve Notes for Redemption in Lawful Money in</u>

<u>the nature of United States gold coin to the Treasury</u>

<u>Department of the United States Federal Government a False</u>

<u>Claim for Payment, as no obligation of the United States</u>

<u>to the holder of Federal Reserve Notes exists as a matter</u>

<u>of law.</u>

### DECLARATORY JUDGMENT DEMANDED FOR QUESTION 22:

It is therefore Declared that there exists no

Constitutional authority for the several states of the Union

to establish a debt obligation of the United States without

actually borrowing any Money on the credit of the United

States.

It is further Declared that since no Money is borrowed

on the credit of the United States in exchange for the issuance

of Federal Reserve Notes, there exists no debt obligation

of the United States Federal Government to repay.  Therefore,

any presentment of Federal Reserve Notes to the Treasury

Department of the United States for redemption in Lawful

Money of the United States is a False Claim for Payment.

QUESTION 23:

Does the Demand by Federal Reserve Banks and Member Banks for payment of principal and/or interest payments for "Federal Reserve Notes" held by the Federal Reserve Banks and Member Banks constitute a False Claim for Payment?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 23:

The provisions of Article I, Section 8, Clause 2, <u>Power of Congress to Borrow Money</u>; vests Power in the several states of the Union in Congress to borrow Money on the credit of the United States, to wit:

"The Congress shall have the Power ... To borrow Money on the credit of the United States."

The provisions of Article I, Section 8, Clause 5, <u>Coinage, Weights and measures</u>; vest Power in the several states of the Union in Congress to establish a uniform Public Monetary System for the Union, to wit:

"The Congress shall have the Power ... To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures."

The Act of Congress evidenced at 31 U.S.C. §3101, <u>Public Debt Limit</u>; evidences that the several states of the Union in Congress, carried into execution by legislation the Power vested by Article I, Section 8, Clause 2, to borrow Money

-196-

on the credit of the United States, as required by Article I, Section 8, Clause 18 of the Constitution for the United States of America; and:

The Acts of Congress evidenced at 31 U.S.C. §5101, Decimal System; 31 U.S.C. §5102, Standard Weight; 31 U.S.C. §5111, Minting and Issuing Coins, Medals, and Numismatic Items; 31 U.S.C. §5112, Denominations, Specifications, and Design of Coins; and 31 U.S.C. §5113, Tolerances and Testing of Coins; evidence that the several states of the Union in Congress, carried into execution by legislation, the Power vested by Article I, Section 8, Clause 5, to establish United States gold and silver coin, as required by Article I, Section 10, Clause 1, to make nothing but gold and silver coin a Tender in Payment of Debts, as required by Article I, Section 8, Clause 18 of the Constitution for the United States of America; and:

The Acts evidenced at 31 U.S.C. §5114, Engraving and Printing Currency and Security Documents; and 31 U.S.C. §5103, Legal Tender; evidence that the several states of the Union in Congress, carried into execution by legislation the Power vested by Article I, Section 8, Clause 5, to establish a uniform monetary system in the nature of United States coin [not necessary of gold or silver], and United States currency, to be tendered primarily for non-debt transactions such as consideration in commercial transactions and payment of taxes, customs and dues to the Federal and

-197-

state governments, as required by Article I, Section 8, Clause 18.

It must be understood that neither Lawful Money in the nature of United States gold and silver coin, nor Legal Tender in the nature of United States coin and United States currency, are obligations of the United States Federal Government. Thus, United States gold and silver coin and United States coin and United States currency is Money, and not subject to redemption, as are obligations of the United States Federal Government, as identified by the Act of Congress evidenced at 18 U.S.C. §8, <u>Obligation or Other Security of the United States Defined</u>.

In order for the United States Federal Government to establish debt obligations to be subject to repayment by redemption or otherwise, pursuant to Article I, Section 8, Clause 2 of the Constitution for the United States of America, and the Act of Congress evidenced at 31 U.S.C. §3101, et seq., the United States Federal Government must first borrow Money. The Federal Government then may issue debt obligation instruments as identified by the Act of Congress evidenced at 18 U.S.C. §8, equal to the amount of Money borrowed, which can be repaid by redemption, with the sole exception of Federal Reserve Notes. Federal Reserve Notes are issued exclusively under the Federal Reserve Act of 1913.

The debt obligation instruments identified by the Act of Congress evidenced at 18 U.S.C. §8, issued under 31 U.S.C. §3101, et seq., Public Debt Limit; evidence the Public Debt equal to the value of all outstanding debt obligation instruments.

The Act of Congress evidenced at 31 U.S.C. §3121, establish whether debt obligation instruments issued under the Acts of Congress evidenced at 31 U.S.C. §3102, Bonds; 31 U.S.C. §3103, Notes; and 31 U.S.C. §3104, Certificates of Indebtedness and Treasury Bills, are issued on an interest-bearing basis.

The Act of Congress evidenced at 31 U.S.C. §3123, Payment of Obligations and Interest on the Public Debt, establish the procedure to pay principal and interest on the obligations of the United States Federal Government issued under the Act of Congress evidenced at 31 U.S.C. §3101, et seq., Public Debt Limit; et seq., to wit:

31 U.S.C. §3123 [in pertinent part]:

(a)  The faith of the United States Government is pledged to pay, in legal tender [i.e.: United States coin and United States currency], principal and interest on the obligations of the Government issued under this chapter [31 U.S.C. §3101 et seq.]. (emphasis added).

(b)  The Secretary of the Treasury shall pay interest

-199-

due or accrued on the public debt.  As the Secretary considers
expedient, the Secretary may pay in advance interest on
the public debt by a period of not more than one year, with
or without a rebate of interest on the coupons.

Unlike obligations of the United States Federal Government
issued under the Act of Congress evidenced at 31 U.S.C.
§3101, et seq. with approval by the President and established
by the Secretary of the Treasury actually borrowing Money
on the credit of the United States subject to repayment
by redemption or otherwise; the Federal Reserve Act of 1913
evidenced at 12 U.S.C. Chapter 3, <u>Federal Reserve System</u>;
specifically and particularly 12 U.S.C. §411, <u>Federal Reserve
Notes</u>; Federal Reserve Notes are issued solely at the
discretion of the Federal Reserve Board [Board of Governors
of the Federal Reserve System], establishing a debt obligation
of the United States Federal Government, to be repaid
exclusively by redemption for Lawful Money, which means
United States gold and/or silver coin, <u>without borrowing
any Money on the credit of the United States</u>.

Under the provisions of the Act of Congress evidenced
at 31 U.S.C. §3111, <u>New Issue Used to Buy, Redeem, or Refund
Outstanding Obligations</u>; Federal Reserve Notes, as notes
issued under the authority of the United States to Federal
Reserve Banks by the Federal Reserve Board, without cost,
can in turn be used to buy outstanding obligations of the

-200-

United States Federal Government which are interest-bearing
without actual cost, by exchanging Federal Reserve Notes
for United States obligations issued under the authority
of 31 U.S.C. §3101 et seq.

As holders in due course of interest-bearing obligations
of the United States Federal Government acquired without
cost to the Federal Reserve Banks, under color [pretense]
of the Act of Congress evidenced at 31 U.S.C. §3123, Payment
of Obligations and Interest on the Public Debt; Federal
Reserve Banks can secure payment on the principal and interest
on the obligations so acquired, in United States coin and
United States currency; or simply secure an interest payment
due or accrued on said public debt, again paid in United
States coin and United States currency.

The Constitution for the United States of America does
not vest any Power to the several states of the Union in
Congress to create a debt by legislation, payable in Money
of the United States, without borrowing any Money on the
credit of the United States in order to create a basis for
such a debt.

While there is no question that upon receiving a loan
of Money on the credit of the United States to an original
holder under the Act of Congress evidenced at 31 U.S.C.
§3101, et seq., Public Debt Limit, this establishes a valid
debt obligation to the United States. However, the transfer

of ownership of such obligations to Federal Reserve Banks

in exchange for Federal Reserve Notes <u>does not establish</u>

<u>a valid debt obligation of the United States to the holder</u>

<u>of the Federal Reserve Notes</u>, as said notes were never issued

in exchange for a loan of Money on the credit of the United

States, which consequently and accordingly necessarily <u>negates</u>

any obligation of the United States Federal Government to

the Federal Reserve banks as holders in due course of said

debt obligation instruments issued under the Act of Congress

evidenced at 31 U.S.C. 3101, et seq.

By Congress [the House of Representatives and the Senate]
having gone through the motions of enacting legislation
of and with regard to the Federal Reserve Act of 1913,
transferring control of the Public Monetary System to Federal
Reserve Banks, who are private Corporate State Citizens
of the states where Federal Reserve Banks are incorporated,
established Federal Reserve Notes as debt obligations of
the United States to Federal Reserve Banks equal to the
face value of the Federal Reserve Notes, to be repaid
exclusively in Lawful Money, which is United States gold
and silver coin <u>without first borrowing a single dollar</u>
<u>of Money of the United States Federal Government to create</u>
<u>a valid debt obligation</u>, is a direct result of the practice
of taking the text of Article I, Section 8, Clause 18:
["The Congress shall have the Power ... To make all Laws
which shall be necessary and proper <u>for</u> carrying into Execution

-202-

the foregoing Powers"] out of context (emphasis added on

the word "for"), in order to create the legal fiction of

a "Nineteenth Power" [or Imaginary Clause 19] of unlimited

legislative authority to alter, amend, or create "any Power"

by and through legislation deemed "necessary and proper"

by the Members of Congress, thereby creating the fiction

of unlimited Federal Power by enactment of the Federal Reserve

Act of 1913, a clear violation of the Constitution of the

Constitution for the United States of America at best, and

sedition, tyranny and despotism at worst.

All demands of Federal Reserve Banks for payment on

principal and/or interest payments for "Federal Reserve

Notes" or for any United States obligation issued under

the Act of Congress evidenced at 31 U.S.C. §3101, Public

Debt Limit; acquired by the Federal Reserve Banks in exchange

for Federal Reserve Notes, is a False Claim of Payment

against the United States Federal Government.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 23:

It is therefore Declared that since no Money was borrowed

by the United States Federal Government from Federal Reserve

banks, member banks, or national banks, in exchange for

the issuance of Federal reserve Notes received by the Federal

Reserve Banks from the Federal Reserve Board of Governors,

no debt obligation of the United States Federal Government

is repayable by redemption in Lawful Money of the United States

-203-

It is further Declared that all debt obligations of the United States issued under the Act of Congress evidenced at 31 U.S.C. §3101 acquired by the Federal Reserve Banks, member banks, and national banks in exchange for Federal Reserve Notes, negates all obligations of the United States Federal Government to the Federal Reserve Banks, member banks, and national banks, as holders of said obligations issued under the Act of Congress evidenced at 31 U.S.C. §3101, et seq.

It is further Declared that all demands by the Federal Reserve Banks, member banks, and national banks, for payment of principal and/or interest for Federal Reserve Notes, and obligations of the United States Federal Government issued under the Act of Congress evidenced at 31 U.S.C. §3101, et seq., acquired by the Federal Reserve Banks, member banks, and national banks, is a False Claim for Payment against the United States Federal Government.

QUESTION 24:

Does establishing the "Federal Reserve Act of 1913" [December 23, 1913, Chapter 6; 38 Statute 251]; The "Banking Act of 1933 [June 16, 1933, Chapter 89, 48 Statute 162]; and the Banking Act of 1935 [August 23, 1935, Chapter 614, 49 Statute 684]; in violation of the Constitution of the United States of America; rendering the "Federal Reserve Act of 1913," the "Banking Act of 1933," and the "Banking Act of 1935," NULL AND VOID?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 24:

The Constitutional authority for the several states of the Union to make laws by legislation, by and through the Representatives and Senators of the respective states of the Union, is established at Article I, Section 8, Clause 18, which provides as follows, to wit:

"The Congress shall have the Power ... To make all Laws which shall be necessary and proper **for** carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof." (emphasis added).

The legislative authority vested in the several states of the Union in Congress to make laws, is for the express and limited purpose of carrying into execution the Powers specifically vested in the several states of the Union within Article I, Section 8, Clauses 1 through 17, and all other Powers vested by the Constitution in the Federal Government of the United States: Powers vested in the Executive Department and the Officers of the Executive Department; and the Judicial Department and the Officers of the Judicial Department, including but not limited to Federal Judges.

The provisions of Article I, Section 8, Clause 18, establish that **all** Federal Power vested by the Constitution for the United States of America in the United States of

- 205 -

America, remains dormant unless and until the several states of the Union in Congress, by and through express legislation, carry those Powers vested by the Constitution for the United States of America in the United States Federal Government into execution.

The provisions of Article I, Section 9, establish specific Powers prohibited to the Federal Government; and Article I, Section 10, establish specific Powers prohibited by the governments of the several states of the Union.

The provisions of the Tenth Amendment prohibit the creation of unwritten, implied, and self-executing/self-implementing Federal Powers created either by legislation, Executive Order, or Judicial Decree, as follows, to wit:

"The Powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the People."

There can be no question that all Powers delegated by the Constitution to the United States Federal Government must be expressed in writing, ratified by the People, and will remain dormant until carried into execution by the several states of the Union in Congress, pursuant to Article I, Section 8, Clause 18.

In order for the Federal Reserve Act of 1913, the Banking Act of 1933, and the Banking Act of 1935 to be

Constitutional, there must exist a specific Power vested

by the Constitution in the United States Federal Government

to establish by legislation, ongoing perpetual debt of

the United States Federal Government to private Corporate

banks, without borrowing any Money from said banks;

transferring control of the Public Monetary System to private

Corporate Banks; and substituting debt obligation security

instruments of the United States Federal Government for

debt-free United States coin and United States currency,

and United States gold and silver coin as Money.

Article I, Section 8, Clause 2 of the Constitution

for the United States of America, Power of Congres to Borrow

Money, establishes the Power to borrow Money on the credit

of the United States, to wit:

"The Congress shall have the Power ... To borrow Money

on the credit of the United States."

The Act of Congress evidenced at 31 U.S.C. §3101 et seq.,

Public Debt Limit; evidences that the several states of the

Union in Congress carried out into execution the Power

to borrow Money on the credit of the United States, as

required by Article I, Section 8, Clause 18.

The "Federal Reserve Act of 1913" evidenced at 12

U.S.C. Chapter 3, Federal Reserve System; specifically

and particularly 12 U.S.C. §411 et seq., Federal Reserve

Notes: Issuance to Reserve Banks; Nature of Obligation;

<u>Redemption</u>; describing "Federal Reserve Notes," as obligations of the United States Federal Government, are redeemable exclusively in Lawful Money of the United States, which is United States gold and silver coin, <u>not</u> legal tender in the nature of United States coin and United States currency as identified at the Act of Congress evidenced at 31 U.S.C. §5103, <u>Legal Tender</u>; and are <u>not</u> issued with approval of the President, nor by the Secretary of the Treasury, in an amount equal to the amount of Money borrowed on the credit of the United States.  Pursuant to the Act of Congress evidenced at 12 U.S.C. §411, Federal Reserve Notes are issued at the <u>sole discretion</u> of the Federal Reserve Board, comprised of the Board of Governors of the Federal Reserve System, for the sole purpose of making advances to Federal Reserve Banks through Federal Reserve Agents, <u>not for borrowing Money on the credit of the United States</u>.

There is <u>no evidence</u> of the existence of <u>any provision</u> of the Constitution for the United States of America, vesting <u>any Power</u> in the several states of the Union in Congress, <u>to establish by legislation an ongoing perpetual obligation to private Corporate Banks</u> of any other person, pledging Lawful Money of the United States by issuing debt obligation notes redeemable exclusively in Lawful Money in the nature of United States gold and silver coin, <u>without first borrowing Money on the credit of the United States</u>.

Thus, the Federal Reserve Act of 1913, establishing

debt obligations of the United States to Federal Reserve Banks by issuing redeemable Federal Reserve Notes without first borrowing Money on the credit of the United States, is a <u>violation</u> of Article I, Section 8, Clause 2; and Article I, Section 8, Clause 18, of the Constitution for the United States.

In order for the Government to borrow Money on the credit of the United States, the several states of the Union in Congress must first establish a Public Monetary System.

Article I, Section 8, Clause 5, <u>Coinage, Weights and Measures</u>; establish the Power to create a Public Monetary System, to wit:

"The Congress shall have the Power ... To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures."

The Acts of Congress evidenced at 31 U.S.C. §5101, <u>Decimal System</u>; 31 U.S.C. §5102, <u>Standard Weight</u>; 31 U.S.C. §5111, <u>Minting and Issuing Coins, Medals, and Numismatic Items</u>; 31 U.S.C. §5112, <u>Denominations, Specifications, and Design of Coins</u>; and 31 U.S.C. §5113, <u>Tolerances and Testing of Coins</u>; evidence that the several states of the Union in Congress are limited by Article I, Section 10, Clause 1, <u>Powers Denied States -- Treaties -- Money -- Ex Post Facto Laws -- Obligation of Contracts</u>; by and through legislation,

-209-

from making nothing but gold and silver coin a Tender in public debt; carried into execution the Power vested by Article I, Section 8, Clause 5, to establish Money in the nature of United States gold and silver coin as Tender for public debt.

The Acts of Congress evidenced at 31 U.S.C. §5103, Legal Tender; and 31 U.S.C. §5114, Engraving and Printing Currency and Security Documents; evidence that the several states of the Union in Congress carried into execution the Power vested at Article I, Section 8, Clause 5, to establish United States coin and United States currency [Bills of Credit], as Legal Tender for non-debt consideration in commercial transactions and non-debt payments of taxes, customs, and duties to be paid to the United States Federal Government; are not debt obligations of the United States Federal Government subject to repayment by redemption in United States Money; as United States gold and silver coin and United States coin and United States currency is Money of the United States, as recognized by the Acts of Congress evidenced at 31 U.S.C. §5118(d)(1), Gold Clauses and Consent to Sue; which states, to wit:

(d)(1)  "In this subsection, "obligation" means any obligation (except United States currency) payable in United States Money."

The "Federal Reserve Act of 1913" evidenced at 12

-210-

U.S.C. Chapter 3, Federal Reserve System, specifically and particularly 12 U.S.C. §413, Distinctive Letter and Serial Number of Notes; Cancellation of Notes Unfit for Circulation; Accounting; Apportionment of Credit Among Federal Reserve Banks; 12 U.S.C. §414, Authority of Board of Governors Respecting Issuance of Notes; Interest; Lien; and 12 U.S.C. §418, Printing of Notes; Denomination and Form; purport to authorize the production of Federal Reserve Notes, [a debt obligation instrument of the United States], for circulation as a substitute for non-debt United States gold and silver coin, and United States coin and United States currency.

However, the Acts of Congress evidenced at 12 U.S.C. §441 through §448 establish the provisions of the Federal Reserve Act authorizing circulation of Federal Reserve Notes as a substitute for Lawful Money of the United States in the nature of United States gold and silver coin, and United States coin and United States currency, have been omitted.

Furthermore, a review of the Act of Congress evidenced at 12 U.S.C. §101, et seq., Obtaining and Issuing Circulating Notes; evidence the Acts of Congress between 12 U.S.C. §101 and 12 U.S.C. §110, have been repealed. The Acts of Congress evidenced at 12 U.S.C. §121, 12 U.S.C. §122, 12 U.S.C. §123, 12 U.S.C. §124, 12 U.S.C. §125, 12 U.S.C. §126, and 12 U.S.C. §127, entitled: Redemption and Replacement of Circulating Notes; have all been repealed.

-211-

The Act of Congress evidenced at 12 U.S.C. §121a,

Redemption of Notes unidentifiable as to Bank of Issue;

which has not been repealed, is categorized under 12 U.S.C.

Chapter 2, National Banks, Subchapter: Redemption and

Replacement of Circulating Notes, provides to wit:

"Whenever any Federal Reserve bank notes or Federal

Reserve notes are presented to the Treasurer of the United

States for redemption and such notes cannot be identified

as to the bank of issue or the bank through which issued,

the Treasurer of the United States may redeem such notes

under such rules and regulations as the Secretary of the

Treasury may prescibe."

Additionally, the Act of Congress evidenced at 12

U.S.C. §122a, which has not been repealed, is categorized

under 12 U.S.C. Chapter 2, National Banks, Subchapter:

Redemption and replacement of Circulating Notes, is entitled:

Redeemed Notes of Unidentifable Issue; Funds Charged Against;

provides, to wit:

"Federal Reserve bank notes redeemed by the Treasurer

of the United States under this Act [12 U.S.C. §§121a and

122a] shall be charged against the balance of deposits

for the the retirement of Federal Reserve bank notes under

the provisions of Section 6 of the Act entitled "An Act

directing the purchase of silver bullion and the issue

of Treasury notes for other purposes," thereon, and approved

July 14, 1980 (U.S.C., Title 12, Section 122), and Section
18 of the Federal Reserve Act (U.S.C., Title 12, Section
445); and charges for Federal Reserve notes redeemed by
the Treasurer of the United States under this Act [12 U.S.C.
§§121a and 122a] shall be apportioned among the twelve
Federal Reserve banks as determined by the Board of Governors
of the Federal Reserve System."

It should be noted that Section 445 of the Federal
Reserve Act, evidenced at 12 U.S.C. Chapter 3, Section
445, has been omitted.

The Federal Reserve Act of 1913 at no time requires
Federal Reserve Banks, Federal Reserve Member Banks, or
national banks, to loan a single dollar to the United States
Federal Government in exchange for issuance of Federal
Reserve Notes establishing a redeemable obligation of the
United States Federal Government in silver bullion or Treasury
Notes as evidenced at 12 U.S.C. §121a and 12 U.S.C. §122a,
to Federal Reserve Banks.

It is clear that there was intent on the part of law-
makers to circulate Federal Reserve Notes, identified by
the Federal Reserve Act of 1913, evidenced at 12 U.S.C.
§411, Federal Reserve Notes: Issuance to Reserve Banks;
Nature of Obligation; Redemption; and 18 U.S.C. §8, Obligation
or Other Security of the United States Defined; as redeemable
obligations of the United States, as a substitute form

-213-

of "de facto currency," in place of debt-free United States
gold and silver coin and debt-free United States coin and
United States currency.   Since all obligations of the United
States Federal Government, if not refinanced, must be redeemed
in debt-free United States gold and silver coin, or United
States coin and United States currency; therefore the
obligations identified by the Act of Congress evidenced
at 18 U.S.C. §8, cannot be currency, Money, Legal Tender,
or Lawful Money of the United States Federal Government;
and therefore cannot be circulated as a "substitute currency"
for debt-free Money of the United States Federal Government.

There is no evidence of the existence at any provision
of the Constitution for the United States of America, vesting
any Power in the several states of the Union in Congress
by legislation, to put redeemable debt obligations of the
United States in the nature of "Federal Reserve Notes,"
in circulation as a substitute for debt-free, United States
gold or silver coin, and debt-free United States coin and
United States currency, obligating the United States Federal
Government to the Federal Reserve Banks for all transactions,
public and private, upon presentment for redemption of
Federal Reserve Notes, for debt-free Lawful Money of the
United States Federal Government.

Thus, the Federal Reserve Act of 1913, having put
redeemable debt obligations of the United States in the
nature of "Federal Reserve Notes" in circulation as a

-214-

substitute for debt-free United States gold or silver coin and debt-free United States coin and United States currency, is a <u>violation</u> of Article I, Section 8, Clause 5; Article I, Section 8, Clause 18; and the Tenth Amendment of the Constitution for the United States of America.

Finally, the provisions of Article I, Section 8, Clause 2; and Article I, Section 8, Clause 5; vest Power in the several states of the Union, in Congress, to borrow Money on the credit of the United States, and the Power to establish a uniform monetary system for the Union as a whole.

The Federal Reserve Act of 1913, evidenced at 12 U.S.C. Chapter 3, <u>Federal Reserve System</u>; evidenced at 12 U.S.C. Chapter 3, acts to transfer control of the Public Monetary System from the Legislative and Executive Departments of the United States Federal Government to Federal Reserve Banks, who are private Corporate Citizens of the states where the Federal Reserve Banks are incorporated.

There is <u>no evidence</u> of the existence of <u>any provision</u> of the Constitution for the United States of America, vesting <u>any Power</u> in the several states of the Union to transfer control of the Public Monetary System from the Legislative and Executive Departments of the United States Federal Government to Federal Reserve Banks who are private Corporate Citizens of the <u>states</u> where the Federal Reserve Banks are incorporated.  Thus, the Federal Reserve Act of 1913,

transferring control of the public monetary system from
the Legislative and Executive Departments to private Corporate
Banks, is a violation of Article I, Section 8, Clause 2;
Article I, Section 8, Clause 5; Article I, Section 8, Clause
18; and the Tenth Amendment of the Constitution for the
United States of America.

The enactment of the Federal Reserve Act of 1913,
the Banking Act of 1933, and the Banking Act of 1935,
establishing ongoing perpetual debt of the United States
Federal Government to private Corporate Banks; without
borrowing any Money from said Banks; transferring control
of the public monetary system from the Legislative and
Executive Departments of the United States Federal Government
to private Corporate Banks; and substituting redeemable
debt obligation instruments of the United States Federal
Government in the nature of Federal Reserve Notes, Federal
Reserve Bank Notes, and national bank notes as currency,
for debt-free United States gold and silver coin and United
States coin and United States currency [Bills of Credit]
as "de facto money" without a Constitutional basis for
doing so, is a result of the practice of taking the text
of Article I, Section 8, Clause 18, ["The Congress shall
have the Power ... To make all Laws which shall be necessary
and proper for carrying into Execution the foregoing Powers"]
out of context (emphasis added on the word "for"), in order
to create the legal fiction of a "Nineteenth Power" [or

-216-

Imaginary Clause 19] of umlimited legislative authority
to alter, amend, or create "any Power" by and through
legislation deemed "necessary and proper" by the Members
of Congress, thereby creating the fiction of unlimited
Federal Power, making the enactment of the "Federal Reserve
Act of 1913," the "Banking Act of 1933," and the "Banking
Act of 1935," a clear violation of the Constitution for
the United States of America at best, and sedition, tyranny,
and despotism at worst.

DECLARATORY JUDGMENT DEMANDED FOR QUESTION 24:

It is therefore Declared that the "Federal Reserve
Act of 1913," the "Banking Act of 1933," and the "Banking
Act of 1935," were enacted in violation of Article I, Section
8, Clause 2; Article I, Section 8, Clause 5; Article I,
Section 8, Clause 18; and the Tenth Amendment to the
Constitution for the United States of America, rendering
the "Federal Reserve Act of 1913," the "Banking Act of
1933," and the "Banking Act of 1935" unconstitutional,
and thus, NULL AND VOID.

QUESTION 25:

Are the "Federal Reserve Banks" and Member Banks,
as private corporations that are incorporated in any one
of the several states of the Union, Corporate Citizens
where the "Federal Reserve Banks" are incorporated and
doing busines?

-217-

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 25:

It is a matter of Public Record that the Federal Reserve Banks are private corporations, incorporated in the several states of the Union, as follows:

(1)    Federal Reserve Bank of New York is a private corporation of the State of New York;

(2)    Federal Reserve Bank of Boston is a private corporation of the state of Massachusetts;

(3)    Federal Reserve Bank of Philadelphia is a private corporation of the state of Pennsylvania;

(4)    Federal Reserve Bank of Richmond is a private corporation of the state of Virginia;

(5)    Federal Reserve Bank of Cleveland is a private corporation of the state of Ohio;

(6)    Federal Reserve Bank of Chicago is a private corporation of the state of Illinois;

(7)    Federal Reserve Bank of Atlanta is a private corporation of the state of Georgia;

(8)    Federal Reserve Bank of Dallas is a private corporation of the state of Texas;

(9)    Federal Reserve Bank of St. Louis is a private corporation of the state of Missouri;

(10)   Federal Reserve Bank of Minneapolis is a private corporation of the state of Minnesota;

(11)   Federal Reserve Bank of Kansas City is a private corporation of the state of Kansas; and:

(12)   Federal Reserve Bank of San Francisco is a private corporation of the state of Arizona.

Each Federal Reserve Bank has its own President, Officers, Board of Directors, and Shareholders.

Pursuant to the Act of Congress evidenced at 12 U.S.C. §321, Application for Membership; State Banks who are members of the Federal Reserve System, are private corporations of the states where they are incorporated.

Pursuant to the Act of Congress evidenced at 28 U.S.C. §1332, Diversity of Citizenship; Amount in Controversy; Costs; Section (c)(1) establishes that corporations are state citizens, to wit:

(c)   For the purpose of this Section and Section 1441 of this Title [28 U.S.C. §1441] --

(1)   a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business ..."

The Act of Congress evidenced at 1 U.S.C. §1, Words

-219-

Denoting Number, Gender, and So Forth; establishes that corporations are recognized as "persons" in Acts of Congress, to wit:

"In determining the meaning of any Act of Congress, unless the context indicates otherwise --

the words "person" and "whoever" includes [and is limited to] corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as individuals."

The Act of Congress evidenced at 12 U.S.C. §341, General Enumeration of Powers; establishes that all Federal Reserve Banks must file a certificate of incorporation with the Comptroller of the Currency, making it public record that the Federal Reserve Banks as private Corporate Citizens of the state where each Federal Reserve Bank is incorporated.

**DECLARATORY JUDGMENT DEMANDED FOR QUESTION 25:**

It is therefore Declared that "Federal Reserve Banks" and Member banks, as private corporations that are incorporated in one of the several states of the Union, are private Corporate Citizens where the "Federal Reserve Banks are incorporated and doing business.

**QUESTION 26:**

Are "Federal Reserve Banks" and Member Banks, as Corporate Citizens of any one of the several states of the

Union, also a Department and/or Agency of the United States Federal Government?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 26:

The provisions of the Constitution for the United States of America at Article I, Legislative Department; Article II, Executive Power; and Article III, Judicial Power, establish three primary Departments for three primary Departments for the United States Federal Government, identified as the Legislative Department/Branch; the Executive Department/Branch; and the Judicial Department/Branch.

The Act of Congress evidenced at 5 U.S.C. §101, Executive Departments, identifies the sub-Executive Departments. Federal Reserve Banks are not included as a sub-Executive Department.

The Act of Congress evidenced at 5 U.S.C. §103, Government Corporation, identifies [Federal] Government corporations, to wit:

"For the purpose of this Title [5 U.S.C. §101 et seq.] --

(1)  "Government corporation" means a corporation owned or controlled by the Government of the United States; and

(2)  "Government controlled corporation" does not include a corporation owned by the [Federal] Government of the United States. (emphasis added).

-221-

Federal Reserve Banks are privately owned and incorporated in the several states of the Union as Corporate Citizens of the State where they are incorporated, and are neither owned by the United States Federal Government nor controlled by the United States Federal Government.

Pursuant to the Act of Congress evidenced at 12 U.S.C. §301, Powers and Duties of Board of Directors; Suspension of Member Bank for Undue Use of Bank Credit; Federal Reserve Banks are subject to the supervision and control of the Federal Reserve Banks' Board of Directors, not the United States Federal Government, to wit:

"Every Federal reserve bank shall be conducted under the supervision and control of a board of directors."

Scott v. Federal Reserve Bank of Kansas City, 406 F.3d 532, 2005 U.S. App. LEXIS 7273 (8th Cir. 2005) (Federal Rule of Appellate Procedure 4(a)(1)(B)'s 60 day time limit for filing notice of appeal against federal government agency does not apply with regard to Federal Reserve Bank; 30 day time limit  set out in Federal Rule of Appellate Procedure 4(a)(1)(A) applies because (1) such banks are not independent federal establishments under 28 U.S.C. §451, Definitions; as they are private, independent entities run by their own board of directors rather than by Federal Reserve Board of Governors or another part of executive branch; (2) although Federal Government owns stock in Federal Reserve Banks and

-222-

1   has a proprietary interest in them, and although Federal
2   Reserve Banks act as Government's fiscal agent and all of
3   their [Federal Reserve Banks'] profits belong to the
4   Government, persons other than the Government, [including
5   international bankers] have a proprietary interest in Federal
6   Reserve banks, and the Government does not own, nor is it
7   the proprietor of such banks; Federal Reserve Banks
8   do not operate as any department, division, administration,
9   authority, or bureau of Federal Government, and their
10   employees work at-will, without protection from Federal
11   civil service rules; (4) although Federal Reserve Banks
12   further national fiscal policy, they do not have authority
13   to promulgate regulations having force and effect of law,
14   as that non-delegable power had been given exclusively to
15   the Federal Reserve Board of Governors; (5) Federal Reserve
16   Banks are capable of suing and being sued in their own
17   capacities without consulting with, or being represented
18   by, Federal Government; and (6) no statute designates Federal
19   Reserve banks as Federal Agencies).

20
21      The Act of Congress evidenced at 12 U.S.C. §341, General
22   Enumeration of Powers of Federal Reserve Banks; recognizes
23   the corporate powers of the Federal Reserve Banks as private
24   Corporate Citizens of the states where the Federal Reserve
25   Banks are incorporated, and specifically, the power to sue
26   or be sued, to wit:

27      "Upon the filing of such [the organization] certificate
28

-223-

with the Comptroller of the Currency as aforesaid a Federal Reserve Bank shall become a body corporate and as such, and in the name designated in such organization certificate, shall have power --

Fourth:  **To sue and be sued, complain and defend, in any court of law or equity**.

Thus, Federal Reserve Banks have standing to be named as a proper party defendant in the instant action, and are **not** a Department or Agency of the United States Federal Government.

**DECLARATORY JUDGMENT DEMANDED FOR QUESTION 26:**

It is therefore Declared that the "Federal Reserve Banks," "Branch Federal Reserve Banks," and "Member Banks" as private Corporate Citizens of the states where they are incorporated, are **not** departments, commissions, administration, authority, bureaus, or agencies of the United States Federal Government.

**QUESTION 27:**

Have the several states of the Union in Congress established a common public monetary system for general use of and by the People and the governments of the several states of the Union, as vested by Article I, Section 8, Clause 5 of the Constitution for the United States of America?

BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 27:

Prior to the ratification of the Constitution for the United States of America, the Union was initially established and operating under the Articles of Confederation.

Under the Articles of Confederation, each state of the Union independently established its own monetary system.

In order to ensure ease of trade between the states, it was subsequently determined when establishing the Constitution for the United States of America that a uniform monetary system was required.

In order to eliminate confusion with regard to commercial trade between the states in order to prevent member states from continuing to create their own money independently, that particular sovereign power of the states is prohibited by Article I, Section 10, Clause 1, <u>Powers Denied States -- Treaties -- Money -- Ex Post Facto Laws -- Obligation of Contracts</u>; to wit:

"No State shall ... coin Money ..."

We the People, by and through the People's Constitution, vested the several states of the Union with exclusive Power to exercise their Sovereign Power collectively, to create a common monetary system, at Article I, Section 8, Clause 5, <u>Coinage, Weights and Measures</u>, to wit:

"The Congress shall have the Power ... To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures."

The Constitution provides the possibility for three (3) distinct monetary systems, as follows:

A.   PUBLIC MONETARY SYSTEM BASED ON GOLD AND SILVER:

Pursuant to Article I, Section 8, Clause 18, the several states of the Union in Congress established the Mint for the United States Federal Government in 1791.  Alexander Hamilton, the first Secretary of the Treasury of the United States, established the term "dollar" for the Public Monetary System, and its multiples.  The Act of Congress evidenced at 31 U.S.C. §5101, Decimal System, states:

"United States Money is expressed in dollars, dimes or tenths, cents or hundredths, and mills or thousandths. A dime is a tenth of a dollar, a cent is a hundredth of a dollar, and a mill is a thousandth of a dollar."

The Act of Congress evidenced at 31 U.S.C. §5101 established the Decimal System of Measurement of monetary value for all transactions, not a medium of currency.  In other words, the medium of exchange used as Money in the Union, while commonly referred to as "Dollars," is in reality the currency [i.e.: Money] of the United States, which is not called "dollars," as herein more fully appears.

-226-

The Act of Congress evidenced at 31 U.S.C. §5102, Standard Weight, establishes the lawful requirement that the standard used to ensure that the weight of the United States coins conforms to the provisions of the Act of Congress evidenced at 31 U.S.C. §5112, Denominations, Specifications, and Design of Coins.

Pursuant to the Power delegated by the Constitution at Article I, Section 8, Clause 5, Coinage, Weights and Measures; the several states of the Union in Congress carried into execution the Power vested at Article I, Section 8, Clause 5; and established a uniform Public Monetary System, by and through the Acts of Congress evidenced at 31 U.S.C. Suchapter I, Monetary System; specifically and particularly through the Acts of Congress evidenced at 31 U.S.C. §5101, Decimal System; 31 U.S.C. §5102, Standard Weight; and 31 U.S.C. Subchapter II, General Authority; specifically and particularly 31 U.S.C. §5111, Minting and Issuing Coins, Medals, and Numismatic Items; 31 U.S.C. §5112, Denominations, Specifications, and Design of Coins; and 31 U.S.C. §5113, Tolerances and Testing of Coins.

The Public Monetary System established under the Acts of Congress evidenced at Title 31, Money and Finance, Subtitle IV, Money; Chapter 51, Coins and Currency; specifically and particularly 31 U.S.C. §5101, Decimal System; 31 U.S.C. §5102, Standard Weight; 31 U.S.C. §5111, Minting and Issuing Coins, Medals, and Numismatic Items; 31 U.S.C. §5112(a),

The Secretary of the Treasury may Mint and Issue Only the Coins Specified; 31 U.S.C. §5112(e), Qualities and Quantities of Coins that the Secretary Shall Mint and Issue to Meet Public Demand; 31 U.S.C. §5112(f), Silver Coins; 31 U.S.C. §5112(o), First Spouse Bullion Coin Program; 31 U.S.C. §5112(q), Gold Bullion Coins; 31 U.S.C. §5112(r), Redesign and Issuance of Circulating $1 Coins Honoring Native Americans and the Important Contributions made by Indian Tribes and Individual Native Americans in United States History; 31 U.S.C. §5112(s), Redesign and Issuance of Circulating Quarter Dollar Honoring the District of Columbia and Each of the Territories; and 31 U.S.C. §5113, Tolerances and Testing of Coins; established Lawful Money based exclusively on gold and silver coin and bullion, which conforms with the requirements set forth in Article I, Section 10, Clause 1, that only gold and silver coin can be tendered for public debts.

It must be noted, therefore, that only gold and silver coin minted by the Federal Government of the United States Treasury is legal tender for debts. Foreign gold and/or silver coins, while they may be identical in all respects to gold and silver coins minted by the United States Treasury, they are not Lawful Money or Legal Tender for the payment of public debts. This is affirmed by the Act of Congress evidenced at 31 U.S.C. §5103, Legal Tender, in pertinent part, which states: " ... Foreign gold or silver coins are not legal tender for debts."

**B.    PUBLIC MONETARY SYSTEM BASED ON GOODS, SERVICES, AND LABOR OF ALL INDUSTRY:**

Article I, Section 8, Clause 5, does not limit the several states of the Union in Congress to establish a Public Monetary System exclusively based on gold and silver coin.

Article I, Section 10, Clause 1, establishes the requirement that all public debt must be paid in gold and silver coin.

The Constitution for the United States of America authorizes the several states of the Union in Congress to establish two different types of Public Monetary Systems to serve the needs of the People and their states.

The Public Monetary System based on gold and silver coin established by the Acts of Congress evidenced at 31 U.S.C. §5101, 31 U.S.C. §5102, 31 U.S.C. §5111, 31 U.S.C. §5112, and 31 U.S.C. §5113, [identified supra], establishes the Public Monetary System for payment of public debt.

Commercial transactions, however, are not based on debt, but on exchange of consideration of equal values. The medium of consideration is determined by the parties to such transactions, not the Constitution, nor the several states of the Union in Congress, by statute.

Article I, Section 8, Clause 5, vests Power to the several states of the Union in Congress to establish a

Public Monetary System to be used as equal value consideration in commercial transactions, both public and private.

This type of currency is identified by the Constitution as a Bill of Credit.   Article I, Section 10, Clause 1, prohibits the states of the Union to issue their own currency in the nature of Bills of Credit, to wit:

"No State shall ... emit Bills of Credit ..."

However, Article I, Section 8, Clause 5, vests Power in the several states of the Union in Congress to collectively issue uniform Money in the nature of Bills of Credit.

Such currency is not based on gold and silver, but once put in circulation and exchanged for goods and services, such currency is then permanently based on goods and services, and later exchanged in all of industry.   Such currency would be limited to domestic application for consideration in exchange in all commercial transactions, public or private.

Such public currency creates a form of public commercial instrument to be used in trade as a medium of consideration, based on mutual agreement of the parties to the transaction.

A Public Monetary System based on gold and silver which is finite, making gold and silver coin a physical medium of consideration being tendered for public debt, if used in commercial transactions, necessarily limits economic growth to the limits of available United States gold and

silver coin minted by the United States Treasury through the United States Mint.

As evidenced by Judicial Notice filed in the United States Supreme Court case of Nortz v. United States, 294 U.S. 317, 55 S.Ct. 428, 79 L.Ed. 907 (1935), the Court held that Courts may take judicial notice that the world's supply of gold is far less  than amount of bonds and notes payable in gold.  [Further cited in the annotations to the Act of Congress evidenced at 31 U.S.C. §5118, Gold Clauses and Consent to Sue; Annotation Note 18: Judicial Notice].

Since the outstanding debt of the United States Federal Government in 1934 exceeded the total world's supply of gold, the current outstanding debt of the United States leaves the United States in a perpetual state of bankruptcy, which is concealed by the perpetual refinancing of debt obligations of the United States Federal Government.

In contrast, however, a Public Monetary System based on the value of goods, services, and labor of all industry that can be used as a medium of consideration in all transactions, both public and private, would be unlimited, as such "Consideration Currency," once issued and placed in circulation, would have a fixed value established by an Act of Congress; and since commercial activity is ongoing, the amount of such "Consideration Currency" in circulation would grow in direct proportion to the amount of goods,

-231-

services, and labor of all industry on an ongoing basis;
which would be without limits, unlike a Public Monetary
System based only on gold and silver coin.

Such a "Consideration Currency" acts as a receipt for
goods, services, and labor received; and as such, represents
the value of the goods, services, and labor received; providing
the holder of such "Consideration Currency" with a form
of commercial instrument that represents the value of the
goods and services, and/or labor exchanged for the
"Consideration Currency," which can then be exchanged as
consideration in any future commercial transaction(s), and
remain in circulation permanently, except for the replacement
of worn coins and currency.

The Acts of Congress evidenced at 31 U.S.C. §5114,
Engraving and Printing Currency and Security Documents;
31 U.S.C. §5112(b), Specifications of Coins; 31 U.S.C. §5112(e),
Qualities and Quantities of Coins that the Secretary Shall
Mint and Issue to Meet Public Demand; 31 U.S.C. §5112(l),
Redesign and Issuance of Quarter Dollar in Commemoration
of Each of the 50 States; and 31 U.S.C. §5112(n), Redesign
and Issuance of Circulating $1 Coins Honoring Each of the
Presidents of the United States; evidence that the states
of the Union in Congress carried into execution by and through
legislation, Article I, Section 8, Clause 5, as required
by Article I, Section 8, Clause 18; and established a specific
Monetary System of Bills of Credit, including non-gold or

1  or silver coin, identified as United States coin and United

2  States currency, to be used in general commercial transactions

3  as a medium of consideration.     Money of the United States

4  in the nature of Bills of Credit are not debt obligations

5  of the United States and not subject to redemption in gold

6  or silver coin once in circulation, pursuant to the Act

7  of Congress evidenced at 31 U.S.C. §5118(d)(1), Gold Clauses

8  and Consent to Sue , to wit:

9

10  "In this subsection, "obligation" means any obligation

11  (except United States currency) payable in United States

12  Money."

13  Pursuant to the Act of Congress evidenced at 31 U.S.C.

14  §5119, Redemption and Cancellation of Currency; establishes

15  that United States Bills of Credit in the nature of United

16  States coin and currency cannot be redeemed in United States

17  gold coin or silver coin, to wit, [in pertinent part]:

18

19  "(a)  Except to the extent authorized in regulations,

20  the Secretary of the Treasury prescribes with the approval

21  of the President, the Secretary may not redeem United States

22  currency in gold ... When redemption of gold is authorized,

23  the redemption may be made only in gold bullion bearing

24  the stamp of a United States mint or assay office in an

25  amount equal at the time of redemption to the currency

26  presented for redemption.

27  The Act of Congress evidenced at 18 U.S.C. 8, Obligation

28  -233-

or Other Security of the United States Defined; establishes that United States coin and United States currency is _not_ an obligation of the United States, and thus not subject to repayment by redemption, to wit:

"The term "obligation or other security of the United States" includes [and is limited to] all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps." (emphasis added).

It must be noted that United States coin and United States currency is _not_ identified as obligations or security of the United States subject to repayment by redemption in United States gold and silver coin or gold bullion, as United States coin [although not minted of gold and silver] and United States currency, is Money of the United States, pursuant to Article I, Section 8, Clause 5, of the Constitution for the United States of America.

The Act of Congress evidenced at 31 U.S.C. §5115, United States Currency Notes; authorizes the Secretary of

-234-

the Treasury to issue United States Notes, payable to the

bearer on demand by redemption, entitled: "United States

Currency Notes," unlike United States currency, are in fact

obligations of the United States, subject to repayment by

redemption; and unlike United States currency, United States

Currency Notes in circulation cannot exceed $300,000,000;

while United States coin and United States currency has

no limit, as United States coin and United States currency

is not subject to redemption, but is in fact a medium of

redemption for certain United States obligations.

All United States Notes, regardless of how titled,

are redeemable obligations of the United States, whereas

United States gold and silver coin, and United States coin

and United States currency is actual Money of the United

States, and a medium of redemption for all United States

obligations, as well as a medium of consideration in commercial

transactions.

Pursuant to the Act of Congress evidenced at 31 U.S.C.

§5112(b), at this time, non-gold and silver United States

coin minted by the Treasury establishes a "commercial coin"

for consideration in all commercial transactions, public

and private; as such transactions do not involve payment

of debt.

Furthermore, pursuant to the Act of Congress evidenced

at 31 U.S.C. §5112(b), the several states of the Union in

in Congress established United States coin by and through legislation, as "Consideration Coinage" for consideration in all commercial transactions, public and private, as such transactions do not involve payment of debt; and the Act of Congress evidenced at 31 U.S.C. §5112(a)(e)(n)(o)(q), [identified supra], establish a gold and silver coin minted by the Treasury of the United States, establishing United States coin as a tender in payment of public debt.

The Act of Congress evidenced at 31 U.S.C. §5103, Legal Tender; establish that both gold and silver coin, and non-gold coin, are Legal Tender for both public debts and non-debt transactions, to wit:

United States [gold and silver, and non-gold and silver] coins and currency are legal tender for all [public] debts, [non-debt transaction] public charges, taxes, and dues. Foreign gold and silver coins are not legal tender for debts." (emphasis added).

The Act of Congress evidenced at 31 U.S.C. §5114, Engraving and Printing Currency and Security Documents; evidenced by the several states of the Union in Congress, established by legislation United States Government Currency [Bills or Credit]; and United States Consideration Currency, based on the value of goods, services, and labor exchanged for United States [non-gold] coin and United States currency.

It should be noted that while non-gold and silver United

-236-

States coin is currently in circulation for use as consideration in non-debt commercial transactions, both public and private; United States Currency, although authorized by Acts of Congress, is not currently in circulation.

The several states of the Union in Congress have provided, by and through legislation, the means for the President, by and through the Secretary of the Treasury, to put into circulation, debt-free United States [non-gold and silver] coin and United States currency, as permanent non-redeemable Money of the United States of America, as a medium of consideration in all transactions, public and private.

**C.   PRIVATE MONETARY SYSTEM BASED ON GOODS, SERVICES, AND LABOR:**

While the Constitution for the United States of America vests Power in the several states of the Union in Congress to establish a Public Monetary System at Article I, Section 8, Clause 5; and the Acts of Congress evidenced at 31 U.S.C. §5101, 31 U.S.C. §5102, 31 U.S.C. §5103, 31 U.S.C. §5111, 31 U.S.C. §5112, 31 U.S.C. §5113 and 31 U.S.C. §5114, is evidence that the several states of the Union in Congress carried into execution the Power vested by Article I, Section 8, Clause 5, as required by Article I, Section 8, Clause 18; and thereby established a Monetary System based on gold and silver coin and bullion as Tender for public debt; as well as a separate Monetary System based on goods, services, and/or labor of all industries as a medium of consideration

in all commercial transactions, both public and private,
comprised of debt-free, non-redeemable [non-gold and silver]
United States coins and United States currency, the People
themselves retain the Right and Power to establish a Private
Monetary System, based on goods, services, and/or labor
of all industry.

Article I, Section 10, Clause 1, prohibits any of the
several states of the Union from making any law impairing
the obligation of contracts.  Since there is no provision
of the Constitution which vests any Power in the several
states of the Union in Congress to collectively make laws
impairing the obligation of contracts, the provisions of
Article I, Section 10, Clause 1; as well as the Ninth
Amendment, Rights Retained by People; the Tenth Amendment,
Powers Reserved to States or People; and the Fourteenth
Amendment, Rights of Citizens of the United States; prohibit
the several states of the Union in Congress from establishing
any Federal Law impairing obligations of contracts.

All contracts, in order to be contracts, in addition
to being by and between at least two parties competent to
enter into contract, and of like mind [i.e.: understanding
the terms, conditions and obligations of the contract];
notwithstanding whether the contract is a "contract quid
pro quo," or is expressed by a written instrument, it requires
an exchange of consideration by the parties to the contract
to be considered of  equal value.

-238-

The medium or substance of consideration or exchange is based on the agreement of the parties to the contract.

The Private Monetary System is therefore based on anything that the contracting parties consider to be of equal value, and can be comprised of any item agreed upon by the parties, not pursuant to any statute or provision of the Constitution. The Private Monetary System is protected as a right by the Constitution of the United States, under Article I, Section 10, Clause 1, as well as the Ninth Amendment, the Tenth Amendment, and the Fourteenth Amendment.

The medium of consideration can be any two or more items, considered to have equal value, such as barter exchange [i.e.: labor for food, etc.]. It can be gold or silver coin, or gold or silver bullion currently held by either party. Pursuant to the Act of Congress evidenced at 31 U.S.C. §5118, the United States Federal Government does not consent to pay United States gold on gold clauses in contracts. The United States Federal Government is not a party to private contracts, and therefore has no obligation to allow United States gold coin to be used as consideration in private contracts. Consequently, the United States Federal Government is not obligated to honor gold clauses of private contracts. Currency in the form of commercial instruments, such as personal and business checks, cashier's checks, debit cards, money orders, Bitcoins®, etc., comprise the Private Monetary System. The Private Monetary System includes

-239-

corporate stocks and bonds, which represent ownership interest
in the corporations who issued the stocks and bonds, not
debt obligations.   Thus, corporate stocks and bonds are
assets to the holder of the corporate stocks and bonds,
and since most corporate stocks and bonds are negotiable,
they can be used as consideration in commercial transactions,
such as stock options as consideration for employment.

Privately issued commercial instruments represent the
value of the goods, services, or labor exchanged for value,
often in the form of a private currency, such as a bank
check.

Once tendered for consideration, a bank check or debit
card transaction debits the issuer's account and credit
the holder's account; thus completing the exchange of value
for value.   The holder also has the option of exchanging
the private currency for public currency of equal value,
in the nature of non-gold or silver United States coins;
and if in circulation, United States Currency, as a public
medium of consideration in commercial transactions.

The Public Monetary System based on gold and silver
coin, is established for the payment of public debt.

The Public Monetary System based on goods and services
and labor of all industry ["United States Currency"], is
comprised of debt-free [non-gold or silver coin] United
States coin and United States currency, is established as

-240-

a medium of consideration in commercial transactions.

The Private Monetary System based on goods, services and labor of all industry, is privately established as a medium of consideration in commercial transactions.

There are <u>three distinct monetary system</u> recognized by the Constitution for the United States of America, all possible and able to be made available for the general use of the People and the governments of the several states of the Union.

**DECLARATORY JUDGMENT DEMANDED FOR QUESTION 27:**

It is therefore Declared that the several states of the Union in Congress, pursuant to the Acts of Congress evidenced at 31 U.S.C. §5101, 31 U.S.C. §5102, 31 U.S.C. §5103, 31 U.S.C. §5111, 31 U.S.C. §5112, 31 U.S.C. §5113, and 31 U.S.C. §5114; established a common monetary system for general use of and by the People and the governments of the several states of the Union, as vested by Article I, Section 8, Clause 5, of the Constitution for the United States of America.

It is further Declared that the several states of the Union, pursuant to the Acts of Congress evidenced at 31 U.S.C. §5101, 31 U.S.C. §5102, 31 U.S.C. §5103, 31 U.S.C. §5111, 31 U.S.C. §5113, and 31 U.S.C. §5114, established two Public Monetary Systems:

[1]   Congress, by legislation, established a Public Monetary System based on gold and silver coin and bullion, as Tender in payment of Public Debt.

[2]   Congress, by legislation, established a Public Monetary System comprised of [non-gold and silver coin] United States coin and United States [Paper] currency, as a debt-free medium of consideration for goods, services, and/or labor of all industry, based on the value of the goods, services, and/or labor exchanged for United States coin and United States currency.

**QUESTION 28:**

Is the Sovereign Body Politic: the People of the United States of America, collectively and individually liable for all debt incurred on behalf of the United States of America by the several states of the Union in Congress, by and through their elected Representatives and Senators?

**BASIS FOR DECLARATORY JUDGMENT DEMANDED FOR QUESTION 28:**

It can never be overemphasized that before the establishment of the Union, before the establishment of the Federal Government; the People, exercising their inherent right collectively, as the Sovereign Body Politic, established the original Thirteen Nation/States as Constitutional Republics. The states then unified under the Articles of Confederation, to establish a Union of Federated Constitutional Republics.

-242-

The inherent political Power of the People individually and colllectively was then delegated to the states.  The institution of the state governments did not self-create spontaneously, independent of the acts of the People, but were created by a deliberate knowing voluntary act of the People of the several states of the Union.

In establishing the Union under the Articles of Confederation, the several states of the United States of America established the Federal Government under the official appellation: "United States."  [See: Articles of Confederation, Article I].

On March 4, 1789, the Constitution for the United States of America was ratified for the specific purpose of perfecting the Union, which already had been established under the Articles of Confederation as a Constitutional Republic; and in doing so, reaffirmed the establishment of the Federal Government under the appellation: "United States."  The express purpose and scope of establishing the Constitution for the United States of America, is expressed in the Preamble, to wit:

"We the People of the United States, in Order to form a more **perfect** Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."

The several states of the Union, in establishing the Constitution for the United States of America, and thus establishing the United States Federal Government, ensured the several states of the Union would retain exclusive and absolute control of the Powers vested by the Constitution in the Federal Government, by limiting Federal Powers to only those Powers vested in writing by the Constitution, and by requiring that all Federal Powers vested by the Constitution in the Federal Government must be carried into execution by the several states of the Union in Congress, pursuant to Article I, Section 8, Clause 18.

Those Federal Powers which have not been carried into execution, or which have been rescinded by the several states of the Union in Congress, remain dormant.  This ensured that the Federal Government would always be subject to the authority of the several states of the Union.

Prior to the ratification of the Constitution, while the Union existed under the Articles of Confederation; the Confederation incurred debts, as addressed in Article VI, Clause 1, Prior Debts Valid Under Constitution; to wit:

"All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be valid against the United States under this Constitution, as under the Confederation."

Later, upon ratification of the Fourteenth Amendment,

-244-

Section 4, <u>Public Debt Not To Be Questioned</u>; addresses the validity of the public debt, to wit:

"The validity of the public debt of the United States, <u>authorized by law</u>, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned.  But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void." (emphasis added).

Section 5 of the Fourteenth Amendment, <u>Power to Enforce Amendment</u>; vested the several states of the Union with the exclusive Power to enforce the provisions of the Fourteenth Amendment in Congress by legislation, to wit:

"The Congress shall have the power to enforce, by appropriate legislation, the provisions of this article."

Article I, Section 8, Clause 2, vests Power in the several states of the Union in Congress, to borrow Money on the credit of the United States, to wit:

"The Congress shall have the Power ... To borrow Money on the credit of the United States."

The Act of Congress evidenced at 31 U.S.C. §3101,

Public Debt Limit, evidences that the several states of the Union carried into execution by legislation, the Power to borrow Money on the credit of the United States vested by Article I, Section 8, Clause 2, as required by Article I, Section 8, Clause 18; thus establishing the authority to establish public debt by borrowing Money on the credit of the United States.

Article I, Section 8, Clause 1, Powers of Congress, vests Power in the several states of the Union in Congress to pay all debts of the United States, to wit:

"The Congress shall have Power ... to pay the Debts..."

The Act of Congress evidenced at 31 U.S.C. Chapter 67, Federal Payments; specifically and particularly 31 U.S.C. §6701, Payments to Local Governments; evidences in part that the several states of the Union in Congress, carried out into execution the Power vested by Article I, Section 8, Clause 1, to pay all debts by and through legislation, pursuant to Article I, Section 8, Clause 18.

A review of the Acts of Congress will reveal that the several states of the Union in Congress, carried into execution by legislation indeed, the Power vested by Article I, Section 8, Clause 1, to pay the debts and obligations of the United States, including but not limited to those debts incurred by borrowing Money on the credit of the United States.

-246-

There is no question that the People: the Sovereign
Body Politic of the United States of America, collectively
and individually, are liable for the Public Debt, incurred
by the several states of the Union in Congress, by borrowing
Money on the credit of the United States, pursuant to the
Power vested at Article I, Section 8, Clause 2; and carried
into execution by the Act of Congress evidenced at 31 U.S.C.
§3101 et seq., Public Debt Limit; as required by Article
I, Section 8, Clause 18.

Said public debt is evidenced by obligations and securities
of the United States, issued in exchange for such Money
borrowed, as identified by the Act of Congress evidenced
at 18 U.S.C. §8, Obligation or Other Security of the United
States Defined; to wit:

"The term "obligation or other security of the United
States" includes all bonds, certificates of indebtedness,
national bank currency, Federal Reserve notes, Federal Reserve
bank notes, coupons, United States notes, Treasury notes,
gold certificates, silver certificates, fractional notes,
certificates of deposit, bills, checks, or drafts for Money,
drawn by or upon authorized officers of the United States,
stamps and other representatives of value, of whatever
denomination, issued under any Act of Congress, and canceled
United States stamps.

All obligations and securities identified by the Act

-247-

of Congress evidenced at 18 U.S.C. §8, evidences public debt
established by actually borrowing Money in exchange for the
obligations and securities of the United States which both
represent and guarantee repayment of such debt, and are
further identified within the Act of Congress evidenced
at 18 U.S.C. §8, with the exception of the following obligations
and securities:  national bank currency, Federal Reserve
Notes and Federal Reserve Bank Notes, which are issued
establishing a debt obligation of the United States Federal
Government to the holder of national bank currency, Federal
Reserve Notes, and Federal Reserve Bank Notes; equal to
the face value of said currency and notes issued, with interest,
without the United States Federal Government ever borrowing
a single dollar.

It should be noted that national bank currency and
Federal Reserve Bank Notes  are issued by private banks,
not the Federal Reserve Board.  Therefore, these private
banks are able to establish a **False Claim** of unlimited debt
against the United States Federal Government, without loaning
a single penny to the United States Federal Government,
by issuing and circulating their own private bank notes.

As evidenced by the Act of Congress evidenced at 12
U.S.C. Chapter 6: Foreign Banking; and specifically and
particularly 12 U.S.C. §611, Formation Authorized; Fiscal
Agents; Depositories in Insular Possessions; and 12 U.S.C.
§615, Powers of Corporation; these Acts serve to establish

-248-

foreign banks as depositories in the Nation of Panama and the Panama Canal Zone, as well as the Philippine Islands, as well as insular possessions and dependencies of the United States, as part of the Federal Reserve Act of 1913.  It should be noted that Panama, the Panama Canal Zone, and the Philippine Islands, are Independent Nation/States, not subject to territorial/legislative jurisdiction of the United States Federal Government, except as provided for by Treaty.

The Act of Congress evidenced at 12 U.S.C. §615 specifically establishes recognition of foreign corporations established in accordance with the Act of Congress evidenced at 12 U.S.C. §611, to purchase and/or sell debt obligations of the United States, including Notes, which includes Federal Reserve Notes, and the use of Federal Reserve Notes to purchase obligations of the United States Federal Government, without loaning the United States Federal Government a single penny in exchange for such obligations of the United States Federal Government.

The several states of the Union in Congress, in establishing the Federal Reserve Act of 1913, also as part of the same Act established the "Foreign Accounts Bank Act," which remains to this day the alternate title of the "Federal Reserve Act."  [See: Public Law 115-55, Table of Acts by Popular Names].

The Act of Congress evidenced at 12 U.S.C. §611,

-249-

recognizes the ability of Federal Reserve Banks, who are
in fact Corporate State Citizens, to establish foreign
corporations in order to engage in international or foreign
banking, and/or other international financial operations,
including establishing depositories of the United States
Treasury.

The Act of Congress evidenced at 12 U.S.C. §615,
establishes that such foreign banks recognized under the
Act of Congress evidenced at 12 U.S.C. §611, are to be treated
as Member Banks of the Federal Reserve System; and that
such authority of said banks have the authority to establish
and maintain branches or agencies, who in turn engage in
selling debt obligations of the United States.

The Federal Reserve Act of 1913, evidenced at 12 U.S.C.
Chapter 3, <u>Federal Reserve System</u>; and the Act of Congress
evidenced at 12 U.S.C. Chapter 6, <u>Foreign Banking</u>; specifically
and particularly 12 U.S.C. §611 et seq., established a means
for Federal Reserve Banks, Member Banks of the Federal Reserve
System, and national banks, to establish Foreign Banking
Corporations outside Federal Territorial/Legislative
Jurisdiction; and by the use of debt obligation security
instruments of the United States in the nature of Federal
Reserve Notes, Federal Reserve Bank Notes, and National
Bank Currency, all issued to or by the Federal Reserve Board,
the Federal Reserve Banks and the national banks without
cost, using Federal Reserve Notes, Federal Reserve Bank

Notes and/or national bank currency, <u>acquired without cost</u>, and which are used to acquire other obligations of the United States, including Treasury Bonds, Notes, Certificates of Indebtedness, etc., and then selling such obligations of the United States <u>acquired without cost</u> in foreign securities markets and keeping the funds from such sales; thus transferring the debt obligation of the United States from the Federal Reserve Banks and their Foreign Corporate Banks, to holders in due course of said obligations of the United States.

In these transactions, Federal Reserve Banks, Member Banks of the Federal Reserve System, and national banks, by and through their Foreign Banking Corporations, <u>establish profit from the sale of securities and other obligations of the United States on securities markets, without having to pay a single dollar to the United States Federal Government, leaving the United States Federal Government, and thus, the People: the Sovereign Body Politic, obligated to the holders in due course of these United States obligations</u>

The Federal Reserve Banks, member banks of the Federal Reserve, national banks, and foreign banks, which comprise the Federal Reserve System, establish massive wealth for themselves at the expense of the United States Federal Government and the People: the Sovereign Body Politic, as follows:

-251-

**1A.**   Under color [pretense] of the Federal Reserve Act, Federal Reserve Notes are issued by and through the Federal Reserve Board, establishing a debt obligation of the United States Federal Government equal to the face value of the note, plus interest, to the Federal Reserve Banks once issued, without cost to the Federal Reserve Banks.

**1B.**   Under color [pretense] of the Federal Reserve Act, Federal Reserve Banks, and national banks issue private bank notes and bank currency, establishing a debt obligation of the United States Federal Government, equal to the face value plus interest of said private bank notes and currency, to the Federal Reserve Banks and national banks.

**2.**   Under color [pretense] of the Federal Reserve Act, Federal Reserve Banks and Member Federal Reserve Banks, and national banks establish foreign banks and branches of foreign banks, for the purpose of buying and selling securities and obligations, including but not limited to securities and obligations of the United States.

**3.**   Using Federal Reserve Notes, Federal Reserve Bank Notes, and national bank currency acquired by Federal Reserve Banks and national banks purchase securities and obligations, including but not limited to securities and obligations of the United States Federal Government, without cost; thereafter selling such securities and obligations, including but not limited to securities and obligations of the United States,

-252-

for profit and gain, all without any cost to the Federal
Reserve System, transferring all debt obligations of the
United States Federal Government from the Federal Reserve
System of private banks, to the holders in due course of the
securities and obligations of the United States Federal
Government, for repayment by redemption or otherwise, including
outstanding Federal Reserve Notes.

Thus, this system created by the Federal Reserve Act
establishes an obligation of the United States Federal
Government of repayment on obligations of the United States
without receiving a loan of any money, while the private banks
of the Federal Reserve System realize total gain, equal to
the face value of all security obligations sold, including
but not limited to security obligations of the United States
Federal Govrnment, without investing a single dollar.

It goes without saying that there exists no Constitutional
authority for the several states of the Union to establish
such a unilateral system of perpetual debt of the United States
Federal Government to the private banks of the Federal Reserve
System.

The Acts of Congress evidenced at 31 U.S.C. §5101,
31 U.S.C. §5102, 31 U.S.C. §5103, 31 U.S.C. §5111, 31 U.S.C.
§5112, 31 U.S.C. §5113, and 31 U.S.C. §5114, [described
earlier],  evidence that the several states of the Union
in Congress, carried into execution by legislation, the

-253-

Power vested at Article I, Section 8, Clause 5, to establish a Public Monetary System, as required by Article I, Section 8, Clause 18.

The Acts of Congress evidenced at 31 U.S.C. §5101, 31 U.S.C. §5102, 31 U.S.C. §5103, 31 U.S.C. §5111, 31 U.S.C. §5113 and 31 U.S.C. §5114 [described earlier], evidence that the several states of the Union established two debt-free Public Monetary Systems, as follows:

[A].   A debt-free monetary system based on gold and silver coin as Tender for payment of public debt, and settlement in international trade; and:

[B].   A debt-free monetary system based on the value of goods, services, and labor exchanged, comprised of [non-gold and silver] United States coin, and United States currency [Bills of Credit].

Instead of issuing and circulating debt-free Money as authorized by Congress; obligations in the nature of "Federal Reserve Notes" were issued to Federal Reserve Banks at no cost, thereby establishing a redeemable debt in Lawful Money of the United States to the Federal Reserve Banks; and were consequently substituted for debt-free Money of United States gold and silver coin; [non-gold and silver] United States coin; and United States currency [Bills of Credit]; leaving the United States Federal Government in perpetual debt to private Federal Reserve Banks and all

holders in due course who purchased securities and obligations from the private banks of the Federal Reserve System; acquired by said banks without cost by exchanging Federal Reserve Notes for said securities and obligations.

There can be no question that when reviewing the Federal Reserve Act of 1913, that the interests of International Banks and Bankers are thoroughly involved in subjecting the United States Federal Government to perpetual debt, without actually loaning the United States Federal Government a single dollar of money, using [and abusing] the "Federal Reserve Act of 1913."

The objective of the International Bankers in establishing the means to subject the United States Federal Government to perpetual debt without actually loaning the United States Federal Government a single dollar of Money, was best articulated in 1863 by Mayer Amschel Baron Rothschild, who said:

> "Give me control of a nation's money, and I care not who makes its laws ... The few who understand the system, will either be so interested from its profits or so dependent on its favors, that there will be no opposition from that class."

The Lincoln Administration was the first administration to act on the Power vested by Article I, Section 8, Clause 5, and establish a debt-free monetary system, rather than borrow Money from the banks.

-255-

The bankers of his day argued that the People could
not be trusted with their Constitutional Power: the political
monetary system of free enterprise that the Founding Fathers
conceived.  Therefore, the private bankers and banking
institutions needed to control the public monetary system
and the political powers of the Constitution.  President
Lincoln responded by saying:

> "No men living are more worthy to be trusted than those
> who toil up from poverty -- none less inclined to take
> or touch a right which they have not honestly earned.
> Let them beware of surrendering the political power
> which they already possess, which if surrendered, will
> surely be used to close the door of advancement against
> such as they and fix new disabilities upon them 'til
> all liberty be lost."

The Lincoln Administration issued and circulated United
States Currency known as "Greenbacks," that once received
and tendered for goods and services, represented receipts
for labor and goods delivered to the United States.  Once
tendered, the United States currency [i.e.: Bills of Credit]
were exchangeable for goods and services of a value equivalent
to their service to the community indefinitely.  Transactions
in commerce involve a medium of consideration deemed equal
in value by the parties to the transaction.  [There is no
debtor/creditor relationship in transactions in commerce;
only exchanges of mediums of consideration deemed equal
in value].  Thus, debt mediums such as gold and silver coin
are not required in transactions in commerce.

The issuance of the Greenbacks, which were United States

currency [i.e.: Bills of Credit], aided the Union [Federal
Government] not only in winning the Civil War, but in funding
a period of unprecedented economic expansion and prosperity.

President Lincoln's actions to establish the Constitutional
Public Monetary System based on goods and services resulted
in creating the greatest industrial giant the world had
yet seen.  The steel industry was launched; a continental
railroad system was created; a new era of farm machinery
and inexpensive tools were promoted; <u>free higher education
was established</u>; government support was provided to all
branches of service; the Bureau of Mines was organized;
and labor productivity increased by between 50% to 75%.

The United States currency, "Greenbacks," [i.e.: Bills
of Credit], was not the only currency used to fund those
achievements, as the Private Monetary System also based
on goods and services was employed.  However, the industrial
revolution could not have been accomplished without the
Greenbacks; and the industrial revolution would never have
been accomplished on Money borrowed at the outrageous rates
that the bankers were attempting to extort from the Federal
Government of the North.

President Lincoln explained his monetary policy just
before the close of the Civil War in 1865:

//

//

-257-

1      " ... The Government should create, and circulate all
2 the currency and credit needed to satisfy the spending
     power of the Government and the buying power of
3 consumers.  The privilege of creating and issuing money
     is not only the supreme perogative of Government, but
4 it is the Government's greates creative opportunity.
     By the adoption of these principles, the long-felt
5 want for a uniform medium will be satisfied.  The
     taxpayers will be saved immense sums of interest,
6 discounts and exchanges.  The financing of all public
     enterprise, the maintenance of stable government and
7 ordered progress, and the conduct of the Treasury will
     become matters of practical administration.  The People
8 can and will be furnished with a currency as safe as
     their own government.  <u>Money will cease to be master,</u>
9 <u>and become the servant of humanity</u> ..." (emphasis added).

10 President Lincoln succeeded in establishing the

11 Government's Power to establish a Public Monetary System

12 predicated on the value of all industry, thereby creating

13 a national debt-free currency [i.e.: Bills of Credit].

14

15 However, this revolutionary monetary policy was

vehemently opposed by the powerful forces of International

16 Bankers.  The threat to the "established interests"

17 stimulated an editorial in the London Times, explaining

18 the Bank of England's attitude toward Lincoln's monetary

19 policy.  [The Bank of England was privately owned by the

20 Rothschilds and other International Bankers]:

21

22      "If this mischievous financial policy, which has its
     origins in North America, shall become endurant down
23 to a fixture [meaning permanent], then the Government
     will furnish its own money without cost [debt].  It
24 will pay off all debts and be without debt.  It will
     have all the money necessary to carry on commerce.
25 It will become prosperous without precedent in the
     history of the world.  The brains and wealth of all
26 countries will go to North America [meaning the United
     States of America].  That country [meaning the United
27 States of America] <u>must be destroyed</u>, or it will destroy
     every monrachy on the globe." (emphasis added).

28

[Source:  Mike Nickerson, Life, Money and Illusion: Living on Earth as if we Want to Stay, New Society Publishers, (2009), Page 175].

It needs to understood that the International Bankers [as Rothschild did] see themselves as the "economic, monetary monarchs of the world."  Had President Lincoln's monetary policy become permanent [as feared by the International Bankers and specifically expressed by Rothschild], the United States would have become the richest, most powerful, debt-free nation on earth, just as Rothschild feared.

The Lincoln Monetary Policy was terminated with his assassination, and debt-free United States currency commonly known as "Greenbacks" was removed from circulation.

Upon enactment of the "Federal Reserve Act of 1913," a substitute for a debt-free monetary system was established, in order to use redeemable security debt instruments of the United States to be circulated in place of lawful debt-free Money authorized by Congress pursuant to Article I, Section 8, Clause 5; required by Article I, Section 8, Clause 18; and enacted by and through the Acts of Congress evidenced at 31 U.S.C. §5101, 31 U.S.C. §5102, 31 U.S.C. §5103, 31 U.S.C. §5111, 31 U.S.C. §5112, 31 U.S.C. §5113, and 31 U.S.C. §5114, which were identified and described earlier.

The "Banking Act of 1933" and the "Banking Act of 1935" put the "Federal Reserve Act" in full operation, subjecting the political and monetary Power of the People to the private

-259-

banks of the Federal Reserve System.

Then in 1963, once again, an attempt was made by the Kennedy Administration to implement the debt-free monetary system based on commerce.

By issuing Executive Order 11110, President Kennedy returned control of the Public Monetary System to the People, and put into circulation debt-free United States currency [i.e.: Bills of Credit].  Five months later, President Kennedy was assassinated, and debt-free United States currency was once again taken out of circulation, restoring political and monetary control to the private banks of the Federal Reserve System.

There can be no question, nor any doubt, that the Private Corporate Banks of the Federal Reserve System who currently control the political and monetary Power of the United States Federal Government by successfully substituting the debt-free monetary system authorized by the several states of the Union with redeemable security instruments of the United States, to be circulated in place of lawful debt-free Money, thereby subjecting the United States Federal Government to perpetual debt to the banks of the Federal Reserve System and their branch banks and foreign banks, in the hundreds of trillions of dollars.

Instead of being the richest, most powerful, debt-free nation on earth, as feared [and articulated] by Rothschild,

-260-

1  by instituting the debt-free monetary system as authorized

2  by Article I, Section 8, Clause 5 of the Constitution for

3  the United States of America, established by legislation

4  pursuant to the Acts of Congress evidenced at 31 U.S.C.

5  §5101, 31 U.S.C. §5102, 31 U.S.C. §5103, 31 U.S.C. §5111,

6  31 U.S.C. §5112, 31 U.S.C. §5113, and 31 U.S.C. §5114; the

7  United States has been reduced to a debtor nation, subject

8  to the Private Banks of the Federal Reserve System, not

9  by borrowing any Money, but by the legal fiction that Congress,

10  by going through the motions of making a statute establishing

11  the "Federal Reserve Act of 1913," the "Banking Act of 1933,"

12  and the "Banking Act of 1935," substituting debt obligation

13  securities of the United States in the nature of Federal

14  Reserve Notes, private Federal Reserve Bank Notes, and private

15  national bank currency in place of lawful debt-free Money

16  of the United States; all due to the ongoing practice of

17  taking the text of Article I, Section 8, Clause 18: ["The

18  Congress shall have the Power ... To make all Laws which

19  shall be necessary and proper **for** carrying into Execution

20  **the foregoing Powers**"] out of context (emphasis added on

21  the word "**for**"), in order to create the legal fiction of

22  a "Nineteeth Power" [or Imaginary Clause 19] of unlimited

23  legislative authority to alter, amend, or create "any Power"

24  by and through legislation deemed "necessary and proper"

25  by the Members of Congress, thereby creating the fiction

26  of unlimited Federal Power, is a clear violation of the

27  Constitution for the United States of America at best, and

28

-261-

sedition, tyranny and despotism at worst.

Since there exists no Constitutional authority for
the several states in Congress to: (1) subject the United
States Federal Government, and thus the People: the Sovereign
Body Politic, to perpetual debt obligations to Private Banks
of the "Federal Reserve System," by issuing debt obligation
securities of the United States without borrowing Money
in exchange; (2) substitute debt-free United States gold
and silver coin, and debt-free United States coin [non-gold
and silver coin], and debt-free currency [i.e.: Bills of
Credit]; with redeemable debt obligations of the United
States; and: (3), transfer political and monetary control
of the United States Public Monetary System to Private Corporate
Banks of the Federal Reserve System.

There exists <u>no authority</u> under Article I, Section
8, Clause 18 of the Constitution for the several states
of the Union to have enacted by legislation the "Federal
Reserve Act of 1913," the "Banking Act of 1933," and the
"Banking Act of 1935."

Therefore, all claims of debt by holders of Federal
Reserve Notes, and securities and obligations obtained by
the exchange of Federal Reserve Notes against the United
States Federal Government, <u>are false claims</u>.

Any claim for redemption in Lawful Money of the United
States for Federal Reserve Notes, and for securities and

-262-

and obligations of the United States obtained with Federal Reserve Notes **is a false claim**; and any claim for payment of principal and/or interest for any securities and obligations of the United States identified by the Act of Congress evidenced at 18 U.S.C. §8, Obligation or Other Security of the United States Defined; obtained with Federal Reserve Notes, **is a false claim**.

Therefore, the Sovereign Body Politic: the People of the United States of America, collectively and individually, are **not** liable for any claims of debt against the United States by holders of Federal Reserve Notes, and obligations and securities of the United States obtained with Federal Reserve Notes.

**DECLARATORY JUDGMENT DEMANDED FOR QUESTION 28:**

It is therefore Declared, that there exists no Constitutional Authority for the several states of the Union in Congress to:

1.   Subject the United States Federal Government, and thus the People: the Sovereign Body Politic, to perpetual debt obligations to Private Banks of the "Federal Reserve System," by issuing debt obligation securities of the United States in the nature of Federal Reserve Notes, without borrowing Money in exchange;

2.   Substitute debt-free United States gold coin and

-253-

silver coin, and debt-free [non-gold and silver] United

States coin and United States currency [i.e.: Bills of Credit],

with redeemable debt obligations of the United States; and:

3.     Transfer political and monetary control of the

United States Public Monetary System to Private Corporate

Banks of the Federal Reserve System.

Further it is Declared that there is <u>no authority</u> under

Article I, Section 8, Clause 18, of the Constitution for

the United States of America, for the several states of

the Union in Congress, to enact [to have enacted] the "Federal

Reserve Act of 1913," the "Banking Act of 1933," and the

"Banking Act of 1935."

Further, it is Declared that:

(a)     All claims of debt by holders of Federal Reserve

Notes, as securities and obligations of the United States

obtained by the exchange of Federal Reserve Notes, <u>are False</u>

<u>Claims against the United States</u>;

(b)     All claims for Redemption in Lawful Money of

the United States for Federal Reserve Notes and for securities

and obligations of the United States obtained with Federal

Reserve Notes, <u>are False Claims against the United States</u>;

and:

(c)     All claims for payment of principal and/or interest

for any security and/or obligation of the United States

-264-

identified by the Act of Congress evidenced at 18 U.S.C. §8, obtained with Federal Reserve Notes, **are False Claims against the United States**.

It is further Declared that the Sovereign Body Politic: the People of the United States of America, collectively and individually, are **not** liable for any claims of debt against the United States by holders of Federal Reserve Notes, and of obligations and securities obtained with Federal Reserve Notes.

**SECTION 4A(i):  SPEEDY HEARING DEMANDED:**

The Plaintiffs hereby respectfully Demand the following, in conformity with and pursuant to Federal Rule of Civil Procedure 57, Declaratory Judgment:

(a)  That the Scheduling Judge/Commission schedule a Hearing within sixty (60) days from the date that this Qui Tam Civil Complaint is unsealed, in order to address the Plaintiffs' **DEMAND FOR DECLARATORY JUDGMENT/DETERMINATION ON THE QUESTIONS OF LAW, AND JUDGMENTS PRESENTED BY THE PLAINTIFFS.**

(b)  That the Clerk of the Court be directed to Notify all Parties of any Order for a Briefing Schedule that the Court may Order.

//

//

-265-

**SECTION 4A(ii):   DEMAND FOR REMEDY AND RELIEF IN THE NATURE OF A DECLARATORY JUDGMENT IS A PREREQUISITE AND/OR CONDITION PRECEDENT PRIOR TO THIS QUI TAM CIVIL COMPLAINT MOVING FORWARD:**

The Plaintiffs hereby respectfully Request and Demand that the Court provide Remedy and Relief in the Declaratory Judgment/Determination with regard to the Questions of Law and Declaratory Judgments Demanded in **SECTION 4A**; and that the Declaratory Judgments, specifically and particularly each and every Judgment Demanded hereinable within **SECTION 4A** be either affirmed or denied; and that the Court provide the specific Constitutional and Statutory Basis for any such denial be provided in writing; and that this is to be done as a prerequisite and/or condition precedent prior to this Qui Tam Civil Action moving forward; as the Declaratory Judgments specific to the 28 Questions of Law are <u>critical and vital to the underpinnings of the instant Qui Tam Civil Action</u>.

Furthermore, the Plaintiffs respectfully Request and Demand Remedy and Relief that the Court deem all Declaratory Judgments herein be Affirmed by Tacit Acceptance, should the Court Neglect or Refuse to Respond within sixty (60) days of the Demand for Speedy Hearing, pursuant to Federal Rule of Civil Procedure 57.

**SECTION 4A(iii):   FURTHER REMEDY AND RELIEF DEMANDED**

The Plaintiffs respectfully Request and Demand that

the Court issue its Order to provide such additional Remedy
and Relief that the Court deems to be just and proper, in the
interests of justice.

SECTION 4B:     REMEDY AND RELIEF DEMANDED FOR RECOVERY
                OF MONEY DAMAGES RESULTING FROM FALSE
                CLAIMS AGAINST PLAINTIFF UNITED STATES,
                AND THE SOVEREIGN BODY POLITIC: THE PEOPLE
                OF THE UNITED STATES OF AMERICA:

SECTION 4B(i):  REMEDY AND RELIEF DEMANDED DECLARING
                FALSE CLAIMS AGAINST THE UNITED STATES
                FEDERAL GOVERNMENT AND THE SOVEREIGN
                BODY POLITIC: THE PEOPLE OF THE UNITED
                STATES OF AMERICA, BASED ON THE
                DECLARATORY JUDGMENT:

The Plaintiffs respectfully Demand that the Court issue
its Order Declaring False Claims Against the United States
and the Sovereign Body Politic: the People of the United States
of America, as follows:

FALSE CLAIM #1:

That inasmuch as Federal Reserve Banks, national banks,
and member banks of the Federal Reserve System at no time
loan any Money to the United States Federal Government in
exchange for receipt of debt obligations of the United States
Federal Government in the nature of Federal Reserve Notes,
all claims made by the Federal Reserve Banks, national and
member banks of the Federal Reserve System, claiming that
the United States Federal Government, which is comprised
of the Sovereign Body Politic, including but not limited
to Plaintiff Stephenson and Plaintiff Fishman, has a debt

obligation to the Federal Reserve Banks, and to the national banks and member banks of the Federal Reserve System, is a False Claim of Debt against the United States Federal Government, and the Sovereign Body Politic.

FALSE CLAIM #2

[a]:  That inasmuch as Federal Reserve Banks and national banks and member banks of the Federal Reserve System at no time loaned any Money to the United States Federal Government in exchange for receipt of debt obligations of the United States Federal Government in the nature of Federal Reserve Notes, all Claims for Redemption of Federal Reserve Notes and debt security obligations of the United States identified by the Act of Congress evidenced at 18 U.S.C. §8, Obligation or other Security of the United States Defined; being held by Federal Reserve Banks, national banks, and member banks of the Federal Reserve System, is a False Claim for Repayment of a Non-Existent Debt against the United States Federal Government, and the Sovereign Body Politic.

[b]:  That inasmuch as Federal Reserve Banks and national banks and member banks of the Federal Reserve System at no time loaned any Money to the United States in exchange for receipt of debt obligations of the United States Federal Government in the nature of Federal Reserve Notes, all claims for payment of principal and/or interest against Federal Reserve Notes and debt security obligations of the United

-268-

States identified by the Act of Congress evidenced at 18 U.S.C. §8, being held by Federal Reserve Banks, national banks, and member banks of the Federal Reserve System; **is a False Claim for payment of interest and/or interests against the United States Federal Government and the Sovereign Body Politic.**

> **SECTION 4B(ii):** THAT THE FALSE CLAIMS IDENTIFIED IN SECTION 4B(i) ARE VIOLATIONS OF THE FALSE CLAIMS ACT, EVIDENCED AT 31 U.S.C. §3729, ET SEQ.:

> **SECTION 4B(iii):** REMEDY AND RELIEF DEMANDED FOR RECOVERY OF MONEY DAMAGES:

The Plaintiffs respectfully Demand that this Court issue its Order awarding the Plaintiffs Money Damages pursuant to the Act of Congress evidenced at 31 U.S.C. §3729, False Claims; as follows:

**[a]:** That the Plaintiffs be awarded $10,000.00 [Ten Thousand Dollars] per Defendant in civil penalties; and:

**[b]:** That the Plaintiffs be awarded Damages in the amount of three times (3x) Four Hundred Trillion Dollars [$400,000,000,000.00].

**SECTION 4B(iv):** FURTHER REMEDY AND RELIEF DEMANDED:

The Plaintiffs respectfully Request and Demand that the Court issue its Order that all claims of debt of the Defendants against the Plaintiffs, specifically and particularly

-269-

against the Plaintiff United States, be Declared **NULL AND VOID**, and remitted in full.

> **SECTION 4C:   REMEDY AND RELIEF DEMANDED FOR PERMANENT INJUNCTION:**
>
> **SECTION 4C(i):   PLAINTIFFS RESPECTFULLY DEMAND THAT THIS COURT ISSUE ITS ORDER, BASED IN PART ON THE DECLARATORY JUDGMENTS IN SECTION 4A, PERMANENTLY ENJOINING THE DEFENDANTS IN ORDER TO PREVENT CONTINUING, ONGOING INJURY AND DAMAGE RESULTING FROM THE DEFENDANTS' FALSE CLAIMS, AS FOLLOWS:**

**[a]:**  That the "Board of Governors of the Federal Reserve System" be permanently enjoined from issuing and delivering "Federal Reserve Notes" to "Federal Reserve Banks";

**[b]:**  That the "Federal Reserve Banks" be enjoined from delivering "Federal Reserve Notes" to national banks and member banks of the "Federal Reserve System";

**[c]:**  That the "Federal Reserve Banks," national banks, and member banks, be enjoined from submitting "Federal Reserve Notes" and security debt obligations of the United States identified by the Act of Congress evidenced at 18 U.S.C. §8, obtained in exchange for Federal Reserve Notes for redemption;

**[d]:**  That the "Federal Reserve Banks" be enjoined from accepting "Federal Reserve Notes" for redemption;

**[e]:**  That pursuant to Federal Rule of Civil Procedure 65(d)(2)(C), Contents and Scope of Every Injunction and

Restraining Order; that the United States Department of the Treasury be enjoined from accepting "Federal Reserve Notes" and debt security obligations of the United States obtained in exchange for "Federal Reserve Notes" for redemption;

[f]:   That the "Board of Governors of the Federal Reserve System," by and through "Federal Reserve Agents," be enjoined from accepting any application from "Federal Reserve Banks" for "Federal Reserve Notes"; and:

[g]:   That the "Board of Governors of the Federal Reserve System," by and through "Federal Reserve Agents," be enjoined from returning any collateral submitted by "Federal Reserve Banks" for receipt of "Federal Reserve Notes" to "Federal Reserve Banks"; in order to protect the interests of the Plaintiffs in their recovery of penalties and damages claimed and awarded to the Plaintiffs; including any and all notes, bills of exchange, and acceptances defined by the Acts of Congress evidenced at 12 U.S.C. §342, Deposits; Exchange and Collection; Member and Non-Member Banks or Other Depository Institutions; Charges; 12 U.S.C. §343, Discount of Obligations Arising out of Actual Commercial Transactions; 12 U.S.C. §344, Discount or Purchase of Bills to Finance Agricultural Shimpents; 12 U.S.C. §345, Rediscounts of Notes, Drafts, and Bills for Member Banks; Limitation of Amount; 12 U.S.C. §346, Discount of Acceptances; 12 U.S.C. §347, Advances to Member Banks on Their Notes; 12 U.S.C. §348, Discount of Obligation Given for Agricultural Purposes or Based Upon

Livestock; Collateral Security for Federal Reserve Notes;
12 U.S.C. §349, Rediscount for Intermediate Credit Banks
of Obligations Given for Agricultural Purposes; 12 U.S.C.
§350, Purchase and Sale of Debentures and Like Obligations
of Intermediate Credit Banks and Agricultural Credit
Corporations; 12 U.S.C. §351, Obligations of Cooperative
Marketing Associations as Issued or Drawn for Agricultural
Purposes; 12 U.S.C. §352, Limitation on Amount of Obligations
of Certain Maturities Which May Be Discounted and Rediscounted;
12 U.S.C. §361, Bills Receivable, Bills of Exchange,
Acceptances; Regulations by Board of Governors; 12 U.S.C. 371,
Real Estate Loans; Bills of Exchange endorsed by a member
bank of any "Federal Reserve District," and purchased under
the provisions of Section 14 of the "Federal Reserve Act,"
evidenced at 12 U.S.C. §348(a), Transactions with Foreign
Banks; Supervision of Board of Governors of the Federal
Reserve System; 12 U.S.C. §353, Purchase and Sale of Cable
Transfers, Acceptances, and Bills; 12 U.S.C. §354, Transactions
Involving Gold Coin, Bullion, and Certificates; 12 U.S.C.
§355, Purchase and Sale of Obligations of National, State,
and Municipal Governments; Open Market Operations; Purchases
and Sales From or to United States; Maximum Aggregate Amount
of Obligations Acquired Directly From or Loaned Directly
to United States, 12 U.S.C. §356, Purchase of Commercial
Paper From Member Banks and Sale of Same; 12 U.S.C. §357,
Establishment of Rates of Discount; 12 U.S.C. §358,
Establishment of Accounts for Purpose of Open Market Operations;

Correspondents and Agencies; 12 U.S.C. §359, Purchase and Sale of Acceptances of Intermediate Credit Banks and Agricultural Credit Corporations; bankers acceptances purchased under the provisions of the Acts of Congress evidenced at 12 U.S.C. §348(a); 12 U.S.C. §353 through §359 [described above]; gold certificates, Special Drawing Rights Certificates and all obligations which are direct obligations of, or are fully guaranteed as to principal and interest by the United States or any Agency of the United States Federal Government; and finally, all assets that "Federal Reserve Banks" have purchased or hold under Section 14 of the "Federal Reserve Act," evidenced at 12 U.S.C. §353, [described above]; and all other assets of the "Federal Reserve Banks."

**SECTION 4D:   REMEDY AND RELIEF DEMANDED FOR MANDAMUS:**

**SECTION 4D(i):   PLAINTIFFS RESPECTFULLY REQUEST AND DEMAND THAT THIS COURT ISSUE ITS ORDER OF MANDAMUS TO COMPEL AN OFFICER OR EMPLOYEE OF THE UNITED STATES FEDERAL GOVERNMENT OR ANY AGENCY THEREOF, BASED IN PART ON THE DECLARATORY JUDGMENTS, TO PERFORM A DUTY OWED TO THE PLAINTIFFS, AS FOLLOWS:**

**[a]:**   That a Mandamus be issued, directing the "Board of Governors of the Federal Reserve System" to have the "Federal Reserve Banks" and member banks of the "Federal Reserve System" fully examined.

**[b]:**   That a Mandamus be issued, directing the "Board of Governors of the Federal Reserve System" provide the

-273-

Plaintiffs with a full report of the examination of the "Federal Reserve Banks" and member banks of the "Federal Reserve System."

**SECTION 5:   CONCLUSION:**

The Sovereign Body Politic: the People, as evidenced by the Articles of Confederation and the Constitution for the United States of America, established the Union as a Confederation of Sovereign Constitutional Republics, who, when joining the Union, retained all independent Sovereign Power as Nation/States, agreeing upon membership to the Union to exercise certain Sovereign Powers collectively, as provided in Article I, Section 8, Clauses 1 through 18; and retaining all other Powers independently, except those Powers prohibited by the Constitution, [such as the prohibition in the Fourteenth Amendment of making and enforcing any law abridging the immunities and privileges of the People of the Union].

In establishing the Union, the People, by and through the several states, established the Federal Government. In order to ensure that the Federal Goverment would always remain subject to the authority of the several states of the Union, Article I, Section 8, Clause 18 requires that all Powers vested by the Constitution in the United States Federal Government would remain dormant unless or until the several states of the Union in Congress, carries Federal

Powers into execution, by and through legislation. The several states of the Union are also vested with the exclusive and absolute Power by legislation, to repeal and/or rescind any Power previously implemented by legislation; thus preventing the Federal Government from usurping the sovereign authority of the several states of the Union.

However, the legislative authority vested in the several states of the Union in Congress pursuant to Article I, Section 8, Clause 18, limits legislative authority of the several states of the Union to either implementing or rescinding Federal Powers vested by the Constitution.

Among those Powers vested by the People in the several states of the Union in Congress is the Power to establish a uniform, debt-free monetary system that will in turn serve to establish the United States of America as the richest, most powerful, debt-free nation in the world.

Pursuant to the Acts of Congress identified earlier and evidenced at 31 U.S.C. §5101, 31 U.S.C. §5102, 31 U.S.C. §5103, 31 U.S.C. §5111, 31 U.S.C. §5112, 31 U.S.C. §5113, and 31 U.S.C. §5114, the several states of the Union in Congress did in fact establish the authority for a uniform Debt-Free Public Monetary System.

However, instead of implementing the uniform Debt-Free Public Monetary System authorized by the People, by and through their Representatives and Senators; those who held

office in 1913 as Representatives, Senators and the President, Woodrow Wilson, by establishing the Federal Reserve Act of 1913," [also known as the "Foreign Accounts Bank Act"], turned over control of the Political Power and Monetary System to private banks without Constitutional authority, subjecting the Union to perpetual ever-increasing debt obligations, without the United States Federal Government ever borrowing a single dollar.

This was accomplished by going through the motions of enacting legislation, and engaging in the practice of taking the text of Article I, Section 8, Clause 18: ["The Congress shall have the Power ... To make all Laws which shall be necessary and proper **for** carrying into Execution **the foregoing Powers**"] out of context (emphasis added on the word "**for**"), in order to create the legal fiction of a "Nineteenth Power" [or Imaginary Clause 19] of unlimited legislative authority to alter, amend, or create "any Power" by and through legislation deemed "necessary and proper" by the Members of Congress, thereby creating the fiction of unlimited Federal Power, is a clear violation of the Constitution for the United States of America at best, and sedition, tyranny and despotism at worst.

When control of the Public Monetary System was transferred to the Private Corporate Banks of the Federal Reserve System, it established so much outstanding debt that it could never

be repaid in gold.  This is evidenced by Judicial Notice

in Nortz v. United States, 294 U.S. 317, 55 S.Ct. 428, 79

L.Ed. 907 (1935) (Courts may take judicial notice that world's

supply of gold is far less than amount of bonds and notes

payable in gold) (cited in Annotation 18, Judicial Notice,

of the Act of Congress evidenced at 31 U.S.C. §5118, Gold

Clauses and Consent to Sue).

Today, the amount of outstanding debt obligations in

the nature of Treasury Bonds payable in gold, far exceeds

$20 Trillion Dollars in value, and that does not include

all other securities and obligations of the United States

payable in gold and silver, identified by the Act of Congress

evidenced at 18 U.S.C. §8, Obligation or Other Security

of the United States Defined.

The provisions of the Act of Congress evidenced at

31 U.S.C. §3101(b), Public Debt Limit; limit the allowed

outstanding Public Debt Limit to no more than the amount

of $14,294,000,000,000 at any one time.  Clearly this has

been exceeded by more than $6 Trillion Dollars as of the

date of filing this Qui Tam Civil Complaint: a violation!

Substituting the uniform Debt-Free Public Monetary

System established by Acts of Congress with debt obligation

security instruments in the nature of "Federal Reserve Notes,"

payable in gold, thereby creating debt without the United

States Federal Government borrowing a single dollar from

-277-

the Private Corporate Banks of the "Federal Reserve System," as described, detailed, delineated, articulated and set forth in the Declaratory Judgments Demanded, established **False Claims of Debt** against the United States Federal Government: a False Claim for Redemption of Federal Reserve Notes and securities and obligations of the United States obtained by exchange of Federal Reserve Notes; and a **False Claim for Payment of Principal and Interest** of Federal Reserve Notes and securities and obligations of the United States obtained by exchange of Federal Reserve Notes.

The massive outstanding debt obligation which far exceeds the statutory limit of the Public Debt Limit set forth in 31 U.S.C. §3101(b) and well exceeds the world's supply of gold, which leaves the United States in a permanent state of bankruptcy, all the while under the total control of the Private Domestic and Foreign Corporate Banks that comprise the "Federal Reserve System."

Under the current debt system, perpetuating the illusion that the United States Federal Government can meet its financial obligations [as evidenced at 31 U.S.C. §3101 et seq.], the United States Federal Government is either forced to issue more debt obligation security instruments for a loan of Money, or is forced to perpetually refinance the outstanding debt obligations of the United States Federal Government, thus perpetually increasing the public debt, which can **never be paid off**! Perpetual refinancing the

Public Debt will only continue to maintain the "illusion" that the United States Federal Government can meet its obligations, as long as the holders and the holders in due course of the securities and obligations of the United States Federal Government continue to agree to accept refinancing of the Public Debt.  However, once a large number of those who currently hold securities and obligations of the United States Federal Government <u>demand payment for debts</u> in gold and silver, it will be publicly exposed that the United States Federal Government's obligations far exceeds its ability to pay, thereby forcing the United States Federal Government to default on its outstanding obligations.

The United States Federal Government, [and thus, the People], can choose to continue to be subject to the tyranny and despotism of perpetual ever-increasing Public Debt; subjecting the People to the Rule of the Private Domestic and Foreign Corporate Banks that comprise the Federal Reserve System, or not.

President Thomas Jefferson identified these bankers as enemies to liberty, saying:

> "I believe that banking institutions are more dangerous to our liberties than standing armies.  Already they have raised up a monied aristocracy that has set the government at defiance.  The issuing Power [of Money] should be taken away from the banks and restored to the People, to whom it properly belongs."  (emphasis added).

President James A. Garfield stated on March 4, 1881

-279-

said that those who control a nation's monetary system and supply are the masters of the nation's industry and commerce, stating:

"Whoever controls the volume of money in any country is absolute master of all industry and commerce."

President Garfield was assassinated on September 19, 1881.

In the alternative, the United States Federal Government, and thus the People, can choose to end being subjected to the tyranny and despotism of perpetual, ever-icreasing Public Debt, and end being subjected to the Rule of the Private Domestic and Foreign Corporate Banks that comprise the Federal Reserve System; by Declaring the Claims of Debt of the Federal Reserve System against the United States Federal Government to be a **False Claim of Debt**; thereby canceling all debt obligations to the Banks that comprise the Federal Reserve System; and by instituting the Constitutional uniform Debt-Free Monetary System established by lawful legislation, taking direct control back of the volume of Money in the Union; thus becoming absolute master of the Republic's industry and commerce; consequently establishing economic freedom and true self-rule; and establish the Richest, Most-Powerful, Debt-Free Nation on earth, and establishing an example to the people of the world on precisely how to establish true economic freedom and liberty from the ongoing tyranny of the International Bankers.

-230-

The United States Federal Government, and thus, the People, choose economic freedom and liberty, and Demand the Remedy and Relief sought hereinabove within **SECTION 4**, be Granted.

The foregoing Complaint and **SECTION 3**, "Declaration in Verification", is executed on this 30th day of March, 2018.

UNITED STATES, Plaintiff

by: _____
Ex Rel. DAVID CARROLL, STEPHENSON,
Private Attorney General;   and by:

_____
Ex Rel. STEVEN FISHMAN,
Private Attorney General

_____
DAVID CARROLL, STEPHENSON,
Qui Tam Plaintiff

_____
STEVEN FISHMAN,
Qui Tam Plaintiff

-281-